**In re:  the Application of: TEXAS KEYSTONE INC.**
**Case No. 3-12-mc-00041-MRK**

**BRIEF IN SUPPORT OF TEXAS KEYSTONE INC.'S**
**MOTION TO COMPEL PRODUCTION**

# EXHIBIT B

| | |
|---|---|
| **From:** | Wempen, Eric |
| **Sent:** | Wednesday, March 21, 2007 2:59 PM |
| **To:** | Rex Wempen |
| **Subject:** | RE: Keystone Draft Email |

Yes - wait.

---

**From:** Rex Wempen [mailto:rexrw@excaliburvc.com]
**Sent:** Wednesday, March 21, 2007 2:47 PM
**To:** Wempen, Eric
**Subject:** RE: Keystone Draft Email

All looks good.   I will keep it all.

He is meeting with the Minister tomorrow supposedly in London.

You think I should wait on sending this?

---

**From:** Eric.Wempen@ubs.com [mailto:Eric.Wempen@ubs.com]
**Sent:** Wednesday, March 21, 2007 2:41 PM
**To:** rexrw@excaliburvc.com
**Subject:** RE: Keystone Draft Email

I made changes in blue.  See if you like them....it's just my view on things.  You know the relationship better than I do, so adjust accordingly.

Regards,
Eric

---

**From:** Rex Wempen [mailto:rexrw@excaliburvc.com]
**Sent:** Wednesday, March 21, 2007 1:56 PM
**To:** Wempen, Eric
**Subject:** Keystone Draft Email

Dear Todd:

Hope all is well.

I am in receipt of your notification of assignment of interest in our joint bid agreement from Texas Keystone to Gulf Keystone.

Since I am excited about the project and am looking forward to the execution stage, I am definitely not opposed to signing an acknowledgement.  Before I do so, however, I wanted to take this opportunity to clarify a few issues .

Previously, when the partial assignment clause was written into our original agreement, I was not adverse to a partial assignment to Gulf Keystone by Texas Keystone.  At the time, Gulf Keystone and Texas Keystone were affiliated entities and shared common management.  I enjoy working with you, and am comfortable working with you as a partner, but if there is a management change and you leave, any number of things could happen.  After hearing that a buyout of Gulf Keystone was potentially in the works, it occurred to me that an assignment of your entire interest to Gulf Keystone coupled with a change in management might be disadvantageous, and I would like to protect myself against this possibility, however remote it may currently seem.

Confidential

UBS-AG00000489

Would you be adverse to inserting some kind of buyout clause in the event of management change at Gulf?

Thank you for your consideration.

Best Regards,

Rex


Rex R. Wempen
General Partner
Excalibur Ventures
2456 20th Street, NW
Suite 309
Washington, DC  20009-1574
Ph: 202 315 3725
Mob: 310 218 8659
Fax: 202 315 3716
EM: rexrw@excaliburvc.com

Confidential

UBS-AG00000490

.

| | |
|---|---|
| **From:** | Wempen, Eric |
| **Sent:** | Friday, October 12, 2007 4:06 PM |
| **To:** | rexrw@excaliburvc.com |
| **Subject:** | RE: KURDISTAN |

My thoughts....and note that I have not looked at the original docs and have no idea about industry standards, how this deal went down, etc:

It looks like a lot has changed -- the government can nominate at its own option a third party contractor to work alongside you guys.  Since the language was written in appropriate legalese, it looks like the government has retained US counsel, but I can't see how any contactor would agree to such a thing without an additional 100 page agreement permitting the contractor to kick out the third party contractor at any time.  What if the third party contractor is some local idiot with friends in the government?  Also, there's a 4M minimum outlay per well.  Is this normal?  I have no idea whether any of this is industry standard.  If not, and if the government is just jockeying for as much control as it can without the need to put up any cash, your guys may want to walk.  No skin off your back, of course, so if they want to move forward, I can't see how you would have an issue.

-----Original Message-----
From: rexrw@excaliburvc.com [mailto:rexrw@excaliburvc.com]
Sent: Tuesday, October 09, 2007 3:27 PM
To: Wempen, Eric
Subject: Fw: KURDISTAN

Please review when you recover.

Sent from my Verizon Wireless BlackBerry

-----Original Message-----
From: "Steve Goda" <sgoda@texaskeystone.com>

Date: Tue, 9 Oct 2007 14:04:07
To:<rexrw@excaliburvc.com>
Subject: KURDISTAN


Rex,

    Rob Kozel asked me to forward the attached to you.  There is a Partner's Meeting scheduled for 10:00 AM London Time, Monday, 15 October 2007 in the London Office.

    It is asked that you please review and pass comments as soon as possible.
We have been informed that we must get this information back to the Oil Minister in Kurdistan immediately.  We were informed alot has changed with regards to the Com terms and PSA structure to reflect competition and legal changes that have occured in Kurdistan.  The Minister has given guidelines that he wants signed by 20 October 2007.  This being said, it is urgent your legal advisor reviews the documents and that everything is concluded by close of business the 15th of October.

    Please advise as to whether you will attend in London or would like to speak in advance.


Best regards,

Confidential

Steve Goda

Stephen M. Goda
Director, Investor Relations
Texas Keystone, Inc.
560 Epsilon Drive
Pittsburgh, PA 15238
Phn: 412-434-5616
Fax: 412-434-7197
sgoda@texaskeystone.com

Confidential

UBS-AG00000793

.

| From: | Rex Wempen |
|---|---|
| Sent: | Wednesday, November 07, 2007 10:46 AM |
| To: | Wempen, Eric |
| Subject: | DRAFT FOR COMMENT RE: Contract erbil finished |

DRAFT:  PLEASE COMMENT – ESPECIALLY ON THE SENTENCES IN YELLOW WHICH NEED WORK!!!

Dear Todd:

Congratulations on the agreement and the positive press.  On behalf of Excalibur Ventures, thank you for closing for our consortium.  Please let me know if you are available to meet Tuesday in Florida.

Please send along the agreement before then, along with any amendments relating to our new partnership with MOL and your transfer of part of your percentage from Texas Keystone to Gulf Keystone so review the documents with our investment team prior to our meeting.

Thank you for the offer of the interest free loan while our investment team is closing funding.

I would also greatly appreciate a brief memorandum from Texas Keystone to Excalibur Ventures documenting our origination of the deal and our interest which we may provide to our sponsors.

I have had some interesting discussions in Washington over the past two months on expanding the Keystone/Excalibur stake in Kurdistan to include more exploration blocks, and look forward to reviewing these as well as Iain's development work in Central Asia and Africa when I see you.

Once again, congratulations, and thank you.

Best Regards,


Rex


---

**From:** Eric.Wempen@ubs.com [mailto:Eric.Wempen@ubs.com]
**Sent:** Wednesday, November 07, 2007 10:20 AM
**To:** rexrw@excaliburvc.com
**Subject:** RE: Contract erbil finished


Rex,

As your consigliare, I would suggest the below for a variety of reasons.  You're free to do what you want of course, but I have the following suggestions:

(A) Since you're in a real vulnerable position and have almost no leverage, you need to:

     (1) Make sure that the terms of your relationship with Todd are committed to writing, including:

          a) the dilution and resulting amendment of your original agreement if necessary (we need to review it) and
          b) the interest free loan he discussed (you MUST get this in writing)

     (2) Create a paper trail showing that

Confidential

UBS-AG00000834

      a) you attempted to determine the terms of the deal on day 1
      b) you have a plan regarding obtaining financing
      c) the plan is feasible

    (3) Send Todd a list of information/documentation you require (see C below)

** I would suggest that you send him a brief email mentioning the issues discussed in (2) above.  You can keep those in (1) for your personal meeting with him.

If you do this, you will impress Todd, show him that you have a team (i.e., people besides yourself) that is ready to go (which should help you with anything you may do with him in the future), and give you leverage if you should ever need to hint at legal action (or God forbid, bring a lawsuit).  The goal, however, is to make sure that everyone is on the SAME PAGE NOW so that you can avoid any misunderstandings.  Since he offered you the interest free loan (which is quite an offer), you need to know if he really expects you to bring financing or is comfortable with what you've done so far (and if he doesn't expect you to obtain financing, does he plan on working with you or using this as a way to push you out).

We can do this in a very positive way that makes you look good.  The most important thing is that you, Rex Wempen, set up this deal, and you need to obtain as much documentation on this as you can.  The most important thing is for your company's name to stay on the deal documents so that you can point to this in the future, so you should verify whether your name is even mentioned.  It doesn't look like it is, so you need to mention to Todd that this is a huge thing for you since you (a private individual) set this up, and for your own reputation, you need something in writing from him verifying Excalibur's position in the deal.  Perhaps an acknowledgement letter or letter of intent from Keystone stating that you were the one who brought the deal or were instrumental in its creation and are part of the team.  Perhaps you can put this as a front page on the legal agreement for the interest free loan or amendment.  Better yet, if the official signing docs don't mention Excalibur, you will need something current from Todd verifying that you are involved in order to obtain financing.  This would be a good reason to ask for this document.

** DO NOT let him keep the interest free loan as an oral agreement.  You will get hosed if this happens.

(B) Make initial contact with funds / corporations

    (1) Maybe this is something Dan should do.
    (2) You will need to have all kinds of documentation when you go speak with these people (see C below)

(C) Information / Documentation

    (1) I sent you a brainstorm list before, but you can probably think of 100 other things.
    (2) Ask Dan what you need to speak with folks -- and have him ask the people he contacts what they need
    (3) REMEMBER: If the official signing docs don't mention Excalibur, you will need something current from Todd verifying that you are involved.  This would be a good way to get what you need above.

Hope it helps,
Bro



-----Original Message-----
From: rexrw@excaliburvc.com [mailto:rexrw@excaliburvc.com]
Sent: Wednesday, November 07, 2007 10:00 AM
To: Wempen, Eric
Cc: My EM
Subject: Fw: Contract erbil finished

Eric, keep in mind it has only been a week.  Yes, he is not timely, but it is not time to
start demands yet.  Note date on notification below.

That being said, he should have sent the terms before he signed.  This is now a fait
accompli.

Confidential

Rex
------Original Message------
From:  011447831255555
Sent Oct 30, 2007 4:02 PM
Subject:  Contract erbil finished

Contract erbil finished
Sent from my Verizon Wireless BlackBerry

Confidential                                        UBS-AG00000836

**From:** Wempen, Eric
**Sent:** Wednesday, November 07, 2007 11:23 AM
**To:** Rex Wempen
**Subject:** RE: DRAFT FOR COMMENT RE: Contract erbil finished

See if you like the below, then give me a call.

---

**From:** Rex Wempen [mailto:rexrw@excaliburvc.com]
**Sent:** Wednesday, November 07, 2007 10:46 AM
**To:** Wempen, Eric
**Subject:** DRAFT FOR COMMENT RE: Contract erbil finished

DRAFT:  PLEASE COMMENT – ESPECIALLY ON THE SENTENCES IN YELLOW WHICH NEED WORK!!!

Dear Todd:

Congratulations on the agreement and the positive press.  On behalf of Excalibur Ventures, I appreciate all of your hard work and diligence in taking our consortium to a successful close.  Please let me know if you are available to meet Tuesday in Florida.

Please send along the agreement before then, along with any amendments relating to our new partnership with MOL and your transfer of part of your percentage from Texas Keystone to Gulf Keystone, so that I am able to review the documents with our investment team prior to our meeting.

Thank you for the offer of the interest free loan while our investment team is closing funding.

When providing documentation to sponsors, we will of course need to provide documentation of our interest in the consortium.  As I have not yet reviewed the final agreement, I do not know the extent to which this was detailed in that document.  As you will recall, our original joint bid agreement called for a separate Joint Operating Agreement to be drawn up between TKI and Excalibur upon the award of a concession.  We can discuss when we meet how best to document our relationship going forward in conjunction with the agreement just signed, but in the event that Excalibur's role has not yet been detailed in any of the official documentation with KRG or related press, I would greatly appreciate a brief memorandum from TKI to Excalibur Ventures documenting our origination of the deal and our interest in the consortium which we may provide to our sponsors.

I have had some interesting discussions in Washington over the past two months on expanding the Keystone/Excalibur stake in Kurdistan to include more exploration blocks, and look forward to reviewing these as well as Iain's development work in Central Asia and Africa when I see you.

Once again, congratulations, and thank you.

Best Regards,


Rex



---

**From:** Eric.Wempen@ubs.com [mailto:Eric.Wempen@ubs.com]
**Sent:** Wednesday, November 07, 2007 10:20 AM
**To:** rexrw@excaliburvc.com
**Subject:** RE: Contract erbil finished

Confidential                                    UBS-AG00000855

Rex,

As your consigliare, I would suggest the below for a variety of reasons.  You're free to do what you want of course, but I have the following suggestions:

(A) Since you're in a real vulnerable position and have almost no leverage, you need to:

    (1) Make sure that the terms of your relationship with Todd are committed to writing, including:

        a) the dilution and resulting amendment of your original agreement if necessary (we need to review it) and
        b) the interest free loan he discussed (you MUST get this in writing)

    (2) Create a paper trail showing that

        a) you attempted to determine the terms of the deal on day 1
        b) you have a plan regarding obtaining financing
        c) the plan is feasible

    (3) Send Todd a list of information/documentation you require (see C below)

** I would suggest that you send him a brief email mentioning the issues discussed in (2) above.  You can keep those in (1) for your personal meeting with him.

If you do this, you will impress Todd, show him that you have a team (i.e., people besides yourself) that is ready to go (which should help you with anything you may do with him in the future), and give you leverage if you should ever need to hint at legal action (or God forbid, bring a lawsuit).  The goal, however, is to make sure that everyone is on the SAME PAGE NOW so that you can avoid any misunderstandings.  Since he offered you the interest free loan (which is quite an offer), you need to know if he really expects you to bring financing or is comfortable with what you've done so far (and if he doesn't expect you to obtain financing, does he plan on working with you or using this as a way to push you out).

We can do this in a very positive way that makes you look good.  The most important thing is that you, Rex Wempen, set up this deal, and you need to obtain as much documentation on this as you can.  The most important thing is for your company's name to stay on the deal documents so that you can point to this in the future, so you should verify whether your name is even mentioned.  It doesn't look like it is, so you need to mention to Todd that this is a huge thing for you since you (a private individual) set this up, and for your own reputation, you need something in writing from him verifying Excalibur's position in the deal.  Perhaps an acknowledgement letter or letter of intent from Keystone stating that you were the one who brought the deal or were instrumental in its creation and are part of the team.  Perhaps you can put this as a front page on the legal agreement for the interest free loan or amendment.  Better yet, if the official signing docs don't mention Excalibur, you will need something current from Todd verifying that you are involved in order to obtain financing.  This would be a good reason to ask for this document.

** DO NOT let him keep the interest free loan as an oral agreement.  You will get hosed if this happens.

(B) Make initial contact with funds / corporations

    (1) Maybe this is something Dan should do.
    (2) You will need to have all kinds of documentation when you go speak with these people (see C below)

(C) Information / Documentation

    (1) I sent you a brainstorm list before, but you can probably think of 100 other things.
    (2) Ask Dan what you need to speak with folks -- and have him ask the people he contacts what they need
    (3) REMEMBER: If the official signing docs don't mention Excalibur, you will need something current from Todd verifying that you are involved.  This would be a good way to get what you need above.

Hope it helps,
Bro

2

UBS-AG00000856

```
-----Original Message-----
From: rexrw@excaliburvc.com [mailto:rexrw@excaliburvc.com]
Sent: Wednesday, November 07, 2007 10:00 AM
To: Wempen, Eric
Cc: My EM
Subject: Fw: Contract erbil finished

Eric, keep in mind it has only been a week.  Yes, he is not timely, but it is not time to
start demands yet.  Note date on notification below.

That being said, he should have sent the terms before he signed.  This is now a fait
accompli.

Rex
-----Original Message------
From:  011447831255555
Sent Oct 30, 2007 4:02 PM
Subject:  Contract erbil finished

Contract erbil finished
Sent from my Verizon Wireless BlackBerry
```

Confidential

UBS-AG00000857

| | |
|---|---|
| **From:** | Wempen, Eric |
| **Sent:** | Saturday, November 10, 2007 9:58 PM |
| **To:** | Rex Wempen |
| **Subject:** | RE: Draft Letter Text for your critique |

No comments.  I like it -- short, sweet, and shouldn't raise any issues (except, potentially with respect to the percentages which I'm still not clear on).

---

**From:** Rex Wempen [mailto:rexrw@excaliburvc.com]
**Sent:** Saturday, November 10, 2007 5:05 PM
**To:** Wempen, Eric
**Subject:** Draft Letter Text for your critique

GULF KEYSTONE PETROLEUM, LTD.

November 10, 2007

Rex Wempen
General Partner
Excalibur Ventures
2456 20th Street, NW  Suite 309
Washington, DC  20009

Dear Mr. Wempen, in consideration for introducing Gulf Keystone Petroleum and Texas Keystone Petroleum into negotiations with the Kurdish government, and per your contract of February 17, 2006 with our partner, Texas Keystone Inc., Excalibur Ventures has received a 30% interest, on a ground floor basis, in the Shaikhan partnership, and a 6.6% interest in the adjacent Akri-Bijeel partnerships.

Thank you for your assistance in creating this opportunity for our companies.

Best Regards,

Todd Kozel
CEO, Gulf Keystone Petroleum LTD

Rex R. Wempen
General Partner
Excalibur Ventures
2456 20th Street, NW
Suite 309
Washington, DC  20009-1574
Ph: 202 315 3725
Mob: 310 218 8659
Fax: 202 315 3716
EM: rexrw@excaliburvc.com

1

UBS-AG00000987

.

| | |
|---|---|
| **From:** | Wempen, Eric |
| **Sent:** | Wednesday, November 14, 2007 2:38 PM |
| **To:** | rexrw@excaliburvc.com |
| **Subject:** | Re: please review |

Will this include an actual signed copy by you, and what date are you signing?
------------------------
Sent from my BlackBerry Wireless Handheld


----- Original Message -----
From: Rex Wempen <rexrw@excaliburvc.com>
To: Wempen, Eric
Sent: Wed Nov 14 13:49:30 2007
Subject: please review

Eric, hope you have a minute to review, I will send this shortly to Todd:


Dear Mr. Kozel:


Please find attached an additional acknowledgement copy of the Deed of Adherence transferring Texas Keystone, Inc (TKI). interests in our consortium to Gulf Keystone Petroleum, LTD (GKP).


Per our three way face to face discussion of July 8, 2007 in Erbil, Iraq with representatives of the Dabin Group, we also acknowledge that we concurred with you that advance permission was not required from us for the actual execution of the transfer to be made in whole or part.  We also acknowledge that we confirmed at that time you were able to sign on behalf of the entire consortium and to divide TKI and GKP percentages per your best judgment, per section 3.3.1 of our contract of February 16, 2006, with a simple notification, which we acknowledge was provided and went into effect upon notification.


Please send us official transfer documents of the TKI interest in our consortium to GKP, along with a signature from the appropriate GKP official on the Deed of Adherence.


We look forward to convening the operating committee and finalizing a payment schedule.


Congratulations on a successful outcome to negotiations for us all.


Thank you for your consideration.

Confidential

Best Regards,


Rex R. Wempen

General Partner

Excalibur Ventures

2456 20th Street, NW

Suite 309

Washington, DC  20009-1574

Ph: 202 315 3725

Mob: 310 218 8659

Fax: 202 315 3716

EM: rexrw@excaliburvc.com <mailto:rexrw@excaliburvc.com>

UBS-AG00001274

.

| | |
|---|---|
| **From:** | Wempen, Eric |
| **Sent:** | Wednesday, November 14, 2007 2:45 PM |
| **To:** | rexrw@excaliburvc.com |
| **Subject:** | Fw: Kurdistan Concessions |

It sounds silly, but why do u need a confidentiqality agreement to sell somerthing you're permitted to sell by contract?  U need to talk 2 Todd.  This will take forever since you'll never even get it to the businesses in time.  No way would any fundraiser ever require qan agreement from each party.  U need to address with Todd ASAP.
--------------------------
Sent from my BlackBerry Wireless Handheld


----- Original Message -----
From: Pinho, Christopher
To: Rex Wempen <rexrw@excaliburvc.com>
Cc: Wempen, Eric
Sent: Wed Nov 14 13:57:20 2007
Subject: RE: Kurdistan Concessions

I will let you know as soon as I hear something.  This is not going to be a short process.


Best Regards,

Chris


Circular 230 Disclaimer: UBS AG and its affiliates do not provide tax advice.  Accordingly, any discussion of U.S. tax matters contained herein (including any attachments) is not intended or written to be used, and cannot be used, in connection with the promotion, marketing or recommendation by anyone unaffiliated with UBS AG of any of the matters addressed herein or for the purpose of avoiding U.S. tax-related penalties.


-----Original Message-----
From: Rex Wempen [mailto:rexrw@excaliburvc.com]
Sent: Wednesday, November 14, 2007 1:56 PM
To: Pinho, Christopher
Cc: Wempen, Eric
Subject: RE: Kurdistan Concessions

Thanks Chris.  Will do.

Always a pleasure to talk to Jen and Sarah.  I was simply looking for an excuse.

I guess my question is whether there is somebody I can follow up with on the banking side for the NDA as the oil company has started breathing down my neck?

Thanks again for this opportunity.

Best Regards,

Confidential                                  UBS-AG00001275

Rex

-----Original Message-----
From: christopher.pinho@ubs.com [mailto:christopher.pinho@ubs.com]
Sent: Wednesday, November 14, 2007 1:47 PM
To: Eric.Wempen@ubs.com
Cc: rexrw@excaliburvc.com
Subject: RE: Kurdistan Concessions

I already passed it on to the bankers.  Rex should desist from calling everyone in the department.


Best Regards,

Chris


Circular 230 Disclaimer: UBS AG and its affiliates do not provide tax advice.  Accordingly, any discussion of U.S. tax matters contained herein (including any attachments) is not intended or written to be used, and cannot be used, in connection with the promotion, marketing or recommendation by anyone unaffiliated with UBS AG of any of the matters addressed herein or for the purpose of avoiding U.S. tax-related penalties.


-----Original Message-----
From: Wempen, Eric
Sent: Wednesday, November 14, 2007 12:54 PM
To: Pinho, Christopher
Cc: 'rexrw@excaliburvc.com'
Subject: Fw: Kurdistan Concessions

Chris,

Not sure if you received this.  Do we need to forward this to the Energy Group or to someone in Legal?

Regards,
Eric
-------------------------
Sent from my BlackBerry Wireless Handheld


----- Original Message -----
From: Rex Wempen <rexrw@excaliburvc.com>
To: chris.pinhot@ubs.com <chris.pinhot@ubs.com>
Cc: Wempen, Eric
Sent: Wed Nov 14 10:50:21 2007
Subject: FW: Kurdistan Concessions

Chris:


Thank you for this opportunity.  I greatly appreciate it.  Eric has flown to enemy territory, however, and I was wondering if you or someone working with you could sign and return the

2

Confidential

attached NDA to me so we can forward it back to Gulf Keystone and provide you the information you need to initiate due diligence on the Kurdistan oil deal.


I will be available all day by cell phone - 310 218 8659.


Thanks again.


Best Regards,


Rex


_____

From: Iain Patrick [mailto:IPatrick@gulfkeystone.co.uk]
Sent: Wednesday, November 14, 2007 6:30 AM
To: Eric.Wempen@ubs.com
Cc: Todd Kozel; Rex Wempen; Jon Cooper; Robert Kozel
Subject: RE: Kurdistan Concessions


Eric


I attach a Confidentiality Agreement for signature by UBS in connection with the Shaikan PSC. Could you please complete this and pdf a signed copy, and mail an original back to me so that I can forward the relevant information to you.


Best regards


Iain


Iain Patrick

Commercial Director

Gulf Keystone Petroleum (UK) Limited

3

                                    UBS-AG00001277

16 Berkeley Street

London W1J 8DZ

Tel +(0)44 207 514 1407  (direct)

Mobile +(0)44 7957 144 301

_____

From: Eric.Wempen@ubs.com [mailto:Eric.Wempen@ubs.com]
Sent: 13 November 2007 17:53
To: Iain Patrick
Cc: tfkozel@gulfkeystone.com; rexrw@excaliburvc.com
Subject: Kurdistan Concessions


Iain,

Thank you for taking the time to discuss the funding issues for the Kurdish concessions with
me today and agreeing to assist us by providing the information we require to move forward on
this project. As discussed, UBS is interested in funding the project via an equity
investment. So that UBS can begin performing the necessary due diligence to evaluate and fund
the project, we would like to request the below information.  We would therefore like to
request the following
information:

1) Copy of final signed contract with Kurdish government;

2) Letter detailing Excalibur's role as originator and percentage interest in the two
concessions. (I understand that Rex has already forwarded a draft of the requirements for
this letter to Todd -- please see below);

3) Workplan regarding funding requirements for the entire Kurdistan project;

4) Any and all geological survey information available, including the most recent reports,
tests, etc. Please forward whatever documentation and agreements you require in order to
release this information to Excalibur, UBS (and any other parties);

5) Documentation detailing Gulf Keystone's current relationship with Excalibur. (You and I
discussed that although you and Excalibur are currently partners in this project, the legal
documentation reflecting the terms of your interest with Excalibur has not yet been finalized
due to incomplete documentation of Excalibur's approval of Texas Keystone's transfer of its
interest in the project to Gulf Keystone. However, you indicated that this should not have an
effect on the final terms and that you will be working internally and with Excalibur on an
expedited basis to determine how best to document the existing understanding and verbal
agreement between both parties. Based on your assurances, we are operating on the assumption
that this will not create an issue.); and

6) Since UBS is interested in follow-on funding for future projects, please provide a letter
detailing Gulf Keystone's plans to work with Excalibur on additional oil concessions,
including those in Uzbekistan, Africa, and elsewhere.

As discussed, you are proposing an extremely aggressive timetable for funding (although we
were aware that the funding timeline is short, this was the first that either we or Excalibur
became aware of the December 6 deadline). My understanding of the Joint Bid Agreement with

4

UBS-AG00001278

Excalibur is that a final funding timetable was to be agreed upon either by an Operating Committee or in the Joint Operating Agreement (which has obviously not yet been executed or even negotiated). Accordingly, we are assuming that you and Excalibur, as well as UBS, will be able to come to a funding timetable that is mutually acceptable to all parties.

We greatly appreciate your assistance with this portion of the process.

Best Regards,
Eric Wempen

Director and Counsel
UBS Investment Bank
677 Washington Boulevard
Stamford, CT 06901
Email: Eric.Wempen@ubs.com
Tel: (203) 719-3488
Fax: (203) 719-4756

_____

From: Rex Wempen [mailto:rexrw@excaliburvc.com]
Sent: Tuesday, November 13, 2007 9:34 AM
To: Wempen, Eric
Subject: FW: Draft Letters

_____

From: Rex Wempen [mailto:rexrw@excaliburvc.com]
Sent: Monday, November 12, 2007 4:08 PM
To: 'Todd Kozel'
Subject: Draft Letters

Todd:

Good to see you last night. I look forward to moving forward with the next phase of our partnership.

Please find draft text of the letters we discussed below. If we could have that as soon as possible (hopefully tomorrow), or something similar I would greatly appreciate it. Please also send a PDF copy or fax of the signed contract at some point tomorrow, along with a proposed funding timeline so we have a clear idea of what we need to support you.

Thank you for this opportunity. There will be more.

5

Best Regards,


Rex


GULF KEYSTONE PETROLEUM, LTD.


November 12, 2007


Rex Wempen

General Partner

Excalibur Ventures

2456 20th Street, NW  Suite 309

Washington, DC  20009


Dear Mr. Wempen, in consideration for you introducing Gulf Keystone Petroleum and Texas Keystone Petroleum into negotiations with the Kurdish government, and per your contract of February 17, 2006 with our partner, Texas Keystone Inc., Excalibur Ventures has received a 24% interest, on a ground floor basis, in the Shaikhan partnership, and a 6.6% interest in the adjacent Akri-Bijeel partnerships.


Thank you for your assistance in creating this opportunity for our companies.


Best Regards,


Todd Kozel

CEO, Gulf Keystone Petroleum LTD


------------------------------------------------------------

GULF KEYSTONE PETROLEUM, LTD.

6

UBS-AG00001280

November 12, 2007


Rex Wempen

General Partner

Excalibur Ventures

2456 20th Street, NW  Suite 309

Washington, DC  20009


Dear Mr. Wempen, in consideration for you introducing Gulf Keystone Petroleum and Texas Keystone Petroleum into the ultimately successful negotiations with the Kurdish government, we will be able to offer you identical terms in additional negotiated blocks.  This includes a 30% percent participation right in any fields negotiated in Uzbekistan, and opportunities Excalibur Ventures and its partners may introduce to us in Africa or internationally.


Thank you for your assistance in creating this opportunity for our companies.


Best Regards,


Todd Kozel

CEO, Gulf Keystone Petroleum LTD



Rex R. Wempen

General Partner

Excalibur Ventures

2456 20th Street, NW

Suite 309

Washington, DC  20009-1574

Ph: 202 315 3725

Mob: 310 218 8659

7

Confidential

UBS-AG00001281

Fax: 202 315 3716

EM: rexrw@excaliburvc.com <mailto:rexrw@excaliburvc.com>

_____

Privacy and Confidentiality Notice
This email is strictly confidential and intended solely for the person or organisation to
whom it is addressed. It may contain privileged and confidential information and if you are
not an intended recipient, you must not copy, distribute or take any action in reliance on
it. If you have received this message in error, please notify us as soon as possible and
delete it and any attached files from your system.

Visit our website at http://www.ubs.com

This message contains confidential information and is intended only for the individual named.
If you are not the named addressee you should not disseminate, distribute or copy this e-
mail.  Please notify the sender immediately by e-mail if you have received this e-mail by
mistake and delete this e-mail from your system.

E-mails are not encrypted and cannot be guaranteed to be secure or error-free as information
could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain
viruses.  The sender therefore does not accept liability for any errors or omissions in the
contents of this message which arise as a result of e-mail transmission.
If verification is required please request a hard-copy version.  This message is provided for
informational purposes and should not be construed as a solicitation or offer to buy or sell
any securities or related financial instruments.

Confidential                                                UBS-AG00001282

.

| | |
|---|---|
| **From:** | Rex Wempen |
| **Sent:** | Wednesday, November 14, 2007 4:40 PM |
| **To:** | Wempen, Eric |
| **Subject:** | RE: did you get it? |

How about this for an email, not necessarily a signed letter.  I could simply scan Todd's original signed document.

Todd:

The easy fix for this situation is for Gulf to execute the Deed of Adherence as they were supposed to do under Clause 3.3.1 of our original contract.

According to our counsel, the transfer of TKI to GKP was automatic 6 March 07 when you sent me the signed Deed.  Gulf should have signed before it was sent.  Please share this deed with Iain, and have him or Bill Guest sign and return it.

We need to move forward on this, further delay is preventing us from raising capital.  Please send a copy of the executed contract, any new geologic data (since the contract is signed and the block coordinates are public there should be no issues with confidentiality), and a letter acknowledging our origination and participation under contract.  Then we can get moving and support our end, which Iain's actions are preventing us from doing now.

Thanks,

Rex

-----Original Message-----
From: Eric.Wempen@ubs.com [mailto:Eric.Wempen@ubs.com]
Sent: Wednesday, November 14, 2007 4:14 PM
To: rexrw@excaliburvc.com
Subject: Re: did you get it?

Igot it and am working on the Blackberry (no dial up here baby!).
--------------------------
Sent from my BlackBerry Wireless Handheld


----- Original Message -----
From: Rex Wempen <rexrw@excaliburvc.com>
To: Wempen, Eric
Sent: Wed Nov 14 15:59:42 2007
Subject: did you get it?

I assume you received the email and are editing away.



Enjoying working at dial up speed?



Hope the internet connection is good.

Confidential

LR

Confidential

.

| | |
|---|---|
| **From:** | Wempen, Eric |
| **Sent:** | Wednesday, November 14, 2007 5:36 PM |
| **To:** | rexrw@excaliburvc.com |
| **Subject:** | Redraft |

2 questions: (1) just 2 be sure, does the deed of adherence state that TKI is providing Exc with notice of Gulf's execution of the Deed, or is TKI claiming to be executing the deed.  If the latter is tye case, we're okay below. (2) is the confidientialty agrmt only with respect to new info, or does it prevent you from even speaking with UBS and/or provifding them with the earlier geologic info, and maybe even the signed and executed final agreement?
*****
Todd:

I think the easy fix for this situation is for Gulf to execute the Deed of Adherence (as they and not TKI were supposed to do under Clause 3.3.1 of our original contract).

According to our counsel, the reassignment by TKI to GKP should have been automatic 6 March 07 when you sent me the signed Deed because mere receipt by Excalibur of TKI's notice made the transfer effective.  Gulf should have signed before it was sent.  (In any event, the agreement provides for assignment to affiliates without approval, for assignments to any party upon written consent of the other party for which my earlier emails should suffice, and Clause 17 should bind any successor anyway.)  Please share this deed with Iain, and have him or Bill Guest sign and return it.

We need to move forward on this since further delay is preventing us from raising capital. In the meantime, please send an executed copy of the final executed agreement with the Kurdish government and a letter acknowledging our origination and participation under contract (with or without percentages as you see fit).

I'm being asked to have any potential sponsor execute a Confidentiality Agreement because of agreements you have with MOL.  Since the contract has been signed and the block coordinates are public there, I don't understand this need regarding geologic data.  Please confirm, and in the meantime, please forward any new geologic data not covered by your agreement with MOL.

Since I've been told that the turnaround time on execution by various financial institutions may take 2-4 weeks (e.g., UBS is estimating 3-4 weeks before they can approve), please let me know what you suggest here.

Given that all of these roadblocks and delays in receiving info are preventing me from obtaining funding, and have very likely foreclosed any possibility I had of meeting the December 6 deadline, we should probably discuss the funding timeline and how best to handle our investment given these delays.  At the same time, we can discuss how your team would prefer us to structure our ultimate investment in the project.  We are amenable to whatever adjustments would make this work. It occurred to us that renegotiating new contracts with MOL may not be efficient given the time constraints, and we may be able to structure our investment in a way that is transparent to them and acceptable to Gulf.

Thanks,

Rex

--------------------------
Sent from my BlackBerry Wireless Handheld

Confidential

UBS-AG00001295

.

| From: | rexrw@excaliburvc.com |
|-------|------------------------|
| Sent: | Wednesday, November 14, 2007 6:11 PM |
| To: | Wempen, Eric |
| Subject: | Re: Redraft |

1- Texas execution
2- New Info- but we need it to fund this Sent from my Verizon Wireless BlackBerry

-----Original Message-----
From: <Eric.Wempen@ubs.com>

Date: Wed, 14 Nov 2007 17:35:36
To:<rexrw@excaliburvc.com>
Subject: Redraft

2 questions: (1) just 2 be sure, does the deed of adherence state that TKI is providing Exc
with notice of Gulf's execution of the Deed, or is TKI claiming to be executing the deed.  If
the latter is tye case, we're okay below. (2) is the confidentialty agrmt only with respect
to new info, or does it prevent you from even speaking with UBS and/or provifding them with
the earlier geologic info, and maybe even the signed and executed final agreement?
*****
Todd:

I think the easy fix for this situation is for Gulf to execute the Deed of Adherence
(as they and not TKI were supposed to do under Clause 3.3.1 of our original contract).

According to our counsel, the reassignment by TKI to GKP should have been automatic 6 March
07 when you sent me the signed Deed because mere receipt by Excalibur of TKI's notice made
the transfer effective.  Gulf should have signed before it was sent.  (In any event, the
agreement provides for assignment to affiliates without approval, for assignments to any
party upon written consent of the other party for which my earlier emails should suffice, and
Clause 17 should bind any successor anyway.)  Please share this deed with Iain, and have him
or Bill Guest sign and return it.

We need to move forward on this since further delay is preventing us from raising
capital.  In the meantime, please send an executed copy of the final executed agreement with
the Kurdish government and a letter acknowledging our origination and participation under
contract (with or without percentages as you see fit).

I'm being asked to have any potential sponsor execute a Confidentiality Agreement because of
agreements you have with MOL.  Since the contract has been signed and the block coordinates
are public there, I don't understand this need regarding geologic data.  Please confirm, and
in the meantime, please forward any new geologic data not covered by your agreement with MOL.

Since I've been told that the turnaround time on execution by various financial institutions
may take 2-4 weeks (e.g., UBS is estimating 3-4 weeks before they can approve), please let me
know what you suggest here.

Given that all of these roadblocks and delays in receiving info are preventing me from
obtaining funding, and have very likely foreclosed any possibility I had of meeting the
December 6 deadline, we should probably discuss the funding timeline and how best to handle
our investment given these delays.  At the same time, we can discuss how your team would
prefer us to structure our ultimate investment in the project.  We are amenable to whatever

Confidential

adjustments would make this work. It occurred to us that renegotiating new contracts with MOL
may not be efficient given the time constraints, and we may be able to structure our
investment in a way that is transparent to them and acceptable to Gulf.

Thanks,

Rex

--------------------------
Sent from my BlackBerry Wireless Handheld
Visit our website at http://www.ubs.com

This message contains confidential information and is intended only
for the individual named.  If you are not the named addressee you
should not disseminate, distribute or copy this e-mail.  Please
notify the sender immediately by e-mail if you have received this
e-mail by mistake and delete this e-mail from your system.

E-mails are not encrypted and cannot be guaranteed to be secure or
error-free as information could be intercepted, corrupted, lost,
destroyed, arrive late or incomplete, or contain viruses.  The sender
therefore does not accept liability for any errors or omissions in the
contents of this message which arise as a result of e-mail transmission.
If verification is required please request a hard-copy version.  This
message is provided for informational purposes and should not be
construed as a solicitation or offer to buy or sell any securities
or related financial instruments.

Confidential

.

| | |
|---|---|
| **From:** | Wempen, Eric |
| **Sent:** | Wednesday, November 14, 2007 8:52 PM |
| **To:** | rexrw@excaliburvc.com |
| **Subject:** | New Letter |

I read both your and UBS' agreements and based my email accordingly.  Since its length may prevent Todd from reading it all, I put a summary in the beginning.  We need however to not only put everything on the table, but also to document everything (so make sure you get a "read" receipt when you send it.). Their delays may save us since they can't now claim a breach by Excalibur and are themselves now open to suit.  They never kept you in the loop. Since you can make a lot of cash by placing funds, we actually need this to get more time.

I'm going to bed.  Pls feel free to email or call me tomorrow.

————

Todd:

Although there's an easy fix to the contractual issue (see below), Iain just sent Confidentiality Agreements to me and my potential sponsors, which, along with the other delays in providing basic deal info, is preventing me from raising capital in the near term. I have some ideas how we might be able to address most of these, so please read and let me know if we can discuss tomorrow.  Thanks.

In the meantime, please send a copy of the final executed agreement with the Kurdish government as soon as possible and a letter acknowledging our origination and participation under contract (with or without percentages as you see fit).  I cannot operate without these.

As far as Excalibur's contract with Gulf, the easy fix for this situation is for Gulf to execute the Deed of Adherence (as they and not TKI were supposed to do under Clause 3.3.1 of our original contract).

According to our counsel, the reassignment by TKI to GKP should have been automatic 6 March 07 when you sent me the signed Deed because mere receipt by Excalibur of TKI's notice made the transfer effective.  Gulf should have signed before it was sent.  (In any event, the agreement provides for assignment to affiliates without approval, for assignments to any party upon written consent of the other party for which my earlier emails should suffice, and Clause 17 should bind any successor including Gulf anyway.)  Please share this deed with Iain, and have him or Bill Guest sign and return it.  This should not be holding things up.

As noted above, Iain forwarded a full-blown bilateral Confidentialty Agreement to UBS, one of my primary sponsors, today and indicated that any investors in the Excalibur funding vehicle must execute a similar agreement with Gulf (evidently because of agreements you have with MOL).  Since the contract has been signed with the Kurdish government and the block coordinates are public there, I don't understand this need with respect to geologic data or the contractual documentation which should already be exempt.  Since I'm being asked to sign one as well, it is also unclear whether I can even forward information I already have in my possession to sponsors.

More importantly, this is not market standard.  I can have sponsors execute a simple confidentiality waiver that you draft for me before I hand them a complete set of marketing materials and then send it to you, but the current way is unworkable.  Turnaround time on the execution of a full-blown bilateral Confidentiality Agreement by sponsors takes 2-4 weeks (e.g., UBS is estimating 3-4 weeks before they can approve).  This is preventing me from fundraising since I can't even address the most basic issues with the business units of

Confidential

investment banks until their legal departments get out of the way.  Moreover, it has
effectively foreclosed further discussions with my primary sponsor for the time being.
Please let me know what you suggest here.  In the meantime, please forward any new geologic
data not covered by your agreements with MOL.

Since the above-described delays are preventing me from fundraising, Gulf has foreclosed any
possibility of Excalibur meeting the December 6 deadline.  We therefore need to address the
funding timeline and determine together how best to structure Excalibur's investment in the
project given these delays.  We are amenable to whatever adjustments would make this work.
For example, having Excalibur's funding vehicle invest in a Gulf vehicle would make our
investment transparent to MOL.  This could benefit Gulf as it would relieve you of the need
to renegotiate new contracts with MOL and may be the most efficient option given the time
constraints on the entire Shaikan partnership.

I have enjoyed working with you and look forward to putting these issues behind us, executing
on this project, and moving on to the new deals we've been discussing together.

Thanks,

Rex
--------------------------
Sent from my BlackBerry Wireless Handheld

Confidential

.

| From: | Wempen, Eric |
|---|---|
| Sent: | Friday, November 16, 2007 9:00 AM |
| To: | rexrw@excaliburvc.com |
| Subject: | Advice RE Briefing for UBS Call |

Excellent -- Good luck!  Please let me know when u have read this.  It took me 1.5 hrs to write.

I don't think it would be appropriate at all if I joined the call since UBS isn't supposed to be involved yet and I'm in Tax.  They may need more info to move forward.  After the call, I would suggest providing Todd (not Iain) with any and all descriptions of Excalibur as soon as you can so that everything is in Todd's court as far as failure to provide info.

Here's my thoughts as Consigliare:

THE INTRO

My recommendation would be to explain that you were one of the first entrepreneurs into Iraq, that you ran a successful business there consulting for US public companies and had a major contract with the USG, and that you were one of the first into Kurdistan and originated this deal.  Explain how you teamed up with a local company to get you in, how you brought in Gulf, a company listed on the AIM market, and they brought in Kalegran.  Explain also how you have on your team a former oil exec (Dan) who is working with you to approach institutions.

Explain how it took 3 (?) years for Kurdish Gov't approval, so you have been back here in the US, heading out there as needed for the past couple of years.  Didn't u meet Barzani?  If so, then mention that.  (Maybe mention how u met Chalabi at the beginning to show u know the players there?) If not, explain how you were one of the first businesses in the Green Zone and CPA.

Explain how oil was seeping out of the ground, that the primary concession is the only "low risk" concession that was approved (am I correct that the term "low risk" in the official announcement by the Kurdish gov't which is where I got this from means that there is a better chance that it has oil than the others?).

Question?  Is Shaikan a Kurdish company?  Probably good to confirm so you can explain.

Explain that you have other deals in the works with Gulf, but that this is the first to reach the approval and implementation stage.

If they ask for info on Excalibur, tell them you'd be happy to provide them a description, but that it's your private consulting company, the investment will be through a new, clean company.  If they ask for docs today, send them a copy of the Joint Bid Agrmt and tell them that since Gulf brought in MOL to change the deal, Gulf is currently working with MOL to determine how best to contractually structure your investment.

THE CURRENT TO STRUCTURE

You will need to describe how their potential investment will be structured.

Explain that your company has a contractual right to invest in the project due to your origination activities.

Confidential

Pursuant to your relationship with Gulf, the concept is for this deal to be funded through a separate and new Excalibur entity--most likely a Delaware LLC (ie, in your name)--which will invest in either the primary partnership (Shaikan) or a feeder entity, depending on how long it takes to get your funding together, because an initial payment to secure the contract must be made to the Kurdish government by Dec 6.

The Excalibur entity will hold a percentage in Shaikan or a feeder entity, but you will leave the form of Excalibur's entity and particulars for their legal team to work out. Tell them that you have counsel that can prepare the agreement in accordance with their wishes. We can get Matt Belcher who is a pship genius at Deloitte to help us prepare it, as well as some Baker buddies of mine if you need a "law firm" name.

ONLY THEN explain that you have other deals in the works, with each deal to be funded through separate vehicles on a case by case basis, but that you will be bringing other deals to investors as they reach the implementation stage. DO NOT discuss the idea of a "fund" unless they say that's what they want. It will introduce too much risk for them, and you will look like you're trying to be more than you are (ie, you now have per se experience and credentials as an originator, but have no fund experience). You're the originator who singlehandedly set up the deal, and they are the guys who will be bringing funding, so with their backing, you can set up your idea of a feeder fund (ie, let's get past the call and get interest before expanding the scope).

If they ask about your fee, throw out a reasonable number if you have to, but state that this is all negotiable.

Although you have earlier geological data (I don't even know if you can release it without Gulf's approval, especially based on the new agreements since you don't want to start out by breaching Gulf's relationship with MOL), you can't get them the newest info without the NDA since the partners have put in a lot of additional work and although you're negotiating with MOL to delete this requirement, not only are they a bureaucracy, they're a gov't entity! So this is why you're on a call now for an NDA without all of the info.

It may be hard without any info, but then again, maybe not, because that's what the NDA is for.

Since there's no way to provide the funds by Dec 6 (maybe tell them you're assuming their turnaround time is longer to confirm that's the case), there's really no rush here. Let's just get past this hurdle, and if they don't go for it, then u have additional backup for a legal case since u had nothing to show.

HOW TO LEAVE IT:     At the close of the call, try to get them to tell u what's next. If they're cold and don't want to sign the NDA without more, discuss again how things are slow because of MOL, the one big player that really makes this deal legit, and ask them if they can forward you an email top that effect since it will help get things faster from MOL. After all, you're the originator, but UBS is a bank with a lot of clout. Since they'll be busy, get their email and offer to send them an email which they can reply to.

If you want to chat before, drop me an email and then we can set it up. We're going to be moving to Mostafa's beach house in Mehdia, so I may not be near a phone anyway.
--------------------------
Sent from my BlackBerry Wireless Handheld


----- Original Message -----
From: Rex Wempen <rexrw@excaliburvc.com>
To: Wempen, Eric
Sent: Thu Nov 15 19:45:40 2007
Subject: FW: Kurdistan Concessions

Confidential                                              UBS-AG00001325

fyi

-----Original Message-----
From: christopher.pinho@ubs.com [mailto:christopher.pinho@ubs.com]
Sent: Thursday, November 15, 2007 6:23 PM
To: rexrw@excaliburvc.com
Subject: RE: Kurdistan Concessions

You available for a call tomorrow at 1130 EST?  UBS will not sign the nda unless we think
that there is a trade to get done.

You can speak with the two bankers tomorrow and if they like what you have to say UBS would
proceed with the nda.


Best Regards,

Chris


Circular 230 Disclaimer: UBS AG and its affiliates do not provide tax advice.  Accordingly,
any discussion of U.S. tax matters contained herein (including any attachments) is not
intended or written to be used, and cannot be used, in connection with the promotion,
marketing or recommendation by anyone unaffiliated with UBS AG of any of the matters
addressed herein or for the purpose of avoiding U.S. tax-related penalties.


-----Original Message-----
From: Rex Wempen [mailto:rexrw@excaliburvc.com]
Sent: Wednesday, November 14, 2007 1:56 PM
To: Pinho, Christopher
Cc: Wempen, Eric
Subject: RE: Kurdistan Concessions

Thanks Chris.  Will do.

Always a pleasure to talk to Jen and Sarah.  I was simply looking for an excuse.

I guess my question is whether there is somebody I can follow up with on the banking side for
the NDA as the oil company has started breathing down my neck?

Thanks again for this opportunity.

Best Regards,

Rex

-----Original Message-----
From: christopher.pinho@ubs.com [mailto:christopher.pinho@ubs.com]
Sent: Wednesday, November 14, 2007 1:47 PM
To: Eric.Wempen@ubs.com
Cc: rexrw@excaliburvc.com
Subject: RE: Kurdistan Concessions

I already passed it on to the bankers.  Rex should desist from calling everyone in the
department.

Confidential

Best Regards,

Chris


Circular 230 Disclaimer: UBS AG and its affiliates do not provide tax advice.  Accordingly, any discussion of U.S. tax matters contained herein (including any attachments) is not intended or written to be used, and cannot be used, in connection with the promotion, marketing or recommendation by anyone unaffiliated with UBS AG of any of the matters addressed herein or for the purpose of avoiding U.S. tax-related penalties.


-----Original Message-----
From: Wempen, Eric
Sent: Wednesday, November 14, 2007 12:54 PM
To: Pinho, Christopher
Cc: 'rexrw@excaliburvc.com'
Subject: Fw: Kurdistan Concessions

Chris,

Not sure if you received this.  Do we need to forward this to the Energy Group or to someone in Legal?

Regards,
Eric
-------------------------
Sent from my BlackBerry Wireless Handheld


----- Original Message -----
From: Rex Wempen <rexrw@excaliburvc.com>
To: chris.pinhot@ubs.com <chris.pinhot@ubs.com>
Cc: Wempen, Eric
Sent: Wed Nov 14 10:50:21 2007
Subject: FW: Kurdistan Concessions

Chris:


Thank you for this opportunity.  I greatly appreciate it.  Eric has flown to enemy territory, however, and I was wondering if you or someone working with you could sign and return the attached NDA to me so we can forward it back to Gulf Keystone and provide you the information you need to initiate due diligence on the Kurdistan oil deal.


I will be available all day by cell phone - 310 218 8659.


Thanks again.


Best Regards,

Confidential

Rex

_____

From: Iain Patrick [mailto:IPatrick@gulfkeystone.co.uk]
Sent: Wednesday, November 14, 2007 6:30 AM
To: Eric.Wempen@ubs.com
Cc: Todd Kozel; Rex Wempen; Jon Cooper; Robert Kozel
Subject: RE: Kurdistan Concessions


Eric


I attach a Confidentiality Agreement for signature by UBS in connection with the Shaikan PSC.
Could you please complete this and pdf a signed copy, and mail an original back to me so that
I can forward the relevant information to you.



Best regards


Iain


Iain Patrick

Commercial Director

Gulf Keystone Petroleum (UK) Limited

16 Berkeley Street

London W1J 8DZ

Tel +(0)44 207 514 1407  (direct)

Mobile +(0)44 7957 144 301

_____

From: Eric.Wempen@ubs.com [mailto:Eric.Wempen@ubs.com]
Sent: 13 November 2007 17:53
To: Iain Patrick
Cc: tfkozel@gulfkeystone.com; rexrw@excaliburvc.com
Subject: Kurdistan Concessions

Confidential

Iain,

Thank you for taking the time to discuss the funding issues for the Kurdish concessions with me today and agreeing to assist us by providing the information we require to move forward on this project. As discussed, UBS is interested in funding the project via an equity investment. So that UBS can begin performing the necessary due diligence to evaluate and fund the project, we would like to request the below information.  We would therefore like to request the following
information:

1) Copy of final signed contract with Kurdish government;

2) Letter detailing Excalibur's role as originator and percentage interest in the two concessions. (I understand that Rex has already forwarded a draft of the requirements for this letter to Todd -- please see below);

3) Workplan regarding funding requirements for the entire Kurdistan project;

4) Any and all geological survey information available, including the most recent reports, tests, etc. Please forward whatever documentation and agreements you require in order to release this information to Excalibur, UBS (and any other parties);

5) Documentation detailing Gulf Keystone's current relationship with Excalibur. (You and I discussed that although you and Excalibur are currently partners in this project, the legal documentation reflecting the terms of your interest with Excalibur has not yet been finalized due to incomplete documentation of Excalibur's approval of Texas Keystone's transfer of its interest in the project to Gulf Keystone. However, you indicated that this should not have an effect on the final terms and that you will be working internally and with Excalibur on an expedited basis to determine how best to document the existing understanding and verbal agreement between both parties. Based on your assurances, we are operating on the assumption that this will not create an issue.); and

6) Since UBS is interested in follow-on funding for future projects, please provide a letter detailing Gulf Keystone's plans to work with Excalibur on additional oil concessions, including those in Uzbekistan, Africa, and elsewhere.

As discussed, you are proposing an extremely aggressive timetable for funding (although we were aware that the funding timeline is short, this was the first that either we or Excalibur became aware of the December 6 deadline). My understanding of the Joint Bid Agreement with Excalibur is that a final funding timetable was to be agreed upon either by an Operating Committee or in the Joint Operating Agreement (which has obviously not yet been executed or even negotiated).  Accordingly, we are assuming that you and Excalibur, as well as UBS, will be able to come to a funding timetable that is mutually acceptable to all parties.

We greatly appreciate your assistance with this portion of the process.

Best Regards,
Eric Wempen

Director and Counsel
UBS Investment Bank
677 Washington Boulevard
Stamford, CT 06901
Email: Eric.Wempen@ubs.com
Tel: (203) 719-3488

Confidential

Fax: (203) 719-4756

_____

From: Rex Wempen [mailto:rexrw@excaliburvc.com]
Sent: Tuesday, November 13, 2007 9:34 AM
To: Wempen, Eric
Subject: FW: Draft Letters

_____

From: Rex Wempen [mailto:rexrw@excaliburvc.com]
Sent: Monday, November 12, 2007 4:08 PM
To: 'Todd Kozel'
Subject: Draft Letters

Todd:

Good to see you last night.   I look forward to moving forward with the
next phase of our partnership.

Please find draft text of the letters we discussed below.  If we could have that as soon as
possible (hopefully tomorrow), or something similar I would greatly appreciate it.  Please
also send a PDF copy or fax of the signed contract at some point tomorrow, along with a
proposed funding timeline so we have a clear idea of what we need to support you.

Thank you for this opportunity.   There will be more.

Best Regards,

Rex

GULF KEYSTONE PETROLEUM, LTD.

November 12, 2007

Confidential                                    UBS-AG00001330

Rex Wempen

General Partner

Excalibur Ventures

2456 20th Street, NW  Suite 309

Washington, DC  20009


Dear Mr. Wempen, in consideration for you introducing Gulf Keystone Petroleum and Texas
Keystone Petroleum into negotiations with the Kurdish government, and per your contract of
February 17, 2006 with our partner, Texas Keystone Inc., Excalibur Ventures has received a
24% interest, on a ground floor basis, in the Shaikhan partnership, and a 6.6% interest in
the adjacent Akri-Bijeel partnerships.


Thank you for your assistance in creating this opportunity for our companies.


Best Regards,


Todd Kozel

CEO, Gulf Keystone Petroleum LTD


-------------------------------------------------------------

GULF KEYSTONE PETROLEUM, LTD.


November 12, 2007


Rex Wempen

General Partner

Excalibur Ventures

2456 20th Street, NW  Suite 309

Washington, DC  20009

Confidential                                                    UBS-AG00001331

Dear Mr. Wempen, in consideration for you introducing Gulf Keystone Petroleum and Texas Keystone Petroleum into the ultimately successful negotiations with the Kurdish government, we will be able to offer you identical terms in additional negotiated blocks.  This includes a 30% percent participation right in any fields negotiated in Uzbekistan, and opportunities Excalibur Ventures and its partners may introduce to us in Africa or internationally.


Thank you for your assistance in creating this opportunity for our companies.


Best Regards,


Todd Kozel

CEO, Gulf Keystone Petroleum LTD



Rex R. Wempen

General Partner

Excalibur Ventures

2456 20th Street, NW

Suite 309

Washington, DC  20009-1574

Ph: 202 315 3725

Mob: 310 218 8659

Fax: 202 315 3716

EM: rexrw@excaliburvc.com <mailto:rexrw@excaliburvc.com>

_____

Privacy and Confidentiality Notice
This email is strictly confidential and intended solely for the person or organisation to whom it is addressed. It may contain privileged and confidential information and if you are not an intended recipient, you must not copy, distribute or take any action in reliance on it. If you have received this message in error, please notify us as soon as possible and delete it and any attached files from your system.

Visit our website at http://www.ubs.com

Confidential                                                          UBS-AG00001332

This message contains confidential information and is intended only for the individual named.
If you are not the named addressee you should not disseminate, distribute or copy this e-
mail.  Please notify the sender immediately by e-mail if you have received this e-mail by
mistake and delete this e-mail from your system.

E-mails are not encrypted and cannot be guaranteed to be secure or error-free as information
could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain
viruses.  The sender therefore does not accept liability for any errors or omissions in the
contents of this message which arise as a result of e-mail transmission.

If verification is required please request a hard-copy version.  This message is provided for
informational purposes and should not be construed as a solicitation or offer to buy or sell
any securities or related financial instruments.

Visit our website at http://www.ubs.com

This message contains confidential information and is intended only for the individual named.
If you are not the named addressee you should not disseminate, distribute or copy this e-
mail.  Please notify the sender immediately by e-mail if you have received this e-mail by
mistake and delete this e-mail from your system.

E-mails are not encrypted and cannot be guaranteed to be secure or error-free as information
could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain
viruses.  The sender therefore does not accept liability for any errors or omissions in the
contents of this message which arise as a result of e-mail transmission.
If verification is required please request a hard-copy version.  This message is provided for
informational purposes and should not be construed as a solicitation or offer to buy or sell
any securities or related financial instruments.

.

| | |
|---|---|
| **From:** | Wempen, Eric |
| **Sent:** | Friday, November 16, 2007 11:30 AM |
| **To:** | rexrw@excaliburvc.com |
| **Subject:** | Re: FWD from Todd FW: Kurdistan |

What is he saying? He addressed Iain. Is the ball in Iain's court or yours? This is why u must execute the agreement and send him a write-up on Excal explaining since Excal is a consulting company, there's no reason to give more. U must do this so no one can come back and say it's your fault u missed the deadline. Let me review the agrmt, then scan a signed copy along with the Excal info and send the original. Then try to figure out what Todd meant.
--------------------------
Sent from my BlackBerry Wireless Handheld


----- Original Message -----
From: Rex Wempen <rexrw@excaliburvc.com>
To: Wempen, Eric
Sent: Fri Nov 16 11:02:38 2007
Subject: FWD from Todd FW: Kurdistan

Recommended response?



_____

From: Todd Kozel [mailto:tfkozel@gulfkeystone.com]
Sent: Friday, November 16, 2007 10:54 AM
To: Iain Patrick; Rex Wempen
Cc: Ali Al Qabandi; Iain Patrick
Subject: FW: Kurdistan



Iain  I received your email. Unfortunately it is very confusing as we have forwarded information without response (see below). Gkp is cooperating. The ball is in your court as we are waiting for your response.  tk



_____

From: Iain Patrick
Sent: Wednesday, November 14, 2007 11:08 AM
To: 'Rex Wempen'
Cc: Todd Kozel; Jon Cooper; 'Eric.Wempen@ubs.com'
Subject: Kurdistan


Rex

Confidential

UBS-AG00001368

Further to our conversation yesterday I attach a Confidentiality Agreement for completion and signature by Excalibur. Please pdf a signed copy and an original by mail to me.


Can you please also send me the information on Excalibur that we discussed?


Iain


Iain Patrick

Commercial Director

Gulf Keystone Petroleum (UK) Limited

16 Berkeley Street

London W1J 8DZ

Tel +(0)44 207 514 1407  (direct)

Mobile +(0)44 7957 144 301

Confidential

UBS-AG00001369

.

| | |
|---|---|
| **From:** | Wempen, Eric |
| **Sent:** | Friday, November 16, 2007 11:53 AM |
| **To:** | rexrw@excaliburvc.com |
| **Subject:** | Fw: Kurdistan |
| **Attachments:** | CA Shaikan Excalibur.doc |

Rex,

You of course cannot sign this in its current form for several reasons, the primary one being that it assumes at the outset that you have no interest and may prejudice you since the earlier agreement should apply.  Instead of complaining about it, since this doesn't even mention MOL, we need to redraft in a way that incorporates the earlier Confidentialy Agreement, mentions that Gulf has been told by MOL that it requires new agreements, and says that it applies to the extent that the earlier one doesn't.  By the way, if you have an interest, why is it that you have no right to see the info?

Or is Todd agreeing with you?  I just don't understand.
-------------------------
Sent from my BlackBerry Wireless Handheld


----- Original Message -----
From: Iain Patrick <IPatrick@gulfkeystone.co.uk>
To: Rex Wempen <rexrw@excaliburvc.com>
Cc: Todd Kozel <tfkozel@gulfkeystone.com>; Jon Cooper <Jcooper@gulfkeystone.com>; Wempen, Eric
Sent: Wed Nov 14 06:07:40 2007
Subject: Kurdistan

Rex


Further to our conversation yesterday I attach a Confidentiality Agreement for completion and signature by Excalibur. Please pdf a signed copy and an original by mail to me.


Can you please also send me the information on Excalibur that we discussed?


Iain


Iain Patrick

Commercial Director

Gulf Keystone Petroleum (UK) Limited

16 Berkeley Street

Confidential

UBS-AG00001370

London W1J 8DZ

Tel +(0)44 207 514 1407  (direct)

Mobile +(0)44 7957 144 301

_____

Privacy and Confidentiality Notice
This email is strictly confidential and intended solely for the person or organisation to
whom it is addressed. It may contain privileged and confidential information and if you are
not an intended recipient, you must not copy, distribute or take any action in reliance on
it. If you have received this message in error, please notify us as soon as possible and
delete it and any attached files from your system.

UBS-AG00001371

.

| | |
|---|---|
| **From:** | Wempen, Eric |
| **Sent:** | Friday, November 16, 2007 12:02 PM |
| **To:** | rexrw@excaliburvc.com |
| **Subject:** | Re: Kurdistan |

How'd it go with UBS?

Have u sent the NDA yet?  If not, then we redraft and send along with the Excal info (a description of the business + bios) - stating that you don't understand why they needed it since they already had it, and that u don't understand why u needed the Confidentiality Agrmt b/c this one doesn't mention MOL so the other one still applies, but if they still need it to comply with their contracts with MOL, so be it, but we also say that we had to modify since it makes legal conclusions regarding the status of the parties that we're not comfortable with.
--------------------------
Sent from my BlackBerry Wireless Handheld


----- Original Message -----
From: Rex Wempen <rexrw@excaliburvc.com>
To: Wempen, Eric
Sent: Fri Nov 16 11:56:56 2007
Subject: RE: Kurdistan

This is what I don't understand either.  What should I do?  I thought you just told me to send the NDA?  Are you saying not to, but just send some bios of Dan, Iain and I, or to send something else back, like your response below?

Do you have an appropriate response to both of them?

-----Original Message-----
From: Eric.Wempen@ubs.com [mailto:Eric.Wempen@ubs.com]
Sent: Friday, November 16, 2007 11:53 AM
To: rexrw@excaliburvc.com
Subject: Fw: Kurdistan

Rex,

You of course cannot sign this in its current form for several reasons, the primary one being that it assumes at the outset that you have no interest and may prejudice you since the earlier agreement should apply.  Instead of complaining about it, since this doesn't even mention MOL, we need to redraft in a way that incorporates the earlier Confidentialy Agreement, mentions that Gulf has been told by MOL that it requires new agreements, and says that it applies to the extent that the earlier one doesn't.   By the way, if you have an interest, why is it that you have no right to see the info?

Or is Todd agreeing with you?  I just don't understand.
--------------------------
Sent from my BlackBerry Wireless Handheld


----- Original Message -----
From: Iain Patrick <IPatrick@gulfkeystone.co.uk>
To: Rex Wempen <rexrw@excaliburvc.com>

UBS-AG00001377

Cc: Todd Kozel <tfkozel@gulfkeystone.com>; Jon Cooper <Jcooper@gulfkeystone.com>; Wempen, Eric
Sent: Wed Nov 14 06:07:40 2007
Subject: Kurdistan

Rex


Further to our conversation yesterday I attach a Confidentiality Agreement for completion and signature by Excalibur. Please pdf a signed copy and an original by mail to me.


Can you please also send me the information on Excalibur that we discussed?


Iain


Iain Patrick

Commercial Director

Gulf Keystone Petroleum (UK) Limited

16 Berkeley Street

London W1J 8DZ

Tel +(0)44 207 514 1407  (direct)

Mobile +(0)44 7957 144 301

_____

Privacy and Confidentiality Notice
This email is strictly confidential and intended solely for the person or organisation to whom it is addressed. It may contain privileged and confidential information and if you are not an intended recipient, you must not copy, distribute or take any action in reliance on it. If you have received this message in error, please notify us as soon as possible and delete it and any attached files from your system.

Confidential

UBS-AG00001378

.

| | |
|---|---|
| **From:** | Wempen, Eric |
| **Sent:** | Friday, November 16, 2007 2:33 PM |
| **To:** | rexrw@excaliburvc.com |
| **Subject:** | Re: Spoke to Todd |

Great to hear he actually stepped up!!!!  I guess the last thing they need is a publicized lawsuit -- forgot you can screw them there too!!!.  Make him firm things up with a contract ommediately. Okay on the NDA with UBS.  Yes we still need to change the wording 4 yours since u still have nothing in writing and it's flat out wrong.  I'll do it.

U still need docs saying that you"re the originator.  When you send the info + NDA with Todd, then u should ask for it.  I'll change the wording, but give me soke time to finish dinner and then finalize.
--------------------------
Sent from my BlackBerry Wireless Handheld


----- Original Message -----
From: Rex Wempen <rexrw@excaliburvc.com>
To: Wempen, Eric
Sent: Fri Nov 16 14:26:45 2007
Subject: Spoke to Todd

He called and said "we are not going to screw you out of the deal," but we need to have you sign the NDA in accordance with our own agreements with the KRG.  You can't show anything to UBS until they also sign. Every analyst on the planet is looking for the terms of our deal.


He also said that Iain Patrick misspoke when he said we don't have an agreement.


Of course, this is all verbal.


So, please let me know if we need to alter the NDA at all now.


I assume we still need to request a return of the Deed of Ahderence or some acknowledgement of our origination role?




Rex R. Wempen

General Partner

1

Confidential                                                    UBS-AG00001403

Excalibur Ventures

2456 20th Street, NW

Suite 309

Washington, DC  20009-1574

Ph: 202 315 3725

Mob: 310 218 8659

Fax: 202 315 3716

EM: <u>rexrw@excaliburvc.com</u> <<u>mailto:rexrw@excaliburvc.com</u>>

Confidential                                        UBS-AG00001404

.

| | |
|---|---|
| **From:** | Wempen, Eric |
| **Sent:** | Friday, November 16, 2007 3:47 PM |
| **To:** | rexrw@excaliburvc.com |
| **Subject:** | Re: Spoke to Todd |

Working on it....perfect language never easy....wordsmithing my job though.....sometimes I don't suck at it......
-------------------------
Sent from my BlackBerry Wireless Handheld


----- Original Message -----
From: Rex Wempen <rexrw@excaliburvc.com>
To: Wempen, Eric
Sent: Fri Nov 16 15:45:07 2007
Subject: RE: Spoke to Todd

Yes, please send me any changes you advise on the NDA

-----Original Message-----
From: Eric.Wempen@ubs.com [mailto:Eric.Wempen@ubs.com]
Sent: Friday, November 16, 2007 3:43 PM
To: rexrw@excaliburvc.com
Subject: Re: Spoke to Todd

You mean Iain Kinnear for both, right?  So he stepped in and saved the day?
Do they know him from the industry previously?

Agreed on the course of action.

When you say the "acknowledgement letter," are u referring to a cover letter for the NDA and bios that explains where we think we are now?
-------------------------
Sent from my BlackBerry Wireless Handheld


----- Original Message -----
From: Rex Wempen <rexrw@excaliburvc.com>
To: Wempen, Eric
Sent: Fri Nov 16 15:36:54 2007
Subject: RE: Spoke to Todd

Iain talked to them about it and they know mid-December is unrealistic.  We now need to approach things in a stepwise fashion, get the NDA to them with the bios, get back an acknowledgement letter and a letter saying we are also originating for them elsewhere, etc.

They know we are raising the money.

Iain is going to meet with them again next week.

-----Original Message-----
From: Eric.Wempen@ubs.com [mailto:Eric.Wempen@ubs.com]
Sent: Friday, November 16, 2007 2:54 PM
To: rexrw@excaliburvc.com

UBS-AG00001417

Subject: Re: Spoke to Todd

Please tell me u brought up the 6 Dec deadline....?  Or did he hint that it wasn't an issue now?
-------------------------
Sent from my BlackBerry Wireless Handheld


----- Original Message -----
From: Rex Wempen <rexrw@excaliburvc.com>
To: Wempen, Eric
Sent: Fri Nov 16 14:26:45 2007
Subject: Spoke to Todd

He called and said "we are not going to screw you out of the deal," but we need to have you sign the NDA in accordance with our own agreements with the KRG.  You can't show anything to UBS until they also sign. Every analyst on the planet is looking for the terms of our deal.


He also said that Iain Patrick misspoke when he said we don't have an agreement.


Of course, this is all verbal.


So, please let me know if we need to alter the NDA at all now.


I assume we still need to request a return of the Deed of Ahderence or some acknowledgement of our origination role?




Rex R. Wempen

General Partner

Excalibur Ventures

2456 20th Street, NW

Suite 309

Washington, DC  20009-1574

Ph: 202 315 3725

Mob: 310 218 8659

Fax: 202 315 3716

Confidential

EM: rexrw@excaliburvc.com <mailto:rexrw@excaliburvc.com>

.

| | |
|---|---|
| **From:** | Wempen, Eric |
| **Sent:** | Friday, November 16, 2007 7:20 PM |
| **To:** | rexrw@excaliburvc.com |
| **Subject:** | Confidentiality Agreement |

Intro Letter 2 follow.  This took me 3-4 hrs.  I re-read your earlier agreement and had to think a lot about it.

You may want to run tracked changes to see what I did, but I changed the following:

clause 1 (to address the fact that you already own an interest),

clause 4 (since u aren't considering whether to invest

I deleted clause 10 (addressing how Gulf may withdraw all prior or future approvals -- which looks at least in part like Iain's way of u saying they can forget about the prior agreement -- sneaky -- plus no rights iin the PSC being conferred to you) and added my own.  I can't see what other valid purpose there might be for this clause (and it's also in the one for potential sponsors sent to UBS, but that should be fine).  If they ask for it to be included, as long as they explain why and then change the language, it's fine, as long as they can't use this as an end run to screw you.

New Clause 10:  I carved out public info (which was also in the original agreement) plus info u already have in your possession (hard for them to include that anyway since this agreement relates to info they will give us in the future, but I don't want them to sue us for disclosing info if they don't act in good faith going forward, and if Todd says Gulf is cooperating; then he should be cofortable that the earlier agreement applies to that info - plus, they might sue us for breach if we disclose previous info in case we are required to sue them).  If they want us to sign a gag agreement, they can just ask us.

I deleted "or relating to" in clause 9b.  This is because they changed applicable law on you to the UK, took out the arbitration clause, and made all recourse subject solely to UK courts (which makes it hard for us if they screw us.  So we're much worse off now.  So by taking out "or related to," this leaves us the opportunity to sue if they refuse to disclose info to us which would have permitted us to find sponsors (in other words; they could have claimed in the UK that we couldn't sue them for refusing to release data we desperately need to sell a participation).  After the carve-outs, we have no intention to disclose without permission, so I'm fine with UK law and courts.

Finally, we need to modify the Agrmt sent to banks, so I inserted language in Clause 4 referring to an Exhibit A (which will be this new language in Agreements they send to future banks (and if UBS signs, we'll want to send a new one)) and then -- at the bottom of this email -- I inserted the language for the new  introductory paragraph of this Agrmt.  You will want to modify the second agreement sent to UBS, take out "UBS" in the intro paragraph of course, insert my new language --- everything else should be okay.  Then, insert "Exhibit A" in bold at the very top of the second agreement (and center it) and attach the whole thing to the back of your agreement as Exhibit A (remember, this one's slightly different than yours, so use the one he sent to UBS.).

OUT

******
CONFIDENTIALITY AGREEMENT

Confidential

THIS AGREEMENT (hereinafter referred to as the "Agreement"), is entered into
this the         day of November 2007, ("Effective Date") by and between
Gulf Keystone Petroleum International Limited, a company organized and existing under the
laws of Bermuda and having its registered office at Milner House, 18 Parliament Street,
Hamilton, Bermuda (hereinafter referred
to as the "Disclosing Party"), and                          [Excalibur
Ventures LLC] a limited liability company organized and existing under the laws of the State
of Delaware, United States (hereinafter referred to as the "Receiving Party").  The companies
named above may also be referred to herein individually as "Party" or collectively as
"Parties".

1. In connection with the participation by the Receiving Party in the Production Sharing
Contract for the Shaikan block in Kurdistan Iraq (hereinafter referred to as the "PSC") the
Disclosing Party is willing, in accordance with the terms and conditions of this Agreement,
to disclose to the Receiving Party certain confidential information on a nonexclusive basis,
relating to the PSC which includes, but is not necessarily limited to, geological and
geophysical data, maps, models and interpretations and may also include commercial,
contractual and financial information, (hereinafter referred to as the "Confidential
Information").

2. In consideration of the disclosure referred to in Paragraph 1 hereof, the Receiving Party
agrees that the Confidential Information shall be kept strictly confidential and shall not be
sold, traded, published or otherwise disclosed to anyone in any manner whatsoever, including
by means of photocopy, reproduction or electronic media, without the Disclosing Party's prior
written consent, except as provided in this Agreement.

3.    The Receiving Party may disclose the Confidential Information
without the Disclosing Party's prior written consent only to the extent such information is
required to be disclosed under applicable law, stock exchange regulations or by a
governmental order, decree, regulation or rule (provided that the Receiving Party shall make
all reasonable efforts to give prompt written notice to the Disclosing Party prior to such
disclosure).

4.    The Receiving Party shall only use or permit the use of the Confidential Information
disclosed under this Agreement for purposes of discussions and negotiations with potential
funding sources (hereinafter referred to as "Sponsors") for its participation in the PSC, to
the extent such Sponsors are seeking to evaluate the PSC and determine whether to invest
in or otherwise acquire an interest in the PSC, whether directly or indirectly through one or
more entities or other vehicles as mutually agreed upon by the Parties.  However, before the
Receiving Party releases Confidential Information to any Sponsor, such Sponsor must first
execute a separate Confidentiality Agreement on behalf of the Disclosing Party, such separate
Confidentiality Agreement to be in substantially the same format as attached in Exhibit A, as
amended from time to time and approved in writing by both Parties.

5.    The Receiving Party shall be responsible for ensuring that all persons to whom the
Confidential Information is disclosed under this
Agreement shall keep such information confidential, shall not disclose or divulge the same to
any unauthorized person, and shall comply with the use restrictions set forth in this
Agreement. Neither Party shall be liable in an action initiated by one against the other for
special, indirect, consequential, exemplary or punitive damages resulting from or arising out
of this Agreement, including, without limitation, loss of profit or business interruptions,
however same may be caused.

6.    The Receiving Party shall acquire no proprietary interest in or
right to the Confidential Information, and the Disclosing Party may demand the return thereof
at any time upon giving written notice to the Receiving Party. Within thirty (14) days of

Confidential

receipt of such notice, the Receiving Party shall return all of the original Confidential Information provided on behalf of the Disclosing Party and shall destroy or cause to be destroyed all copies and reproductions (in whatever form, including but not limited to, electronic media) in its possession and in the possession of persons to whom it was disclosed pursuant to this Agreement.
.

7.    This Agreement shall terminate automatically on the date the Receiving Party enters into a further agreement which contains provisions which supersede this Agreement and cover the confidentiality of
the Confidential Information relating to the PSC. Unless earlier terminated under the preceding sentence, the confidentiality obligations and limitations on use set forth in this Agreement shall last for three (3) years after the Effective Date.

8.    The Disclosing Party makes no representations or warranties, express or implied, as to the quality, accuracy and completeness of the confidential information disclosed hereunder, and the Receiving Party (on behalf of itself and its representatives) expressly acknowledges the inherent risk of error in the acquisition, processing and interpretation of geological and geophysical data the disclosing party, its affiliated companies, their officers, directors and employees shall have no liability whatsoever with respect to the use of or reliance upon the confidential information by the Receiving Party (or its representatives).

9.    (a)    This Agreement shall be governed by and interpreted in accordance with the substantive laws of England, excluding any choice of law rules which would refer the matter to the law of another jurisdiction.

(b)    Any and all claims, demands, causes of action, disputes, controversies and other matters in question arising out of this Agreement, including any question regarding its breach, existence, validity or termination, which the Parties do not resolve amicably within twenty (20) days after meeting to that effect proposed by either Party, shall be resolved by the exclusive jurisdiction of the English courts.

10.    No information or data shall be subject to any restrictions against disclosure or use under this Agreement which is or becomes public knowledge, otherwise than through the breach of this Agreement by or the default or negligence of the Parties.  In addition, this Agreement does not address information already in possession of the Receiving Party.

11.    No amendments, changes or modifications to this Agreement shall be valid except if the same are in writing and signed by a duly authorized representative of each of the Parties hereto.

12.    This Agreement comprises the full and complete agreement of the Parties hereto with respect to the disclosure of the Confidential Information and supersedes and cancels all prior communications, understandings and agreements between the Parties hereto relating to the Confidential Information, whether written or oral, expressed or implied.


IN WITNESS WHEREOF, the duly authorized representatives of the Parties have caused this Agreement to be executed on the date first written above.


DISCLOSING PARTY

By:_____

Printed Name:_____

Title:_____


RECEIVING PARTY

By: _____

Printed Name: _____

Title: _____


FOR EXHIBIT A -- ie, Confidentiality Agreements of Banks-- change the original intro clause to the following:

WHEREAS the Receiving Party is considering providing financing for or otherwise acquiring an investment in an interest in the Production Sharing Contract for the Shaikan block in Kurdistan Iraq (hereinafter referred to as the "PSC") and wishes to carry out due diligence on the PSC, now therefore it is agreed as follows:


--------------------------
Sent from my BlackBerry Wireless Handheld

.

| | |
|---|---|
| **From:** | Wempen, Eric |
| **Sent:** | Friday, November 16, 2007 7:46 PM |
| **To:** | rexrw@excaliburvc.com |
| **Subject:** | Re: Exhibit A |

Not just as a client, which is completely off base and Iain's way of justifying why u were
even involved, but "for the possible acquisition by Excalibur of an interest" says that you
don't have an interest and aren't part of the deal yet.  You do, they're just funding your
existing percentage interest.
------------------------
Sent from my BlackBerry Wireless Handheld


----- Original Message -----
From: Rex Wempen <rexrw@excaliburvc.com>
To: Wempen, Eric
Sent: Fri Nov 16 19:41:42 2007
Subject: Exhibit A

Please confirm this is what you want.  I am not sure why you took out mention of us in the
first paragraph.  Were you concerned we were mentioned as a client?



Used to Read:



CONFIDENTIALITY AGREEMENT





THIS AGREEMENT (hereinafter referred to as the "Agreement"), is entered into this the
day of          2007, ("Effective Date") by and between Gulf Keystone Petroleum International
Limited, a company organized and existing under the laws of Bermuda and having its registered
office at Milner House, 18 Parliament Street, Hamilton, Bermuda (hereinafter referred to as
the "Disclosing Party"), and                    [UBS Investment Bank] a company
organized and existing under the laws of [           ] (hereinafter referred to as the
"Receiving Party").  The companies named above may also be referred to herein individually as
"Party" or collectively as "Parties".


WHEREAS the Receiving Party is considering providing finance to its client Excalibur Ventures
LLC ("Excalibur") for the possible acquisition by Excalibur of an interest in the Production
Sharing Contract for the Shaikan block in Kurdistan Iraq (hereinafter referred to as the
"PSC") and wishes to carry out due diligence on the PSC, now therefore it is agreed as
follows:

1

                                              UBS-AG00001434

Now Reads:


THIS AGREEMENT (hereinafter referred to as the "Agreement"), is entered into this the day of         2007, ("Effective Date") by and between Gulf Keystone Petroleum International Limited, a company organized and existing under the laws of Bermuda and having its registered office at Milner House, 18 Parliament Street, Hamilton, Bermuda (hereinafter referred to as the "Disclosing Party"), and                    [UBS Investment Bank] a company organized and existing under the laws of [            ] (hereinafter referred to as the "Receiving Party").  The companies named above may also be referred to herein individually as "Party" or collectively as "Parties".



WHEREAS the Receiving Party is considering providing financing for or otherwise acquiring an investment in an interest in the Production Sharing Contract for the Shaikan and Akre-Bijeel blocks:


1.      In connection with possible provision of finance to Excalibur by the Receiving Party, the Disclosing Party is willing, in accordance with the terms and conditions of this Agreement, to disclose to the Receiving Party certain confidential information on a nonexclusive basis, relating to the PSC which includes, but is not necessarily limited to, geological and geophysical data, maps, models and interpretations and may also include commercial, contractual and financial information, (hereinafter referred to as the "Confidential Information").


2.      In consideration of the disclosure referred to in Paragraph 1 hereof, the Receiving Party agrees that the Confidential Information shall be kept strictly confidential and shall not be sold, traded, published or otherwise disclosed to anyone in any manner whatsoever, including by means of photocopy, reproduction or electronic media, without the Disclosing Party's prior written consent, except as provided in this Agreement.



3.      The Receiving Party may disclose the Confidential Information without the Disclosing Party's prior written consent only to the extent such information is required to be disclosed under applicable law, stock exchange regulations or by a governmental order,

2

decree, regulation or rule (provided that the Receiving Party shall make all reasonable efforts to give prompt written notice to the Disclosing Party prior to such disclosure).

4.      The Receiving Party shall only use or permit the use of the Confidential Information disclosed under this Agreement to evaluate the PSC and determine whether to provide finance to Excalibur for possible acquisition of an interest in the PSC by Excalibur.

5.      The Receiving Party shall be responsible for ensuring that all persons to whom the Confidential Information is disclosed under this Agreement shall keep such information confidential, shall not disclose or divulge the same to any unauthorized person, and shall comply with the use restrictions set forth in this Agreement. Neither Party shall be liable in an action initiated by one against the other for special, indirect, consequential, exemplary or punitive damages resulting from or arising out of this Agreement, including, without limitation, loss of profit or business interruptions, however same may be caused.

6.      The Receiving Party shall acquire no proprietary interest in or right to the Confidential Information, and the Disclosing Party may demand the return thereof at any time upon giving written notice to the Receiving Party. Within fourteen (14) days of receipt of such notice, the Receiving Party shall return all of the original Confidential Information provided on behalf of the Disclosing Party and shall destroy or cause to be destroyed all copies and reproductions (in whatever form, including but not limited to, electronic media) in its possession and in the possession of persons to whom it was disclosed pursuant to this Agreement.

.

7.      Unless earlier terminated under the preceding sentence, the confidentiality obligations and limitations on use set forth in this Agreement shall last for three (3) years after the Effective Date.

8.      The Disclosing Party makes no representations or warranties, express or implied, as to the quality, accuracy and completeness of the confidential information disclosed hereunder, and the Receiving Party (on behalf of itself and its representatives) expressly acknowledges the inherent risk of error in the acquisition, processing and interpretation of geological and geophysical data the disclosing party, its affiliated companies, their officers, directors and employees shall have no liability whatsoever with respect to the use of or reliance upon the confidential information by the Receiving Party (or its representatives).

9.      (a)  This Agreement shall be governed by and interpreted in accordance with the substantive laws of England, excluding any choice of law rules which would refer the matter to the law of another jurisdiction.

Confidential

UBS-AG00001436

(b)  Any and all claims, demands, causes of action, disputes, controversies and other matters in question arising out of or relating to this Agreement, including any question regarding its breach, existence, validity or termination, which the Parties do not resolve amicably within twenty (20) days after meeting to that effect proposed by either Party, shall be resolved by the exclusive jurisdiction of the English courts.

10.      Unless otherwise expressly stated in writing, any prior or future proposals or offers made in the course of the discussions between the parties and/or Excalibur are implicitly subject to all necessary management and government approvals and may be withdrawn by either for any reason or for no reason at any time.  Nothing contained herein is intended to confer upon the Receiving Party or Excalibur any right whatsoever to the Disclosing Party's interest in the PSC.

11.      No amendments, changes or modifications to this Agreement shall be valid except if the same are in writing and signed by a duly authorized representative of each of the Parties hereto.

12.      This Agreement comprises the full and complete agreement of the Parties hereto with respect to the disclosure of the Confidential Information and supersedes and cancels all prior communications, understandings and agreements between the Parties hereto relating to the Confidential Information, whether written or oral, expressed or implied.

IN WITNESS WHEREOF, the duly authorized representatives of the Parties have caused this Agreement to be executed on the date first written above.

DISCLOSING PARTY

By:_____

Printed Name:_____

Title:_____

Confidential                                                    UBS-AG00001437

RECEIVING PARTY


By:   _____


Printed Name:  _____


Title:  _____




Rex R. Wempen

General Partner

Excalibur Ventures

2456 20th Street, NW

Suite 309

Washington, DC   20009-1574

Ph: 202 315 3725

Mob: 310 218 8659

Fax: 202 315 3716

EM: rexrw@excaliburvc.com <mailto:rexrw@excaliburvc.com>

Confidential                                                    UBS-AG00001438

.

| | |
|---|---|
| **From:** | Wempen, Eric |
| **Sent:** | Friday, November 16, 2007 8:37 PM |
| **To:** | rexrw@excaliburvc.com |
| **Subject:** | Re: Exhibit A Proposed Text |

Not there yet.  Found 2 more problems (even on a Blackberry and at 1:30am).

First, you took out the defined term PSC when you created the intro and also took out "and
wishes to carry out due diligence on the PSC, now therefore it is agreed as follows:". I
don't have any problem with the "due diligence language" and the "now therefore" is pretty
standard.  It should be:

WHEREAS the Receiving Party is considering providing financing for or otherwise acquiring an
investment in an interest in the Production Sharing Contract for the Shaikan and Akre-Bijeel
blocks in Kurdistan Iraq (hereinafter referred to as the "PSC") and wishes to carry out due
diligence on the PSC, now therefore it is agreed as follows:
.

Second, Clause 4 still had the jacked up language.  Change from:


4.       The Receiving Party shall only use or permit the use of the Confidential
Information disclosed under this Agreement to evaluate the PSC and determine whether to
provide finance to Excalibur for possible acquisition of an interest in the PSC by Excalibur.


To


4.       The Receiving Party shall only use or permit the use of the Confidential
Information disclosed under this Agreement to evaluate the PSC and determine whether to
provide financing for or otherwise acquiring an investment in an interest in the PSC for the
Shaikan and Akre-Bijeel blocks:

--------------------------
Sent from my BlackBerry Wireless Handheld


----- Original Message -----
From: Rex Wempen <rexrw@excaliburvc.com>
To: Wempen, Eric
Sent: Fri Nov 16 20:22:30 2007
Subject: Exhibit A Proposed Text

THIS AGREEMENT (hereinafter referred to as the "Agreement"), is entered into this the
day of        2007, ("Effective Date") by and between Gulf Keystone Petroleum International
Limited, a company organized and existing under the laws of Bermuda and having its registered
office at Milner House, 18 Parliament Street, Hamilton, Bermuda (hereinafter referred to as
the "Disclosing Party"), and                      [UBS Investment Bank] a company
organized and existing under the laws of [            ] (hereinafter referred to as the
"Receiving Party").  The companies named above may also be referred to herein individually as
"Party" or collectively as "Parties".

Confidential

WHEREAS the Receiving Party is considering providing financing for or otherwise acquiring an investment in an interest in the Production Sharing Contract for the Shaikan and Akre-Bijeel blocks:

1.      In connection with possible provision of finance to Excalibur by the Receiving Party, the Disclosing Party is willing, in accordance with the terms and conditions of this Agreement, to disclose to the Receiving Party certain confidential information on a nonexclusive basis, relating to the PSC which includes, but is not necessarily limited to, geological and geophysical data, maps, models and interpretations and may also include commercial, contractual and financial information, (hereinafter referred to as the "Confidential Information").

2.      In consideration of the disclosure referred to in Paragraph 1 hereof, the Receiving Party agrees that the Confidential Information shall be kept strictly confidential and shall not be sold, traded, published or otherwise disclosed to anyone in any manner whatsoever, including by means of photocopy, reproduction or electronic media, without the Disclosing Party's prior written consent, except as provided in this Agreement.

3.      The Receiving Party may disclose the Confidential Information without the Disclosing Party's prior written consent only to the extent such information is required to be disclosed under applicable law, stock exchange regulations or by a governmental order, decree, regulation or rule (provided that the Receiving Party shall make all reasonable efforts to give prompt written notice to the Disclosing Party prior to such disclosure).

Confidential

4.      The Receiving Party shall only use or permit the use of the Confidential Information disclosed under this Agreement to evaluate the PSC and determine whether to provide finance to Excalibur for possible acquisition of an interest in the PSC by Excalibur.

5.      The Receiving Party shall be responsible for ensuring that all persons to whom the Confidential Information is disclosed under this Agreement shall keep such information confidential, shall not disclose or divulge the same to any unauthorized person, and shall comply with the use restrictions set forth in this Agreement. Neither Party shall be liable in an action initiated by one against the other for special, indirect, consequential, exemplary or punitive damages resulting from or arising out of this Agreement, including, without limitation, loss of profit or business interruptions, however same may be caused.

6.      The Receiving Party shall acquire no proprietary interest in or right to the Confidential Information, and the Disclosing Party may demand the return thereof at any time upon giving written notice to the Receiving Party. Within fourteen (14) days of receipt of such notice, the Receiving Party shall return all of the original Confidential Information provided on behalf of the Disclosing Party and shall destroy or cause to be destroyed all copies and reproductions (in whatever form, including but not limited to, electronic media) in its possession and in the possession of persons to whom it was disclosed pursuant to this Agreement.

.

7.      Unless earlier terminated under the preceding sentence, the confidentiality obligations and limitations on use set forth in this Agreement shall last for three (3) years after the Effective Date.

8.      The Disclosing Party makes no representations or warranties, express or implied, as to the quality, accuracy and completeness of the confidential information disclosed

UBS-AG00001473

hereunder, and the Receiving Party (on behalf of itself and its representatives) expressly acknowledges the inherent risk of error in the acquisition, processing and interpretation of geological and geophysical data the disclosing party, its affiliated companies, their officers, directors and employees shall have no liability whatsoever with respect to the use of or reliance upon the confidential information by the Receiving Party (or its representatives).

9.        (a)  This Agreement shall be governed by and interpreted in accordance with the substantive laws of England, excluding any choice of law rules which would refer the matter to the law of another jurisdiction.

(b)  Any and all claims, demands, causes of action, disputes, controversies and other matters in question arising out of or relating to this Agreement, including any question regarding its breach, existence, validity or termination, which the Parties do not resolve amicably within twenty (20) days after meeting to that effect proposed by either Party, shall be resolved by the exclusive jurisdiction of the English courts.

10.      Unless otherwise expressly stated in writing, any prior or future proposals or offers made in the course of the discussions between the parties and/or Excalibur are implicitly subject to all necessary management and government approvals and may be withdrawn by either for any reason or for no reason at any time.  Nothing contained herein is intended to confer upon the Receiving Party or Excalibur any right whatsoever to the Disclosing Party's interest in the PSC.

11.      No amendments, changes or modifications to this Agreement shall be valid except if the same are in writing and signed by a duly authorized representative of each of the Parties hereto.

Confidential

12.     This Agreement comprises the full and complete agreement of the Parties hereto with respect to the disclosure of the Confidential Information and supersedes and cancels all prior communications, understandings and agreements between the Parties hereto relating to the Confidential Information, whether written or oral, expressed or implied.

IN WITNESS WHEREOF, the duly authorized representatives of the Parties have caused this Agreement to be executed on the date first written above.

DISCLOSING PARTY

By:_____

Printed Name:_____

Title:_____

Confidential                                              UBS-AG00001475

RECEIVING PARTY


By:  _____


Printed Name:  _____


Title:  _____

                                              UBS-AG00001476

.

| | |
|---|---|
| **From:** | rexrw@excaliburvc.com |
| **Sent:** | Saturday, November 17, 2007 10:54 AM |
| **To:** | Wempen, Eric |
| **Subject:** | Re: Letter to Todd |

Todd already said as soon as we get the NDA to him we will have the info.  He is in London.

I am not sure we need to send bios now.

I will include the legal descriptive language you wrote, however.  It is great.
Sent from my Verizon Wireless BlackBerry

-----Original Message-----
From: <Eric.Wempen@ubs.com>

Date: Sat, 17 Nov 2007 08:51:24
To:<rexrw@excaliburvc.com>
Subject: Fw: Letter to Todd

Did u get this last night?  Boy am I tired.  Today, I'm going to take Ryan to a big kids'
playground, go to the hamam, and head down to the beach house.  I'll bring you back a monkey
from the bazaar in Marrakech.
-------------------------
Sent from my BlackBerry Wireless Handheld


----- Original Message -----
From: Wempen, Eric
To: 'rexrw@excaliburvc.com' <rexrw@excaliburvc.com>
Sent: Fri Nov 16 21:32:36 2007
Subject: Letter to Todd

It's 2:30.  I'm going to bed.  Don't take Blackberries on vacation.  It sucks.  And it's too
bad Maroc didn't beat France (2-2).

See below letter.  Since Todd doesn't seem to read long emails, I added the full description
of what we included at the bottom.  I don't think we need to ask again for anything; they
already have it 10 times.  Don't forget to change the bracketed language in the first
sentence.

To Do:

(A) Finalize the letter

(B) Scan a signed copy (including the Exhibit A after the signature page.  Note that Exhibit
A's page #s should start at 1 again (and not 3 or 4).

(C) Then, attach:

(1) the pdf of the signed NDA

(2) a single word doc with the NDA and the Exhibit A (ie, it will all be part of the same
doc, so make it 1 word file.  They can pull it out later for their contracts with the banks.

Confidential

(3) The Excalibur stuff in Word or PPT format, or whatever you use.  Since they'll want to drop it into Word format, you want it in a format they can access easily.

THEN:
(D) Send it via letter to Todd (or Iain?) in London or the US (wherever he is).  I guess if Todd's in the US, you may want to send it to London so it gets there? Or would it be bad 2 send to Iain since he told us not to contact him.

*****

Dear Todd,

I greatly appreciate your call this evening regarding the Shaikan partnership [or insert appropriate wording].  I understand your concerns regarding confidentiality issues and abiding by your contractual obligations with MOL, and have attached all of the information you and Iain requested as detailed below.  Please let me know if you need anything else prior to sending us the information we requested, and I will revert immediately.  I am forwarding the originals to you via courier.

Best Regards,
Rex

Attachments:

(1) The information requested regarding Excalibur.

This includes a full description along with bios.  Please let me know immediately if you require any additional information.  Since we are a consulting company, have been acting in an origination role, and the balance sheets of future sponsors (and obviously not Excalibur) are what concerns MOL and other interested parties, we will provide the relevant financial data regarding our sponsors as soon as we have a commitment.

(2)  An executed copy of the NDA.

Although in substantially the same form as forwarded to us on Wednesday, since the language referenced Excalibur as being currently excluded from the deal, we were forced to re-work a couple of clauses.  To ensure there are no issues regarding binding potential sponsors, we also added language in Clause 4 whereby we agree to provide each sponsor with a confidentiality agreement with Gulf it must execute in order to receive any info.  (Please note that as a sign of good faith, we agreed to terms that put us at a distinct disadvantage from our earlier agreement which already bound us to confidentiality with Gulf, including agreeing to forego arbitration and seeking legal redress solely in the UK.)
--------------------------
Sent from my BlackBerry Wireless Handheld
Visit our website at http://www.ubs.com

This message contains confidential information and is intended only for the individual named.  If you are not the named addressee you should not disseminate, distribute or copy this e-mail.  Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system.

E-mails are not encrypted and cannot be guaranteed to be secure or error-free as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses.  The sender therefore does not accept liability for any errors or omissions in the contents of this message which arise as a result of e-mail transmission.

Confidential                                              UBS-AG00001482

If verification is required please request a hard-copy version.  This message is provided for informational purposes and should not be construed as a solicitation or offer to buy or sell any securities or related financial instruments.

Confidential

UBS-AG00001483

.

| | |
|---|---|
| **From:** | Wempen, Eric |
| **Sent:** | Saturday, November 17, 2007 2:14 PM |
| **To:** | rexrw@excaliburvc.com |
| **Subject:** | Re: Letter to Todd |

```
Sending the bios will likely make Iain happy (happier?).  Since they specifically requested
it in writing (and Todd spoke with you over the phone), I don't want them to have any reason
whatsoever to delay or come back later claiming you breached.  If they already have it, who
cares?  Put another way, is there any reason not to send them?
-------------------------
Sent from my BlackBerry Wireless Handheld


----- Original Message -----
From: rexrw@excaliburvc.com <rexrw@excaliburvc.com>
To: Wempen, Eric
Sent: Sat Nov 17 10:54:26 2007
Subject: Re: Letter to Todd

Todd already said as soon as we get the NDA to him we will have the info.  He is in London.

I am not sure we need to send bios now.

I will include the legal descriptive language you wrote, however.  It is great.
Sent from my Verizon Wireless BlackBerry

-----Original Message-----
From: <Eric.Wempen@ubs.com>

Date: Sat, 17 Nov 2007 08:51:24
To:<rexrw@excaliburvc.com>
Subject: Fw: Letter to Todd


Did u get this last night?  Boy am I tired.  Today, I'm going to take Ryan to a big kids'
playground, go to the hamam, and head down to the beach house.  I'll bring you back a monkey
from the bazaar in Marrakech.
-------------------------
Sent from my BlackBerry Wireless Handheld


----- Original Message -----
From: Wempen, Eric
To: 'rexrw@excaliburvc.com' <rexrw@excaliburvc.com>
Sent: Fri Nov 16 21:32:36 2007
Subject: Letter to Todd

It's 2:30.  I'm going to bed.  Don't take Blackberries on vacation.  It sucks.  And it's too
bad Maroc didn't beat France (2-2).

See below letter.  Since Todd doesn't seem to read long emails, I added the full description
of what we included at the bottom.  I don't think we need to ask again for anything; they
already have it 10 times.  Don't forget to change the bracketed language in the first
sentence.
```

UBS-AG00001484

To Do:

(A) Finalize the letter

(B) Scan a signed copy (including the Exhibit A after the signature page.  Note that Exhibit A's page #s should start at 1 again (and not 3 or 4).

(C) Then, attach:

(1) the pdf of the signed NDA

(2) a single word doc with the NDA and the Exhibit A (ie, it will all be part of the same doc, so make it 1 word file.  They can pull it out later for their contracts with the banks.

(3) The Excalibur stuff in Word or PPT format, or whatever you use.  Since they'll want to drop it into Word format, you want it in a format they can access easily.

THEN:
(D) Send it via letter to Todd (or Iain?) in London or the US (wherever he is).  I guess if Todd's in the US, you may want to send it to London so it gets there? Or would it be bad 2 send to Iain since he told us not to contact him.

*****

Dear Todd,

I greatly appreciate your call this evening regarding the Shaikan partnership [or insert appropriate wording].  I understand your concerns regarding confidentiality issues and abiding by your contractual obligations with MOL, and have attached all of the information you and Iain requested as detailed below.  Please let me know if you need anything else prior to sending us the information we requested, and I will revert immediately.  I am forwarding the originals to you via courier.

Best Regards,
Rex

Attachments:

(1) The information requested regarding Excalibur.

This includes a full description along with bios.  Please let me know immediately if you require any additional information.  Since we are a consulting company, have been acting in an origination role, and the balance sheets of future sponsors (and obviously not Excalibur) are what concerns MOL and other interested parties, we will provide the relevant financial data regarding our sponsors as soon as we have a commitment.

(2)  An executed copy of the NDA.

Although in substantially the same form as forwarded to us on Wednesday, since the language referenced Excalibur as being currently excluded from the deal, we were forced to re-work a couple of clauses.  To ensure there are no issues regarding binding potential sponsors, we also added language in Clause 4 whereby we agree to provide each sponsor with a confidentiality agreement with Gulf it must execute in order to receive any info.  (Please note that as a sign of good faith, we agreed to terms that put us at a distinct disadvantage from our earlier agreement which already bound us to confidentiality with Gulf, including agreeing to forego arbitration and seeking legal redress solely in the UK.)
--------------------------

Confidential                                                            UBS-AG00001485

Sent from my BlackBerry Wireless Handheld
Visit our website at http://www.ubs.com


This message contains confidential information and is intended only
for the individual named.  If you are not the named addressee you
should not disseminate, distribute or copy this e-mail.  Please
notify the sender immediately by e-mail if you have received this
e-mail by mistake and delete this e-mail from your system.


E-mails are not encrypted and cannot be guaranteed to be secure or
error-free as information could be intercepted, corrupted, lost,
destroyed, arrive late or incomplete, or contain viruses.  The sender
therefore does not accept liability for any errors or omissions in
contents of this message which arise as a result of e-mail transmission.
If verification is required please request a hard-copy version.  This
message is provided for informational purposes and should not be
construed as a solicitation or offer to buy or sell any securities
or related financial instruments.

Confidential

UBS-AG00001486

.

| | |
|---|---|
| From: | Wempen, Eric |
| Sent: | Monday, November 19, 2007 11:20 AM |
| To: | rexrw@excaliburvc.com |
| Subject: | Fw: NDA |
| Attachments: | EXV-GKP CONFIDENTIALITY AGREEMENT.doc; EXHIBIT A - SPONSORS NDA.doc |

How about the below?

Dear Iain:

Thank you for your message.  I am certain that we will arrive at a mutually agreeable
solution as our dialogue continues.

We have no issue providing Gulf with the languahe you noted, including:
(1) the right to pre-approve the transfer of data to any third party, provided that (a) you
insert language to the effect that such pre-approval will not be unreasonably withheld and
(b) we agree beforehand on your required turnaround time so that we are not prejudiced by any
internal delays, and
(2) waiting for a signed CA from that third party before they receive any data (again, since
the agreement requires Gulf's signature, we just want to ensure that you will execute in a
timely fashion).

So that you have language you are comfortable with, please feel free to draft and insert the
wording you prefer on this issue (I believe the language will fall into Clause 4).  Since
your email did not address any other issues with our revisions and the language in the
document you sent does not reflect our current and previous relationship, please make any
edits to the attached documents employing "track changes" and revert.

As for the other information you seek regarding Excalibur, I would refer you to our earlier
correspondence where we noted that we do understand that there may be timing, inefficiency,
and other issues surrounding renegotiating final contracts with MOL by adding Excalibur in as
a direct partner.  For that very reason, we noted that we would be amenable to certain
changes to the structure of our investment, including having Excalibur's funding vehicle
invest in a Gulf vehicle (which would, as an added benefit, make our investment transparent
to MOL), and would be more than happy to discuss these structural changes with you.  We are
quite aware that Excalibur does not have as strong a balance sheet as Gulf.  As we are not a
public company, we do not issue audited financials and brought in Gulf and the rest of your
team for this very reason.  Our goal is not to overshadow or impact the deal in a negative
manner, but merely to maintain our equity ownership in this deal in return for our role as
originator.  If this means that Excalibur is not in the forefront of each negotiation with
MOL, that is acceptable to us, especially since many of our sponsors are seeking a passive
investment.  Accordingly, if and when you discuss the role, track record, and technical
capabilities of Excalibur with MOL, we would suggest that you focus on our origination of the
current transaction.  Again, I respectfully refer you to your corporate leadership and our
pre-existing agreements with your company.

Best Regards,
Rex


--------------------------
Sent from my BlackBerry Wireless Handheld

Confidential                                          UBS-AG00001527

----- Original Message -----
From: Rex Wempen <rexrw@excaliburvc.com>
To: Wempen, Eric
Sent: Mon Nov 19 08:55:18 2007
Subject: RE: NDA

Dear Iain:


DRAFT:


Dear Iain:


Thank you for your message.  I am certain that we will arrive at a mutually agreeable
solution as our dialogue continues.


Please utilize the attached if any edits are required.  Counsel assures us the text we sent
(attached) is more than sufficient to cover your concerns.  If, however, you have further
suggestions on how to update our NDA, please enter them on the attached documents employing
"track changes" and revert. The language in the document you sent does not acknowledge our
current and previous relationship.


As for other information you seek, I refer you to your corporate leadership and our pre-
existing agreements with your company.


Thank you for your consideration.


Best Regards,


Rex


_____

From: Iain Patrick [mailto:IPatrick@gulfkeystone.co.uk]
Sent: Monday, November 19, 2007 7:29 AM
To: Rex Wempen
Cc: Todd Kozel; Jon Cooper
Subject: RE: NDA

Confidential

UBS-AG00001528

Dear Rex

Thanks for your email enclosing your amended CA.

Unfortunately we are not in agreement with the changes you have made, so I attach a new version of the original document incorporating the minor updates/corrections that are necessary.

The main area of your redraft that is unacceptable is that it would allow the confidential data to be given to any number of potential funders, without our control. As I am sure you understand, the technical and commercial data on Shaikan is very sensitive and it is essential that we (1) have the right to pre-approve the transfer of data to any third party and (2) have received a signed CA from that third party before they receive any data. This was the concept of the original CAs that we sent to Excalibur and UBS.

The information you have sent on Excalibur is very brief and does not address its ownership, financial position, track record or technical capability. Information on Excalibur's Sponsors may provide some comfort to MOL and other interested parties, but as Excalibur would be their partner, only information on Excalibur itself will carry any real weight. I will try to ascertain their requirements and let you know.

Best regards

Iain

Iain Patrick

Commercial Director

Gulf Keystone Petroleum (UK) Limited

16 Berkeley Street

London W1J 8DZ

Tel +(0)44 207 514 1407 (direct)

Mobile +(0)44 7957 144 301

_____

From: Rex Wempen [mailto:rexrw@excaliburvc.com]
Sent: 13 September 2007 05:31
To: Iain Patrick

Confidential

UBS-AG00001529

Cc: 'Todd Kozel'
Subject: NDA


Dear Iain:


Please find attached requested information and documentation.


Thank you for your consideration.


Best Regards,


Rex


Attachments:


(1)  An executed copy of the Shaikan/Akre-Bijeel NDA.


Although in substantially the same form as forwarded to us on Wednesday, since the language
did not reflect our existing relationship and referenced Excalibur as being currently
excluded from the deal, we were forced to re-work a couple of clauses in both the NDA we have
signed and that provided to sponsors.  To ensure there are no issues regarding binding
potential sponsors, we also added language in Clause 4 whereby we agree to provide each
sponsor with a confidentiality agreement with Gulf it must execute in order to receive any
info.  (Please note that as a sign of good faith, we agreed to terms that put us at a
distinct disadvantage from our earlier agreement which already bound us to confidentiality
with Gulf, including agreeing to forego arbitration and seeking legal redress solely in the
UK).


(2) The information requested regarding Excalibur.


This includes a full description along with bios.  Please let me know immediately if you
require any additional information.  Since we are a consulting company, have been acting in
an origination role, and the balance sheets of future sponsors (and obviously not Excalibur)
are what concerns MOL and other interested parties, we will provide the relevant financial
data regarding our sponsors as soon as we have a commitment.


Confidential                                                           UBS-AG00001530

Rex R. Wempen

General Partner

Excalibur Ventures

2456 20th Street, NW

Suite 309

Washington, DC  20009-1574

Ph: 202 315 3725

Mob: 310 218 8659

Fax: 202 315 3716

EM: rexrw@excaliburvc.com <mailto:rexrw@excaliburvc.com>

_____

Privacy and Confidentiality Notice
This email is strictly confidential and intended solely for the person or organisation to
whom it is addressed. It may contain privileged and confidential information and if you are
not an intended recipient, you must not copy, distribute or take any action in reliance on
it. If you have received this message in error, please notify us as soon as possible and
delete it and any attached files from your system.

Confidential

UBS-AG00001531

.

| | |
|---|---|
| **From:** | Wempen, Eric |
| **Sent:** | Monday, November 19, 2007 2:54 PM |
| **To:** | rexrw@excaliburvc.com |
| **Subject:** | Re: NDA |

Pretty close.  Let me see if I can't come up with 1 more argument about your signing the document also being a problem because you've been advised by counsel not to execute anything you know is false, let alone prejudicial to your position.  We'll also say that since Iain didn't want to take 2 minutes to draft, even though you spent years of your life to bring them the deal, you paid outside counsel to draft anyway.  Signing this is just bad.  He's paid to look at documents, and no counsel would ever let you sign this, unless they send you all of the documents....HEY, that's our key.  Simply releasing the info without the final contract, or even a verbal discussion of what that might be doesn't save you any time.  Without everything else, you cannot even prove to sponsors that "Gulf is working with us in good faith."!!! Asking them to sign a document that specifically states that we have no interest will not pass due diligence, something that he should know as a lawyer!!
--------------------------
Sent from my BlackBerry Wireless Handheld


----- Original Message -----
From: Rex Wempen <rexrw@excaliburvc.com>
To: Wempen, Eric
Sent: Mon Nov 19 14:26:44 2007
Subject: FW: NDA

How about this?  Just forget Iain and go straight to Todd.  They have given way on further information on EXV, but insist on the language in the NDA.


Todd:  What would you like to do?  Counsel recommends against signing the documents your commercial director has sent without modification.  We believe our language satisfies all your concerns.  The document was written by Iain.  All we did was modify three sentences.  Please ask him to review them.


Please also revert electronic and hard copy versions of the letters of Acknowledgement emailed again yesterday and Deed of Adherence delivered to your offices by courier today.  The information provided under the NDA will be useless without them.


Thank you for your understanding and support.


Rex


_____

Confidential                                                    UBS-AG00001624

From: Iain Patrick [mailto:IPatrick@gulfkeystone.co.uk]
Sent: Monday, November 19, 2007 1:35 PM
To: Rex Wempen
Cc: Todd Kozel; Jon Cooper
Subject: RE: NDA


Dear Rex


I believe that the CAs I have provided for Excalibur and your potential sponsors to sign are
consistent with both parties' objectives without the need for any further changes and am
concerned that the available time would be better used evaluating the data rather than
debating the wording of the CAs.


If you will sign and return the version I sent earlier then we will be able to let you have
the confidential information regarding Shaikan.


Best regards


Iain


Iain Patrick

Commercial Director

Gulf Keystone Petroleum (UK) Limited

16 Berkeley Street

London W1J 8DZ

Tel +(0)44 207 514 1407  (direct)

Mobile +(0)44 7957 144 301

_____

From: Rex Wempen [mailto:rexrw@excaliburvc.com]
Sent: 19 November 2007 16:48
To: Iain Patrick
Cc: 'Todd Kozel'; Jon Cooper; Iain.Kinnear@fuelhandlingsystems.co.uk
Subject: RE: NDA


Dear Iain:

Confidential                                                   UBS-AG00001625

Thank you for your message.  I am certain that we will arrive at a mutually agreeable
solution as our dialogue continues.


We have no issue providing Gulf with the language you noted, including:

(1) the right to pre-approve the transfer of data to any third party, provided that (a) you
insert language to the effect that such pre-approval will not be unreasonably withheld and
(b) we agree beforehand on your required turnaround time so that we are not prejudiced by any
internal delays, and

(2) waiting for a signed CA from that third party before they receive any data (again, since
the agreement requires Gulf's signature, we just want to ensure that you will execute in a
timely fashion).


So that you have language you are comfortable with, please feel free to draft and insert the
wording you prefer on this issue (I believe the language will fall into Clause 4).  Since
your email did not address any other issues with our revisions and the language in the
document you sent does not reflect our current and previous relationship, please make any
edits to the attached documents employing "track changes" and revert.


As for the other information you seek regarding Excalibur, I would refer you to our earlier
correspondence where we noted that we do understand that there may be timing, inefficiency,
and other issues surrounding renegotiating final contracts with MOL by adding Excalibur in as
a direct partner.  For that very reason, we noted that we would be amenable to certain
changes to the structure of our investment, including having Excalibur's funding vehicle
invest in a Gulf vehicle (which would, as an added benefit, make our investment transparent
to MOL), and would be more than happy to discuss these structural changes with you.  We are
quite aware that Excalibur does not have as strong a balance sheet as Gulf.  As we are not a
public company, we do not issue audited financials and brought in Gulf and the rest of your
team for this very reason.  Our goal is not to overshadow or impact the deal in a negative
manner, but merely to maintain our equity ownership in this deal in return for our role as
originator.  If this means that Excalibur is not in the forefront of each negotiation with
MOL, that is acceptable to us, especially since many of our sponsors are seeking a passive
investment.  Accordingly, if and when you discuss the role, track record, and technical
capabilities of Excalibur with MOL, we would suggest that you focus on our origination of the
current transaction.  Again, I respectfully refer you to your corporate leadership and our
pre-existing agreements with your company.


Best Regards,

Rex


---

Confidential                                          UBS-AG00001626

From: Iain Patrick [mailto:IPatrick@gulfkeystone.co.uk]
Sent: Monday, November 19, 2007 7:29 AM
To: Rex Wempen
Cc: Todd Kozel; Jon Cooper
Subject: RE: NDA


Dear Rex


Thanks for your email enclosing your amended CA.


Unfortunately we are not in agreement with the changes you have made, so I attach a new
version of the original document incorporating the minor updates/corrections that are
necessary.


The main area of your redraft that is unacceptable is that it would allow the confidential
data to be given to any number of potential funders, without our control. As I am sure you
understand, the technical and commercial data on Shaikan is very sensitive and it is
essential that we (1) have the right to pre-approve the transfer of data to any third party
and (2) have received a signed CA from that third party before they receive any data. This
was the concept of the original CAs that we sent to Excalibur and UBS.


The information you have sent on Excalibur is very brief and does not address its ownership,
financial position, track record or technical capability. Information on Excalibur's Sponsors
may provide some comfort to MOL and other interested parties, but as Excalibur would be their
partner, only information on Excalibur itself will carry any real weight. I will try to
ascertain their requirements and let you know.


Best regards


Iain


Iain Patrick

Commercial Director

Gulf Keystone Petroleum (UK) Limited

16 Berkeley Street

London W1J 8DZ

Tel +(0)44 207 514 1407  (direct)


Confidential                                                         UBS-AG00001627

Mobile +(0)44 7957 144 301

_____

From: Rex Wempen [mailto:rexrw@excaliburvc.com]
Sent: 13 September 2007 05:31
To: Iain Patrick
Cc: 'Todd Kozel'
Subject: NDA


Dear Iain,


Please find attached requested information and documentation.


Thank you for your consideration.


Best Regards,


Rex


Attachments:


(1)  An executed copy of the Shaikan/Akre-Bijeel NDA.


Although in substantially the same form as forwarded to us on Wednesday, since the language did not reflect our existing relationship and referenced Excalibur as being currently excluded from the deal, we were forced to re-work a couple of clauses in both the NDA we have signed and that provided to sponsors.  To ensure there are no issues regarding binding potential sponsors, we also added language in Clause 4 whereby we agree to provide each sponsor with a confidentiality agreement with Gulf it must execute in order to receive any info.  (Please note that as a sign of good faith, we agreed to terms that put us at a distinct disadvantage from our earlier agreement which already bound us to confidentiality with Gulf, including agreeing to forego arbitration and seeking legal redress solely in the UK).


(2) The information requested regarding Excalibur.


Confidential                                    UBS-AG00001628

This includes a full description along with bios.  Please let me know immediately if you require any additional information.  Since we are a consulting company, have been acting in an origination role, and the balance sheets of future sponsors (and obviously not Excalibur) are what concerns MOL and other interested parties, we will provide the relevant financial data regarding our sponsors as soon as we have a commitment.

Rex R. Wempen

General Partner

Excalibur Ventures

2456 20th Street, NW

Suite 309

Washington, DC  20009-1574

Ph: 202 315 3725

Mob: 310 218 8659

Fax: 202 315 3716

EM: rexrw@excaliburvc.com <mailto:rexrw@excaliburvc.com>

_____

Privacy and Confidentiality Notice
This email is strictly confidential and intended solely for the person or organisation to whom it is addressed. It may contain privileged and confidential information and if you are not an intended recipient, you must not copy, distribute or take any action in reliance on it. If you have received this message in error, please notify us as soon as possible and delete it and any attached files from your system.

_____

Privacy and Confidentiality Notice
This email is strictly confidential and intended solely for the person or organisation to whom it is addressed. It may contain privileged and confidential information and if you are not an intended recipient, you must not copy, distribute or take any action in reliance on it. If you have received this message in error, please notify us as soon as possible and delete it and any attached files from your system.

Confidential

UBS-AG00001629

.

| | |
|---|---|
| **From:** | Rex Wempen |
| **Sent:** | Monday, November 19, 2007 4:09 PM |
| **To:** | Wempen, Eric |
| **Subject:** | RE: Idea |

I don't see how I can "still extend the invitation" as it might also look conflicted to mix in that and a request for the letters of acknowledgement... Or am I missing something?

DRAFT:

"Todd, thank you for responding to our offer earlier today.  If there is another structure that would be more suitable and allow you to participate, please let me know.

In the meantime, I am at a loss as to how to deal with issue of deal data.
I have referred the issue to outside counsel, and am advised Iain Patrick does not appear to be negotiating in good faith.  The counsel who reviewed and updated the material Iain sent us made minimal changes, which Iain refused to even examine.  The current version from Iain does not address our concerns and we need these albeit minimal changes right now as we have no other material from you acknowledging our position.

I might be able to cut corners on this if we had

1)the requested letters of acknowledgement 2)deed of adherence, and 3)cost estimate for Shaikan and Akre-Bijeel partnerships

in place, but right now, there isn't much I can do.  Please send those along, and we can revert Iain's NDA.

Thanks,

Rex"

-----Original Message-----
From: Eric.Wempen@ubs.com [mailto:Eric.Wempen@ubs.com]
Sent: Monday, November 19, 2007 3:54 PM
To: rexrw@excaliburvc.com
Subject: Idea
Importance: High


Why not send Todd a short email saying that you should have thought about the conflict issue and would still like to extend the invitation, and furthermore that you have spoken with your own outside counsel (he seems to like referring to his!  ..and the benefit is that you can say things without attributing them to you...."I am being advised....") and in his opinion, Iain doesn't seem to be negotiating in good faith, so you are being advised not to execute a contract that is clearly prejudicial to your powition with no other written documentation in place, but that.  you would be willing to cut corners a bit if he would send the letter stating that you are the originator and do have an interest in the deal, pending the execution of further agreements.  "My due diligence problems aren't solved simply by receiving the geological information."
-------------------------
Sent from my BlackBerry Wireless Handheld

Confidential

.
_____

**From:**          Wempen, Eric
**Sent:**          Monday, November 19, 2007 4:29 PM
**To:**            rexrw@excaliburvc.com
**Subject:**       Re: Idea


Almost.  If we give them the actual language (prepared by counsel), they have no further
reason to object if acting in good faith  Let me prepare the new sentences.  Wait 10 minutes
please.
--------------------------
Sent from my BlackBerry Wireless Handheld


----- Original Message -----
From: Rex Wempen <rexrw@excaliburvc.com>
To: Wempen, Eric
Sent: Mon Nov 19 16:24:35 2007
Subject: RE: Idea

If you like the language in my this email I will send it without the first paragraph.


DRAFT:

"Todd, I am at a loss as to how to deal with the issue of deal data.
I have referred the issue to outside counsel, and am advised Iain Patrick does not appear to
be negotiating in good faith.  The counsel who reviewed and updated the material Iain sent us
made minimal changes, which Iain refused to even examine.  The current version from Iain does
not address our concerns and we need these albeit minimal changes right now as we have no
other material from you acknowledging our position.

I might be able to cut corners on this if we had in hand:

1) Requested Letters of Acknowledgement of Deal Origination 2)The Deed of Adherence, and 3)A
Cost Estimate for the Shaikan and Akre-Bijeel partnerships

However, without those, right now, there isn't much I can do.  Please send those along, and
we can revert Iain's NDA.

Thanks,

Rex"

-----Original Message-----
From: Eric.Wempen@ubs.com [mailto:Eric.Wempen@ubs.com]
Sent: Monday, November 19, 2007 3:54 PM
To: rexrw@excaliburvc.com
Subject: Idea
Importance: High

Why not send Todd a short email saying that you should have thought about the conflict issue
and would still like to extend the invitation, and furthermore that you have spoken with your
own outside counsel (he seems to like referring to his!  ..and the benefit is that you can
say things without attributing them to you...."I am being advised....") and in his opinion,

1

Confidential                                                                          UBS-AG00001672

Iain doesn't seem to be negotiating in good faith, so you are being advised not to execute a contract that is clearly prejudicial to your powition with no other written documentation in place, but that.  you would be willing to cut corners a bit if he would send the letter stating that you are the originator and do have an interest in the deal, pending the execution of further agreements.  "My due diligence problems aren't solved simply by receiving the geological information."
-------------------------
Sent from my BlackBerry Wireless Handheld

2

Confidential

UBS-AG00001673

.

| | |
|---|---|
| **From:** | Wempen, Eric |
| **Sent:** | Monday, November 19, 2007 10:06 PM |
| **To:** | rexrw@excaliburvc.com |
| **Subject:** | Fw: Idea |

Please note that I did, in fact, add in Iain's changes which he addressed in his email (ie, pre-approval of sponsors and their own execution), so we have now gone back to outside counsel and done what he had no time to do.....  Which makes it look like they are not negotiating in good faith....which we know Iain at least is not.
-------------------------
Sent from my BlackBerry Wireless Handheld


----- Original Message -----
From: Wempen, Eric
To: 'rexrw@excaliburvc.com' <rexrw@excaliburvc.com>
Sent: Mon Nov 19 21:58:27 2007
Subject: Fw: Idea

How about just changing the first paragraph to the following and then adding in the specific changes we made to the bottom?


"Todd, I am at a loss as to how to deal with the issue of deal data.  I have referred the issue to outside counsel, and am advised that Iain Patrick does not appear to be negotiating in good faith and there is no need to prejudice ourselves because simply executing the NDA to permit Gulf to forward us geologic data goes only part-way towards providing sponsors with the due diligence documentation we desperately need.  The counsel who reviewed and updated the material Iain sent us made minimal changes, which Iain refused to even examine.  The current version from Iain does not address our concerns and we need these albeit minimal changes right now as we have no other material from you acknowledging our position.

I might be able to cut corners on this if we had in hand:

1) Requested Letters of Acknowledgement of Deal Origination 2)The Deed of Adherence, and 3)A Cost Estimate for the Shaikan and Akre-Bijeel partnerships

However, without those, right now, there isn't much I can do.  Please send those along, and we can revert Iain's NDA.

Thanks,

Rex"


(Then, you can either include the specific changes in the email, or attach them in a Word attachment?)

With respect to the Excalibur NDA:

We are requesting that clause 1 be changed from: "In connection with the evaluation and the possible participation by the Receiving Party . . ." to "In connection with the participation by the Receiving Party . . ."

Confidential

Since Iain did not draft the language he described in his email, we had our own outside counsel review Iain's requirements and have now altered Clause 4 to include these changes. Accordingly, Clause 4 has now been changed from:

4. The Receiving Party shall only use or permit the use of the Confidential Information disclosed under this Agreement to evaluate the PSC and determine whether to enter into negotiations concerning the possible acquisition of an interest in the PSC.

To the following:

4.    The Receiving Party shall only use or permit the use of the Confidential Information disclosed under this Agreement for purposes of discussions and negotiations with potential funding sources (hereinafter referred to as "Sponsors") for its participation in the PSC, to the extent that such Sponsors are seeking to evaluate the PSC and determine whether to invest in or otherwise acquire an interest in the PSC, whether directly or indirectly through one or more entities or other vehicles as mutually agreed upon by the Parties.  However, before the Receiving Party releases Confidential Information to any Sponsor, Gulf Keystone Ltd must pre-approve the transfer of data to any third party and upon such pre-approval, execute a Confidentiality Agreement in substantially the same format as attached in Exhibit A, as amended from time to time and approved in writing by both Parties.  Such pre-approval by Gulf shall not be unreasonably withheld or delayed.

Clause 7 changed from:  "If the Receiving Party acquires any rights in the PSC jointly with the Disclosing Party, then this Agreement shall terminate. . ." to the following:  "This Agreement shall terminate. . ."

Clause 9(b):  Until Gulf provides some documentation reflecting the fact that we have a contractual relationship, counsel has advised that we delete the language "or related to" to preserve our ability to access US courts, with the reasoning being that "arising out of this Agreement, including any question regarding its breach, existence, validity or termination," should be sufficient for Gulf's purposes.

Since the language in Clause 10 was designed to be either overly broad or prejudicial to Excalibur, we proposed changing it to the following::  "No information or data shall be subject to any restrictions against disclosure or use under this Agreement which is or becomes public knowledge, otherwise than through the breach of this Agreement by or the default or negligence of the Parties.  In addition, this Agreement does not address information already in possession of the Receiving Party."

With respect to the NDA for sponsors:

Due to improper references to Excalibur as a client of potential sponsors, prejudicial language regarding our position and no reference to the second block, we replaced:

"WHEREAS the Receiving Party is considering providing finance to its client Excalibur Ventures LLC ("Excalibur") for the possible acquisition by Excalibur of an interest in the Production Sharing Contract for the Shaikan block..."

With the foillowing:

"WHEREAS the Receiving Party is considering providing financing for or otherwise acquiring an investment in an interest in the Production Sharing Contract for the Shaikan and Akre-Bijeel blocks . . ."
.
In addition, language in Clause 4 was changed from "whether to provide finance to Excalibur for possible acquisition of an interest in the PSC by Excalibur" to " whether to provide financing for or otherwise acquiring an investment in an interest in the PSC for the Shaikan and Akre-Bijeel blocks:"

Confidential

--------------------------
Sent from my BlackBerry Wireless Handheld


----- Original Message -----
From: Rex Wempen <rexrw@excaliburvc.com>
To: Wempen, Eric
Sent: Mon Nov 19 16:24:35 2007
Subject: RE: Idea

If you like the language in my this email I will send it without the first paragraph.


DRAFT:

"Todd, I am at a loss as to how to deal with the issue of deal data.
I have referred the issue to outside counsel, and am advised Iain Patrick does not appear to
be negotiating in good faith.  The counsel who reviewed and updated the material Iain sent us
made minimal changes, which Iain refused to even examine.  The current version from Iain does
not address our concerns and we need these albeit minimal changes right now as we have no
other material from you acknowledging our position.

I might be able to cut corners on this if we had in hand:

1) Requested Letters of Acknowledgement of Deal Origination 2)The Deed of Adherence, and 3)A
Cost Estimate for the Shaikan and Akre-Bijeel partnerships

However, without those, right now, there isn't much I can do.  Please send those along, and
we can revert Iain's NDA.

Thanks,

Rex"

-----Original Message-----
From: Eric.Wempen@ubs.com [mailto:Eric.Wempen@ubs.com]
Sent: Monday, November 19, 2007 3:54 PM
To: rexrw@excaliburvc.com
Subject: Idea
Importance: High


Why not send Todd a short email saying that you should have thought about the conflict issue
and would still like to extend the invitation, and furthermore that you have spoken with your
own outside counsel (he seems to like referring to his!  ..and the benefit is that you can
say things without attributing them to you...."I am being advised....") and in his opinion,
Iain doesn't seem to be negotiating in good faith, so you are being advised not to execute a
contract that is clearly prejudicial to your powition with no other written documentation in
place, but that.  you would be willing to cut corners a bit if he would send the letter
stating that you are the originator and do have an interest in the deal, pending the
execution of further agreements.  "My due diligence problems aren't solved simply by
receiving the geological information."
--------------------------
Sent from my BlackBerry Wireless Handheld

Confidential                                                UBS-AG00001731

.

**From:**          Rex Wempen
**Sent:**          Tuesday, November 20, 2007 2:01 PM
**To:**            Wempen, Eric
**Subject:**       CONFIRM NDA   RE: New Document

Hope you had a nice bath...I sure could use a Hammam!

Please confirm the text below constitutes the exact language you want me to sign and send for the NDA.  There have been too many versions for me to track.  I simply added the latest Clause 4 you sent today and added it the NDA I signed and sent Iain yesterday, which I believe was the last version.
Please confirm.

I will use the language you sent today verbatim for the accompanying letter.

CONFIDENTIALITY AGREEMENT


THIS AGREEMENT (hereinafter referred to as the "Agreement"), is entered into this the 18th day of November 2007, ("Effective Date") by and between Gulf Keystone Petroleum International Limited, a company organized and existing under the laws of Bermuda and having its registered office at Milner House,
18 Parliament Street, Hamilton, Bermuda (hereinafter referred to as the "Disclosing Party"), and [Excalibur Ventures LLC] a limited liability company organized and existing under the laws of the State of Delaware, United States (hereinafter referred to as the "Receiving Party").  The companies named above may also be referred to herein individually as "Party" or collectively as "Parties".

1. In connection with the participation by the Receiving Party in the Production Sharing Contract for the Shaikan and Akre-Bijeel blocks in Kurdistan Iraq (hereinafter referred to as the "PSC") the Disclosing Party is willing, in accordance with the terms and conditions of this Agreement, to disclose to the Receiving Party certain confidential information on a nonexclusive basis, relating to the PSC which includes, but is not necessarily limited to, geological and geophysical data, maps, models and interpretations and may also include commercial, contractual and financial information, (hereinafter referred to as the "Confidential Information").

2. In consideration of the disclosure referred to in Paragraph 1 hereof, the Receiving Party agrees that the Confidential Information shall be kept strictly confidential and shall not be sold, traded, published or otherwise disclosed to anyone in any manner whatsoever, including by means of photocopy, reproduction or electronic media, without the Disclosing Party's prior written consent, except as provided in this Agreement.

3.    The Receiving Party may disclose the Confidential Information without the Disclosing Party's prior written consent only to the extent such information is required to be disclosed under applicable law, stock exchange regulations or by a governmental order, decree, regulation or rule (provided that the Receiving Party shall make all reasonable efforts to give prompt written notice to the Disclosing Party prior to such disclosure).

4.    The Receiving Party shall only use or permit the use of the Confidential Information disclosed under this Agreement for purposes of discussions and negotiations with potential funding sources (hereinafter referred to as "Sponsors") for its participation in the PSC, to the extent that such Sponsors are seeking to evaluate the PSC

1

                                                          UBS-AG00001753

and determine whether to invest in or otherwise acquire an interest in the PSC, whether directly or indirectly through one or more entities or other vehicles as mutually agreed upon by the Parties. However, before the Receiving Party releases Confidential Information to any Sponsor, the Disclosing Party Gulf must first pre-approve the transfer of data to such Sponsor and such Sponsor must execute a Confidentiality Agreement with the Disclosing Party in substantially the same format as attached in Exhibit A, as amended from time to time and approved in writing by both Parties. Such pre-approval by the Disclosing Party shall not be unreasonably withheld or delayed.

5.    The Receiving Party shall be responsible for ensuring that all persons to whom the Confidential Information is disclosed under this Agreement shall keep such information confidential, shall not disclose or divulge the same to any unauthorized person, and shall comply with the use restrictions set forth in this Agreement. Neither Party shall be liable in an action initiated by one against the other for special, indirect, consequential, exemplary or punitive damages resulting from or arising out of this Agreement, including, without limitation, loss of profit or business interruptions, however same may be caused.

6.    The Receiving Party shall acquire no proprietary interest in or right to the Confidential Information, and the Disclosing Party may demand the return thereof at any time upon giving written notice to the Receiving Party. Within thirty (14) days of receipt of such notice, the Receiving Party shall return all of the original Confidential Information provided on behalf of the Disclosing Party and shall destroy or cause to be destroyed all copies and reproductions (in whatever form, including but not limited to, electronic media) in its possession and in the possession of persons to whom it was disclosed pursuant to this Agreement.

7.    This Agreement shall terminate automatically on the date the Receiving Party enters into a further agreement which contains provisions which supersede this Agreement and cover the confidentiality of the Confidential Information relating to the PSC. Unless earlier terminated under the preceding sentence, the confidentiality obligations and limitations on use set forth in this Agreement shall last for three (3) years after the Effective Date.

8.    The Disclosing Party makes no representations or warranties, express or implied, as to the quality, accuracy and completeness of the confidential information disclosed hereunder, and the Receiving Party (on behalf of itself and its representatives) expressly acknowledges the inherent risk of error in the acquisition, processing and interpretation of geological and geophysical data the disclosing party, its affiliated companies, their officers, directors and employees shall have no liability whatsoever with respect to the use of or reliance upon the confidential information by the Receiving Party (or its representatives).

9.    (a) This Agreement shall be governed by and interpreted in accordance with the substantive laws of England, excluding any choice of law rules which would refer the matter to the law of another jurisdiction.

(b)    Any and all claims, demands, causes of action, disputes, controversies and other matters in question arising out of this Agreement, including any question regarding its breach, existence, validity or termination, which the Parties do not resolve amicably within twenty (20) days after meeting to that effect proposed by either Party, shall be resolved by the exclusive jurisdiction of the English courts.

10.    No information or data shall be subject to any restrictions against disclosure or use under this Agreement which is or becomes public knowledge, otherwise than through the breach of this Agreement by or the default or negligence of the Parties. In addition, this Agreement does not address information already in possession of the Receiving Party.

Confidential                                                UBS-AG00001754

11.   No amendments, changes or modifications to this Agreement shall be valid except if the same are in writing and signed by a duly authorized representative of each of the Parties hereto.

THE REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK

12.   This Agreement comprises the full and complete agreement of the Parties hereto with respect to the disclosure of the Confidential Information and supersedes and cancels all prior communications, understandings and agreements between the Parties hereto relating to the Confidential Information, whether written or oral, expressed or implied.

IN WITNESS WHEREOF, the duly authorized representatives of the Parties have

caused this Agreement to be executed on the date first written above.


DISCLOSING PARTY


By:_____


Printed Name:_____


Title:_____


RECEIVING PARTY


By:   _____

Printed Name:   _____


Title:   _____

-----Original Message-----
From: Eric.Wempen@ubs.com [mailto:Eric.Wempen@ubs.com]
Sent: Tuesday, November 20, 2007 9:02 AM
To: rexrw@excaliburvc.com
Subject: Re: New Document

Confidential                                        UBS-AG00001755

Okay, sounds good, but why a few hours?  No scanner available?  I just can't believe these people.  Nobody operates like this...and they certainly wouldn't sign anything like this themselves.
-------------------------
Sent from my BlackBerry Wireless Handheld


----- Original Message -----
From: Rex Wempen <rexrw@excaliburvc.com>
To: Wempen, Eric
Sent: Tue Nov 20 08:24:39 2007
Subject: RE: New Document

This will take a few hours, but I will get it done if I hear nothing from Todd.

-----Original Message-----
From: Eric.Wempen@ubs.com [mailto:Eric.Wempen@ubs.com]
Sent: Tuesday, November 20, 2007 8:17 AM
To: rexrw@excaliburvc.com
Subject: New Document

Rex,

What we sent Todd was great, but I think we need to give them everything they need in final executed form so that the ball is now "in their court" again.

I would therefore recommend that you
(1) take the original redraft of the contract (with Exhibit A) that we sent Iain,
(2) replace Clause 4 with the language below --

NOTE that it is slightly different from what we sent Todd last night since I changed a couple of words.  Nothing Todd would notice, but it's slightly better (primarily, I replaced "third party" with Sponsor since it's a defined term and changed the language to state "execute with [Gulf]" and changed "Gulf" to "Disclosing Party" since Gulf was defined as such)

(3) Execute and scan
(4) Attach it to the email below, and
(5) Send the email and FedEx the original.

Oh yeah, and PLEASE spell-check my letter since I'm writing on a Blackberry.

Let me know if u have any questions or would like to discuss.

Bro
*******

Dear Iain,

We would be happy to execute the original agreement if you would begin forwarding the additional documentation we requested that is not covered by the agreement.  In light of the fact, however, that you have not provided a single document we have requested to date, we are being advised by counsel not to execute the original agreement at this time.  Moreover, since executing the agreement to permit Gulf to forward us geologic data goes only part-way towards providing us the due diligence documentation our sponsors require, this is not the simple solution as you seem to suggest.

4

Confidential                                    UBS-AG00001756

We have therefore taken the additional time to incorporate the only changes you referenced
which seem to be creating issues for Gulf into Clause 4 (along with the changes we require)
so that it now reads as follows:

4.    The Receiving Party shall only use or permit the use of the
Confidential Information disclosed under this Agreement for purposes of discussions and
negotiations with potential funding sources (hereinafter referred to as "Sponsors") for its
participation in the PSC, to the extent that such Sponsors are seeking to evaluate the PSC
and determine whether to invest in or otherwise acquire an interest in the PSC, whether
directly or indirectly through one or more entities or other vehicles as mutually agreed upon
by the Parties.  However, before the Receiving Party releases Confidential Information to any
Sponsor, the Disclosing Party Gulf must first pre-approve the transfer of data to such
Sponsor and such Sponsor must execute a Confidentiality Agreement with the Disclosing Party
in substantially the same format as attached in Exhibit A, as amended from time to time and
approved in writing by both Parties.  Such pre-approval by the Disclosing Party shall not be
unreasonably withheld or delayed.

These changes have been incorprated into the attached executed agreement (we have forwarded
the original by courier).  Accordingly, we have provided you with every document and item of
information you have requested, and you now have a confidentiality agreement in your hands
which should meet Gulf's contractual obligations with MOL.  We look forward to receiving the
information you promised upon receipt of such a document.  Alternatively, we will immediately
execute and forward to you a new document with any additional changes you request, or as
discussed above, we will execute the original agreement if you will begin providing the
documentation we requested.

Best Regards,
Rex
--------------------------
Sent from my BlackBerry Wireless Handheld

Confidential                                            UBS-AG00001757

.

| | |
|---|---|
| **From:** | Wempen, Eric |
| **Sent:** | Wednesday, November 21, 2007 12:40 PM |
| **To:** | rexrw@excaliburvc.com |
| **Subject:** | Re: Counsel |

Good to hear.  Probably time to get Todd on the phone with a high powered outside counsel since they obviously haven't even started talking about the new agreement between us.  The discussion will need to be cordial but with the underlying tone that litigation will be forthcoming.  Or maybe get Kinnear and Todd onto a call with you first?
--------------------------
Sent from my BlackBerry Wireless Handheld


----- Original Message -----
From: rexrw@excaliburvc.com <rexrw@excaliburvc.com>
To: Wempen, Eric
Sent: Wed Nov 21 12:06:43 2007
Subject: Re: Counsel

Iain Patrick called me this morning.  Cordial discussion resolved some but not all issues.

He will write a letter, but does not want to give us credit for origination, he wants Texas to do that.  He said Akre Bijeel is separate and we are not a part.  He is unclear on the Deed of Adherence and doesn't want to sign.  He did nit know I had sent it.  He kniws he needs a cost estimate, but can't say when it will come.


Rex
Sent from my Verizon Wireless BlackBerry

-----Original Message-----
From: <Eric.Wempen@ubs.com>

Date: Wed, 21 Nov 2007 10:30:33
To:<rexrw@excaliburvc.com>
Subject: Re: Counsel


Am checking...there's 2 big firms with DC/NYC practices (Cadwalader and McKee Nelson - where Miles is headed) and we work with the tax guys there every day, so I'll let you know what we come up with.
--------------------------
Sent from my BlackBerry Wireless Handheld


----- Original Message -----
From: rexrw@excaliburvc.com <rexrw@excaliburvc.com>
To: Wempen, Eric
Sent: Wed Nov 21 04:29:31 2007
Subject: Counsel

Do you recommend any counsel for raising a fund and dealing with Iain Patrick if it comes to that?

Confidential

DC or New York, DC preferably, but I don't mind NY.
Sent from my Verizon Wireless BlackBerry
Visit our website at http://www.ubs.com

This message contains confidential information and is intended only
for the individual named.  If you are not the named addressee you
should not disseminate, distribute or copy this e-mail.  Please
notify the sender immediately by e-mail if you have received this
e-mail by mistake and delete this e-mail from your system.

E-mails are not encrypted and cannot be guaranteed to be secure or
error-free as information could be intercepted, corrupted, lost,
destroyed, arrive late or incomplete, or contain viruses.  The sender
therefore does not accept liability for any errors or omissions in the
contents of this message which arise as a result of e-mail transmission.
If verification is required please request a hard-copy version.  This
message is provided for informational purposes and should not be
construed as a solicitation or offer to buy or sell any securities
or related financial instruments.

Confidential

.

| | |
|---|---|
| **From:** | Wempen, Eric |
| **Sent:** | Thursday, November 22, 2007 3:49 AM |
| **To:** | rexrw@excaliburvc.com |
| **Subject:** | Re: Counsel |

Interesting.....

First, that's BS since the Board didn't draft the NDA for Excalibur, but if you sign it verbatim, you are right to try to get something in hand first, especially given the Dec 6 issue.  Nevertheless, I think we've put quite enough paperwork on our side at this point.  If they're playing games, then they are complete psycho freaks, and you ought to nail Todd as we discussed.  On the other hand, if they are just simpleminded, unsophisticated, egotistical, and emotionally unstable folks, as appears to be the case (ie, it's either a well-thought out plan--like a conpiracy--or that's just how they are), then you won't get any further at this point......

So you're better off just waiting a little longer and then signing.  Make sure you sign via a (very very short) letter that references your early objections and states that you are signing as a matter of good faith that they will abide by their contractual req'ts and as Todd had stated they were acting in his Nov xx email ("Gulf is cooperating") and his Nov xx telephone discussion ("we're not going to screw you").

Still, push for whatever letter u can get from Iain, try to get the letter from Todd ("As Iain discussed with me in our Nov 21 phone discussion, the origination letter must come from TKI.  Please see below the language we have discussed on numerous occasions.

But forgetting all of the above, I think the critical thing is to get them to start thinking about Excalibur's role, which means we need 2 things: (1) an extension of the Dec 6 deadline, and (2) a joint operating agrmt.  I think that investing through a Gulf entity will be required for both of these, and since they haven't addressed either of these (or how you will invest) even once, I think we need to move now at light speed.

Either get Kinnear on with Todd to nail this down, or pay a few k so we can quit playing games, and let's get ouir own counsel on the phone with Kinnear, Todd, maybe Patrick though maybe not, and nail him down on this.

We may even be missing an option or two, but since the counsel can let Todd know that TKI will also be on the hook (and maybe him personally for things he's said and actions he's taken outside of his official capacities if counsel says it appropriately....which may mean that his legal expenses would come out of his pocket), this may provide the necessary push.

In fact, if I were you, I'd ask counsel to look at the Joint Bid Agreement and Deed of Adherence, as well as our email traffic and what discussions you have had with Todd and Iain, and advise you how to submit the NDA.

Don't forget now since it's critical, PLEASE PLEASE sit down tonight and write down as well as you can remember exactly what Todd told you (and the time of the calls to the nearest of your recollection), as well as exactly what you and Iain discussed.  You can no longer be lazy on this.

Even if you don't want to hire counsel to discuss sending the NDA, please at least review my email about exactly what you want in a corporate attorney in DC so that I can discuss with Mark Howe at Cadwalader (it may take a couple of days since you're going to be a small

                                                    UBS-AG00001834

client--but I'm sure they'll take you on to be nice to UBS--plus time to schedule a meeting, etc).

Does Todd listen to/respect Kinnear more?  If so, in the meantime, talk to Kinnear about getting Todd on the phone to discuss #s 1 and 2 above.

One last thing, let's at least pull a fast one by pulling out the "or related to" language in clause 9b.  They'll never miss it in pdf form.  This will permit us to keep any future litigation on this out of UK courts.

Those are my thoughts.  In summary, I think we've papered our objections enough, but we've gained valuable stall time on the Dec 6 deadline (which we may need counsel to reinforce), so let's take advantage of it and drive #s 1 and 2 home, and fast, so that we can get on to raising money.

For god's sake, why don't you even have a copy of the signed deal yet?  Just remember, they don't value you as a partner or they would never have treated you this way (you're just a hindrance to them), so just keep that in mind as we focus on the next step.

Enjoy your day, and god speed (hell of a job so far I'd say).
-------------------------
Sent from my BlackBerry Wireless Handheld


----- Original Message -----
From: rexrw@excaliburvc.com <rexrw@excaliburvc.com>
To: Wempen, Eric
Sent: Wed Nov 21 13:00:48 2007
Subject: Re: Counsel

Will do this next week if not resolved over the weekend.  Kinnear recommends signing and returning their NDA verbatim as the board of directors at Keystone won't approve changes.  I said I would wait until I got some letter from Patrick with an accompanying cost estimate.
Sent from my Verizon Wireless BlackBerry

-----Original Message-----
From: <Eric.Wempen@ubs.com>

Date: Wed, 21 Nov 2007 12:40:13
To:<rexrw@excaliburvc.com>
Subject: Re: Counsel


Good to hear.  Probably time to get Todd on the phone with a high powered outside counsel since they obviously haven't even started talking about the new agreement between us.  The discussion will need to be cordial but with the underlying tone that litigation will be forthcoming.  Or maybe get Kinnear and Todd onto a call with you first?
-------------------------
Sent from my BlackBerry Wireless Handheld


----- Original Message -----
From: rexrw@excaliburvc.com <rexrw@excaliburvc.com>
To: Wempen, Eric
Sent: Wed Nov 21 12:06:43 2007
Subject: Re: Counsel

Iain Patrick called me this morning.  Cordial discussion resolved some but not all issues.

Confidential                                    UBS-AG00001835

He will write a letter, but does not want to give us credit for origination, he wants Texas
to do that.  He said Akre Bijeel is separate and we are not a part. He is unclear on the Deed
of Adherence and doesn't want to sign. He did nit know I had sent it.  He kniws he needs a
cost estimate, but can't say when it will come.


Rex
Sent from my Verizon Wireless BlackBerry

-----Original Message-----
From: <Eric.Wempen@ubs.com>

Date: Wed, 21 Nov 2007 10:30:33
To:<rexrw@excaliburvc.com>
Subject: Re: Counsel


Am checking...there's 2 big firms with DC/NYC practices (Cadwalader and McKee Nelson - where
Miles is headed) and we work with the tax guys there every day, so I'll let you know what we
come up with.
--------------------------
Sent from my BlackBerry Wireless Handheld


----- Original Message -----
From: rexrw@excaliburvc.com <rexrw@excaliburvc.com>
To: Wempen, Eric
Sent: Wed Nov 21 04:29:31 2007
Subject: Counsel

Do you recommend any counsel for raising a fund and dealing with Iain Patrick if it comes to
that?

DC or New York, DC preferably, but I don't mind NY.
Sent from my Verizon Wireless BlackBerry
Visit our website at http://www.ubs.com


This message contains confidential information and is intended only
for the individual named.  If you are not the named addressee you
should not disseminate, distribute or copy this e-mail.  Please
notify the sender immediately by e-mail if you have received this
e-mail by mistake and delete this e-mail from your system.

E-mails are not encrypted and cannot be guaranteed to be secure or
error-free as information could be intercepted, corrupted, lost,
destroyed, arrive late or incomplete, or contain viruses.  The sender
therefore does not accept liability for any errors or omissions in the
contents of this message which arise as a result of e-mail transmission.
If verification is required please request a hard-copy version.  This
message is provided for informational purposes and should not be
construed as a solicitation or offer to buy or sell any securities
or related financial instruments.

Visit our website at http://www.ubs.com

This message contains confidential information and is intended only
for the individual named.  If you are not the named addressee you

Confidential

should not disseminate, distribute or copy this e-mail.  Please
notify the sender immediately by e-mail if you have received this
e-mail by mistake and delete this e-mail from your system.

E-mails are not encrypted and cannot be guaranteed to be secure or
error-free as information could be intercepted, corrupted, lost,
destroyed, arrive late or incomplete, or contain viruses.  The sender
therefore does not accept liability for any errors or omissions in the
contents of this message which arise as a result of e-mail transmission.
If verification is required please request a hard-copy version.  This
message is provided for informational purposes and should not be
construed as a solicitation or offer to buy or sell any securities
or related financial instruments.

Confidential

| From: | Rex Wempen |
|---|---|
| Sent: | Friday, November 23, 2007 1:13 PM |
| To: | Wempen, Eric |
| Subject: | FW: Shaikan |
| Attachments: | Excalibur CA Shaikan 23-11 -2007.doc |

They are trying to screw us completely.  I am very glad that you advised me not to sign the NDA in its original form.

---

**From:** Iain Patrick [mailto:IPatrick@gulfkeystone.co.uk]
**Sent:** Friday, November 23, 2007 1:01 PM
**To:** Rex Wempen
**Cc:** Todd Kozel; Jon Cooper
**Subject:** Shaikan

Dear Rex

I refer to our telephone conversation and am pleased to clarify the basis on which we will provide to Excalibur the confidential information with respect to the Shaikan block in Kurdistan

The information and any negotiations between us will be covered by a Confidentiality Agreement to be signed by Excalibur in the form attached. We understand that Excalibur also wishes the confidential information to be made available to financial institutions which may fund Excalibur's interest in Shaikan, and we will permit this, subject to pre-approving those institutions and their signature of a Confidentiality Agreement in same the form as we have already sent to UBS.

Following your review of the confidential information, Gulf Keystone Petroleum International Limited ("GKPIL") is prepared, in principle, subject to contract, to commence negotiations for a potential assignment of a 24% interest in the Shaikan block in Kurdistan to Excalibur.

Any assignment to Excalibur will be conditional on the signature of a mutually agreed transfer document between Excalibur and GKPIL and upon the written approval of the Kurdistan Regional Government, and our partners Kalegran and Texas Keystone being received no later than 31 January 2008. In the event that such approvals are not received, all agreements and understandings between GPIL and Excalibur will automatically terminate and there will be no liability or claims by either party against the other.

Any interest assigned by GKPIL to Excalibur will be subject to the terms of the Shaikan PSC, including potential dilution pursuant to the KRG's rights thereunder, and to a 10% net profit interest payable out of such interest to Dabin Group in recognition of Dabin's role as local representative.

Excalibur will reimburse 24% of the past costs incurred by Gulf Keystone Petroleum Limited and GKPIL in obtaining and evaluating the Shaikan block amounting to approximately $1.4m (until now).

Excalibur will become party to a Joint Operating Agreement with the existing partners in the Shaikan PSC. It is acknowledged that any failure to pay cash calls when due under the JOA will result in the forfeiture of a party's interest under the JOA and the Shaikan PSC.

Excalibur will pay its 24% share of the bonuses amounting to $25m (100%) payable to the KRG by 6th December 2007 into an escrow account pending satisfaction of the conditions referred to above. All

UBS-AG00001838

other amounts due in respect of the 24% interest will be paid by Excalibur when due under the JOA with effect from the effective date of the Shaikan PSC.

Any transfer of interest to Excalibur pursuant to these discussions will supersede the Collaboration, Evaluation and Bidding Group Agreement between Excalibur and Texas Keystone, which will terminate with no liability or claims by any party.

GKP does and will not warrant the accuracy of any of the confidential data. Excalibur should carry out its own evaluation of the Shaikan project and, in particular, should not rely on any economic calculations or technical assessments included in the data, which may be based on GKIP's own interpretations and assumptions.


For Gulf Keystone Petroleum International Limited


Iain Patrick
Commercial Director
Gulf Keystone Petroleum (UK) Limited
16 Berkeley Street
London W1J 8DZ
Tel +(0)44 207 514 1407 (direct)
Mobile +(0)44 7957 144 301

---------------------------------------------------------------------------------------------------------------------

Privacy and Confidentiality Notice
This email is strictly confidential and intended solely for the person
or organisation to whom it is addressed. It may contain privileged
and confidential information and if you are not an intended recipient,
you must not copy, distribute or take any action in reliance on it. If
you have received this message in error, please notify us as soon
as possible and delete it and any attached files from your system.

Confidential

UBS-AG00001839

.

| | |
|---|---|
| **From:** | Wempen, Eric |
| **Sent:** | Saturday, November 24, 2007 8:12 AM |
| **To:** | rexrw@excaliburvc.com |
| **Subject:** | Re: Shaikan |

Do NOT send NDA!!!!

-------------------------
Sent from my BlackBerry Wireless Handheld


----- Original Message -----
From: rexrw@excaliburvc.com <rexrw@excaliburvc.com>
To: Wempen, Eric
Sent: Sat Nov 24 08:02:40 2007
Subject: Fw: Shaikan

Nothing back from you.

No idea where you are.

I think I have to sign their NDA.

Will keep sending messages to keep you informed.
Sent from my Verizon Wireless BlackBerry

-----Original Message-----
From: "Iain.Kinnear" <Iain.Kinnear@fuelhandlingsystems.co.uk>

Date: Sat, 24 Nov 2007 09:06:46
To:"Rex Wempen" <rexrw@excaliburvc.com>
Subject: Re: Shaikan


Rex

I believe that this email is 90% correct  The time frame I believe was place out of
frustration and is unreal. Thats what I would have done as well The deal is standard Upstream
practice and I took the liberty of checking this with the deputy head of  Shell HQ legal team
who is an ex military colleague.  They also said without an NDA which should have been signed
before now nobody should even be speaking to us?

He also read your points and does not see them as clearly as you do.  He felt that if we had
been working for 2 years we must have formed a bond and that is the area to work on.  He did
however say that the time frame in the mail was silly but if the NDA is not signed then
nothing will progress

It is my opinion that we should turn the clock back and sign the NDA then get a stay for cash
raising. Please note that all parties need to be cleared by the principle with subsequent
NDA's if they are invited to see the info needed to raise the cash  I also believe that GKS
have been good to extend the share size to 24%  Apparently that is unusual.

My Shell man also said that usually "people like us", (his terminology) only get a finders
fee and never equity?

Confidential

Rex I brought Gulf to the table when you were struggling and I do not believe that Ali would cheat on my as I have worked for a number of years with him, at times with no contract. I think that we need to listen, sign the NDA, talk to sort out a sensible timeframe and work with them.

The alternative is a court case and a hardening of the relationship in which we will all loose.  They wish to help us raise the money and we should work with them If we turn away then its going to be an uphill battle.

My advice from experience of similiar events is that an NDA is the key to moving this forward. I would insist on a meeting as we need to fix bridges.  Ali and Todd will agree but then we need to enlist there help and support in raising the money.

The ball is in your court.  This may not appear supportive but it is based on experienced. If you feel that signing the NDA pushes away our rights then its off to court

Iain

Iain Kinnear
Fuel Handling Systems
Rosevale Business Park
Parkhouse Industrial Estate (West)
Newcastle under Lyme
Staffordshire ST5 7UB
Tel +44 1782 566900
Fax +44 1782563666
Mob +44 7880 528234
sales@fuelhandlingsystems.co.uk <mailto:sales@fuelhandlingsystems.co.uk>


----- Original Message -----
From: Rex
  Wempen <mailto:rexrw@excaliburvc.com>
To: Iain.Kinnear@fuelhandlingsystems.co.uk <mailto:Iain.Kinnear@fuelhandlingsystems.co.uk>
Sent: Saturday, November 24, 2007 4:13 AM
Subject: FW: Shaikan


Iain:

You brought us this company, please help sort them out.

If Todd signed off on this declaration of war email, then he has been trying to steal this deal from the beginning.  They know full well we could never accept the terms in that email.


I highly suggest you talk to Ali, tell him we need time to raise the fund, and this is mafia like behavior.

The language Todd wrote in the email is unacceptable for 5 reasons:

1)      It dictates a funding timeline we never agreed to and we cannot meet
2)      It does not give us credit for origination of the deal
3)      It does not give us credit for having by contract a stake in the deal, and does not reference our past contract.  They are committing fraud under both US and UK law by not

UBS-AG00001851

honoring the contract.  This is going right past commercial to a possible criminal case in the US.

4)      It asks us to pay for a 10% profit participation for the Dabin Group for our participation, when we already have to pay a separate 10% to them.  That means we pay 20% to the Dabin Group, which is unacceptable.

5)      It gives the Kurds and the Hungarians the power after we have given our money to veto our participation.  We don't even want our participation to be mentioned.  We simply want to finance part of Gulf's participation.   "In the event that such approvals are not received, all agreements and understandings between GPIL and Excalibur will automatically terminate and there will be no liability or claims by either party against the other."

Please then get Ali to participate in a call with you and I and Todd tomorrow.  Please set the time with Ali, and tell Todd and I.

It was a long road getting here.  Let's not make it longer by going to court.

Rex


----------------

From: Todd Kozel [mailto:tfkozel@gulfkeystone.com]
Sent: Friday, November 23, 2007 8:58 PM
To: Rex Wempen; Ali (Bounce); Iain.Kinnear@fuelhandlingsystems.co.uk
Cc: Nick Davis
Subject: RE: Shaikan

Rex  pls respond with specifics. Without a specific response, there is no way to further this issue.

 I thought gkp addressed all of your concerns. That is why I personally signed off on the email.

Gkp staff have understood what needs to be done. There is no confusion on our part on how to do an upstream oil deal.

I suggest a conference call at your earliest convenience, but before Monday, with ali and iain included to discuss Excalibur's issues. There is no point in us getting together if we cannot get a simple nda signed after one week. An entire due diligence file has been waiting to be forwarded to you since last Friday. The ball is in your court to end these delays.   tk


----------------

From: Rex Wempen [mailto:rexrw@excaliburvc.com]
Sent: Friday, November 23, 2007 6:33 PM
To: 'Todd Kozel'; Ali (Bounce)
Cc: Iain.Kinnear@fuelhandlingsystems.co.uk
Subject: RE: Shaikan

Dear Todd:

Let us meet no later than Monday to resolve the issues below, all of which we addressed last week in previous emails.  Apparently none of our concerns have been understood by your staff.

I assume Iain Patrick sent this communication without consulting with you in advance.

Confidential

Please send a preferred meeting time and place.  I am prepared to meet you in Pittsburgh or Sarasota.  We may also want to bring in Ali and Iain on a conference call.

Best Regards,

Rex


----------------

From: Iain Patrick [mailto:IPatrick@gulfkeystone.co.uk]
Sent: Friday, November 23, 2007 1:01 PM
To: Rex Wempen
Cc: Todd Kozel; Jon Cooper
Subject: Shaikan

Dear Rex

I refer to our telephone conversation and am pleased to clarify the basis on which we will provide to Excalibur the confidential information with respect to the Shaikan block in Kurdistan

The information and any negotiations between us will be covered by a Confidentiality Agreement to be signed by Excalibur in the form attached. We understand that Excalibur also wishes the confidential information to be made available to financial institutions which may fund Excalibur's interest in Shaikan, and we will permit this, subject to pre-approving those institutions and their signature of a Confidentiality Agreement in same the form as we have already sent to UBS.

Following your review of the confidential information, Gulf Keystone Petroleum International Limited ("GKPIL") is prepared, in principle, subject to contract, to commence negotiations for a potential assignment of a 24% interest in the Shaikan block in Kurdistan to Excalibur.

Any assignment to Excalibur will be conditional on the signature of a mutually agreed transfer document between Excalibur and GKPIL and upon the written approval of the Kurdistan Regional Government, and our partners Kalegran and Texas Keystone being received no later than 31 January 2008. In the event that such approvals are not received, all agreements and understandings between GPIL and Excalibur will automatically terminate and there will be no liability or claims by either party against the other.

Any interest assigned by GKPIL to Excalibur will be subject to the terms of the Shaikan PSC, including potential dilution pursuant to the KRG's rights thereunder, and to a 10% net profit interest payable out of such interest to Dabin Group in recognition of Dabin's role as local representative.

Excalibur will reimburse 24% of the past costs incurred by Gulf Keystone Petroleum Limited and GKPIL in obtaining and evaluating the Shaikan block amounting to approximately $1.4m (until now).

Excalibur will become party to a Joint Operating Agreement with the existing partners in the Shaikan PSC. It is acknowledged that any failure to pay cash calls when due under the JOA will result in the forfeiture of a party's interest under the JOA and the Shaikan PSC.

Excalibur will pay its 24% share of the bonuses amounting to $25m (100%) payable to the KRG by 6th December 2007 into an escrow account pending satisfaction of the conditions referred

UBS-AG00001853

to above. All other amounts due in respect of the 24% interest will be paid by Excalibur when due under the JOA with effect from the effective date of the Shaikan PSC.

Any transfer of interest to Excalibur pursuant to these discussions will supersede the Collaboration, Evaluation and Bidding Group Agreement between Excalibur and Texas Keystone, which will terminate with no liability or claims by any party.

GKP does and will not warrant the accuracy of any of the confidential data. Excalibur should carry out its own evaluation of the Shaikan project and, in particular, should not rely on any economic calculations or technical assessments included in the data, which may be based on GKIP's own interpretations and assumptions.

For Gulf Keystone Petroleum International Limited

Iain Patrick
Commercial Director
Gulf Keystone Petroleum (UK) Limited
16 Berkeley Street
London W1J 8DZ
Tel +(0)44 207 514 1407  (direct)
Mobile +(0)44 7957 144 301

----------------

Privacy and Confidentiality Notice
This email is strictly confidential and intended solely for the person
or organisation to whom it is addressed. It may contain privileged
and confidential information and if you are not an intended recipient,
you must not copy, distribute or take any action in reliance on it. If
you have received this message in error, please notify us as soon
as possible and delete it and any attached files from your system.

_____ NOD32 2683 (20071124) Information_____

This message was checked by NOD32 antivirus system.
http://www.eset.com <http://www.eset.com>

Confidential

UBS-AG00001854

.

| | |
|---|---|
| **From:** | Rex Wempen |
| **Sent:** | Saturday, November 24, 2007 3:37 PM |
| **To:** | Wempen, Eric |
| **Subject:** | RE: Did you have the conference call? |

Should have stopped at "herewith" and waited for the NDA data to come in.

No call, no acknowledgement from Todd, and they only sent half the data.  I think Iain Patrick probably got a call from Todd to stop sending data after Todd read my email.

We have zero technical data, and half the contract with a proposed budget and their new contract with Dabin.

Basically, all the stuff an informed investment decision would depend on is still missing.

At least we know their intent.

Well, I am off to work out and consider litigation.

This deal was supposed to launch the new career.

Not a happy time.

-----Original Message-----
From: Eric.Wempen@ubs.com [mailto:Eric.Wempen@ubs.com]
Sent: Saturday, November 24, 2007 3:29 PM
To: rexrw@excaliburvc.com
Subject: Did you have the conference call?


--------------------------
Sent from my BlackBerry Wireless Handheld

Confidential

**From:** Wempen, Eric
**Sent:** Saturday, November 24, 2007 5:01 PM
**To:** rexrw@excaliburvc.com

The more I think about it, what are they thinking sending you a copy of a new agreement with Dabin Group?  If they did this without telling you, then there's your bad faith claim in a nutshell:  "Gulf already went around me and executed an entirely new deal with my partner without my knowledge and then tried to make it look like their portion still came out of my percentage."

Boy is Iain stupid stupid stupid.
-------------------------
Sent from my BlackBerry Wireless Handheld

Confidential

UBS-AG00001894

.

**From:** Rex Wempen
**Sent:** Monday, November 26, 2007 9:54 AM
**To:** Wempen, Eric
**Subject:** RE: Update

1) No origination letter.
2) Kinnear says he has asked for a call.  Nothing on that.  I did receive more material from Iain Patrick at Gulf Keystone London Headquarters this morning.
3) No word from UBS or Lazard. I sent an email this morning to UBS.
4) Behrends. He wants a letter for the Taiwanese government, as he just returned from Taipei and their national oil company is interested in us, so I am writing one now.  They are interested.  Maybe if they are interested we can get UBS interested, and then we will have a real case.  I have not asked him for legal help yet because of this.
5) Not sure what to do about Franchi, Lazard never followed up.
6) They agreed to let us use their name.  I have a contract with Dan Franchi and Iain Kinnear to bring them into an investment fund if we start one up, and an understanding with Iain to reward him if Gulf, the company he introduced me to, closes a deal through us.  Right now, no contracts beyond that.

-----Original Message-----
From: Eric.Wempen@ubs.com [mailto:Eric.Wempen@ubs.com]
Sent: Monday, November 26, 2007 9:45 AM
To: rexrw@excaliburvc.com
Subject: Update

(1) Any origination letter from Kozel? (If u say yes, I'll probably have a massive coronary...)
(2) Is Kinnear interested in a call before we bring in counsel? (If he's even responded to u, I'll be surprised.)
(3) Any word from UBS London or Lazard?
(4) How about Behrends?
(5) Would it be appropriate to address this with Franchi (who will probably end up knowing anyway)?
(6). By the way, in your description of Excalibur, you have written Kinnear and Franchi listed as being part of the organization.  Are they partners?
Or have they just agreed to put their name on the oil deal? Before we get involved in litigation, it is important to know.

-------------------------
Sent from my BlackBerry Wireless Handheld

Confidential

.

| | |
|---|---|
| **From:** | Wempen, Eric |
| **Sent:** | Thursday, November 29, 2007 4:03 AM |
| **To:** | rexrw@excaliburvc.com |
| **Subject:** | Re: For the Board Meeting |

And if not, at least I think the SPV alternative has been fleshed out enough to pitch.  With
an SPV in this form, we can issue to both I-banks and individuals and use equity (stock of
the SPV) or have the SPV issue Shariah notes.  And I think giving EXV its own SPV is llikely
the better alternative since this will separate Gulf from the securitieis law issues and
liability from issuing "securitieis" of an SPV.
-------------------------
Sent from my BlackBerry Wireless Handheld


----- Original Message -----
From: rexrw@excaliburvc.com <rexrw@excaliburvc.com>
To: Wempen, Eric
Sent: Wed Nov 28 21:24:51 2007
Subject: Re: For the Board Meeting

Great speech.  I hope I get to use it.

Love,

Rex
Sent from my Verizon Wireless BlackBerry

-----Original Message-----
From: <Eric.Wempen@ubs.com>

Date: Wed, 28 Nov 2007 19:10:56
To:<rexrw@excaliburvc.com>
Subject: For the Board Meeting


I have thought of more -- a lot more.  Since I know you are pressed for time and won't likely
be able to speak with Talal or Lazard or anyone soon enough to get any details together, I
have bypassed that.  The only problem we might run into is if you tried to sell to private
equity guys who wanted an operational vote in the project.

Here's one idea -- perhaps you should provide--along with the agenda--your academic
credentials so they know you're sophisticated and an Ivy Leaguer and have numerous degrees.

Then, say something like the below (or maybe make and deliver a prepared statement?). I would
say that you should draft a statement and, assuming it's appropriate -- maybe add this 5
minute statement into the agenda -- or alternatively, just read the prepared statement word
for word at the meeting.  You'll get 1 shot at this, and everyone there should know who Rex
is and what it took for them to get here (I'm getting all emotional just thinking about
it!!!).  I am just writing off the cuff, so feel free to do whatever you want, but it usually
helps to have 2 thinking instead of 1, and I know you're pressed for time.  My advice is to
be eloquent and gracious, show them that you're not naïve to their constraints, but are
instead sophisticated and have a well-thought out alternative that will let them do the right
thing while still honoring their other "contractual obligations" (read reputational risk)---
but let them know straight out and make no bones about what you've done for them and why they

owe you to work on creating a fix to this problem.  If you don't like what I wrote (it took
me over 3.5 hours), that's fine -- I hope it helps...besides, part of me always wanted to be
a speechwriter.

By the way, the earlier word I was looking for with respect to why common or pref stock of
Gulf would not work is due to "dilution" of Gulf's other shareholders.

My proposed statement:

You can  start off by saying "I would like to read a brief statement I prepared.  At the risk
of sounding a little dry, I think it will go a long way toward introducing myself and
explaining the proposal I have for you today."

"To those who do not know me, I am Rex Wempen, Managing Director of Excalibur Ventures, and
for those who may not be aware, I was actually the originator of this deal for Gulf Keystone
and had my boots on the ground for you well before your first official trip.  I have been
with you since the beginning, traveling to Kurdistan when required, and initiating and laying
the groundwork for meetings and calls between the necessary parties, [including the XX XX
meeting between Mr. Kozell and Oil Minister XX of the Kurdish Regional Government].

Although the relationship between our firms began in [Dec of '05] when I met with Todd Kozel
in Florida, for me, the groundwork began much earlier.  At the time I partnered with TKI.  I
had already spent [2 years] inside of Iraq developing the local groundwork and contacts
required for this undertaking.

I entered Iraq even before the onset of hostilities and was among the first group of
entrepreneurs licensed to work in Baghdad's Green Zone with the Coalition Provisional
Authority.  For [2 years], I wore a bulletproof vest to work and braved bullets and IEDs as I
worked on various deals and operated consulting contracts for the CPA and various public
companies, including Occidental Petroleum.  As the situation in Baghdad deteriorated, I
turned my attention northward to the calmer and more stable Kurdish provinces.

When Excalibur began laying the groundwork for a Kurdish oil concession, we realized that
local assistance would be critical.  In [Oct 2005?], we sought out and began working with the
Dabin Group on obtaining an oil concession in [the xx area], even before [Hunt Oil] signed
its first deal and struck oil.   [[Let them know Dabin came from you]]

At this time, we also began our search for an oil operator.  After looking at several other
firms during the months of [Nov and Dec 2005], I was thankfully introduced to Gulf Keystone
by Iain Kinnear, a [colleague / business associate] of Todd Kozel whom I believe many of you
already know.  Since the thinking at the time was that US government political risk
insurance, and therefore a US operator, might be critical to a successful award by the
Kurdish Government, [Mr XX of Gulf / or simply "Gulf"] referred me to Texas Keystone.

[[The above maked them realize that you sought them out and certainly weren't the first to
the table on this deal.  I don't want them even thinking that you all came at the same time
and that you are just small and unlucky enough to have no bargaining power.]]

In order to make a successful bid, we knew that we had to bring in a top-notch oil operator
with the technical know-how and operational savvy to get this deal done, and you have not
failed my expectations.  Based on my experience in-country and since I have been here since
the beginning, I have a very thorough understanding of what it took to close this deal.  We
can all feel proud of what has been accomplished.

Since I am also cognizant of the constraints that you are under with respect to this deal,
both contractual and reputational, I fully realize that for Gulf, continuing to work with
Excalibur can no longer be on a side-by-side basis.  You have contracts which would be
difficult to renegotiate, and changing the framework of this deal to put Excalibur [or "your

Confidential

smaller partner"?  Your call Rex] into a more visible role is likely not going to be
politically feasible with the other parties involved.  As with many things in life, when the
situation on the ground changes, one must make adjustments.

I am therefore here today to lay out a framework for a way we can continue to move forward
together.  In order to make the investment by Excalibur's sponsors more palatable to Gulf, we
would like to propose making our investment through Gulf Keystone in a way that would be
simple and clean.

Instead of offering some type of preferred or convertible stock which would, of course, risk
diluting Gulf's shareholders, we are proposing that Gulf simply establish a special purpose
vehicle or "SPV" in an offshore jurisdiction such as the Cayman Islands or Jersey.  Gulf
would cede the allocable percentage of profits and losses from the [Shaikan partnership] to
the SPV.  In return for cash investments, the SPV would then issue preferred interests or
structured certificates or notes which would track the relevant percentage of the [Shaikan
partnership].  The legal fees and operating costs for the SPV would be borne by the SPV's
investors.

Since Gulf will own the SPV, all investments by Excalibur's sponsors will therefore be made
to the [Shaikan partnership] through Gulf.  Not only will this benefit Gulf since there will
be no need to bring new parties to the table or renegotiate any of the primary contracts, but
Gulf can lay off a portion of the exploration and operational risks without ceding any
operational authority to other partners. Excalibur is not seeking a vote at the operational
meetings of the [[Shaikan Partnership ] -- Rex, will there actually be a partnership?  If
not, change to suit accordingly]; we will leave these decisions to you as experts in these
matters.   Although Excalibur will require some authority over certain operational issues of
the SPV itself and the ultimate issuances to investors,  Excalibur's sponsors will be purely
passive investors and our investment will not therefore dilute Gulf's vote.

In order to further reduce Gulf's risk from this structure, Excalibur could establish its own
wholly-owned SPV which would invest in Gulf's SPV.  By separating the ultimate investors from
Gulf, any risks the investors might bring would be fully borne by Excalibur, as they should
be.  Although there are countless available ways to structure this, the basic idea will
remain the same -- Excalibur will direct its investment through Gulf in a way that does not
interfere with Gulf's obligations under or operation of the [Shaikan partnership].

We would enjoy working with your legal and management team to implement this in the way most
beneficial to Gulf Keystone.

As we started together, so we can finish together.

Thank you for your time."

Let me know what you think.

Bro
--------------------------
Sent from my BlackBerry Wireless Handheld


----- Original Message -----
From: Wempen, Eric
To: 'rexrw@excaliburvc.com' <rexrw@excaliburvc.com>
Sent: Wed Nov 28 15:34:41 2007
Subject: Re: Origination Letter

I don't think you need it after reading the timeline.  Also, when you meet the board, you
should say something like:

Confidential

"To those who do not know me, I am Rex Wempen, MD of Excalibur.  As you may be aware, I was the originator of this deal and began my relationship with your firm in Dec of '05 when I met with Todd Kozel in Florida.  I had been working with the Dabin Group on obtaining an oil concession even before [Hunt] signed its first deal and struck oil, and after looking at several other firms during the mounths of [Nov and Dec 2005], was searching for a legitimate operator when I was, thankfully, introduced to Gulf.  Since the thinking at the time was that US-led OPIC backing might be critical to a successful award, [xx] in Gulf referred me to Texas Keystone."
-------------------------
Sent from my BlackBerry Wireless Handheld


----- Original Message -----
From: Rex Wempen <rexrw@excaliburvc.com>
To: Wempen, Eric
Sent: Wed Nov 28 14:45:55 2007
Subject: RE: Origination Letter

I have this, which does not mention origination:


February 10, 2006

Mr. Todd Kozel
Chief Executive Officer
Gulf Keystone Petroleum (UK) Ltd.
16 Berkeley Street
Mayfair, London WIJ 8DZ
UK


Dear Mr. Kozel:

Per our communications, please find attached our signed agreement to the Joint Bid Agreement you forwarded to me through your affiliate, Texas Keystone.  The contract remains identical, with pertinent company information added to pages 2, 6, and 19, with the addition of our agreed 70 % Texas Keystone / 30% Excalibur Ventures economic split on page 6.

We look forward to working with you to accomplish our mutual goals in this endeavor.

Thank you for your consideration.

Best Regards,




Rex R. Wempen
General Partner

-----Original Message-----
From: Eric.Wempen@ubs.com [mailto:Eric.Wempen@ubs.com]
Sent: Wednesday, November 28, 2007 2:40 PM
To: rexrw@excaliburvc.com
Subject: Origination Letter

Confidential

By the way, do you have a copy of the email or letter that you initially
sent Kozell at the time you brought him the deal?  If so, you should print
it out and bring it to the meeting and hold it up when you ask for an
origination letter--which you need for them to provide you with what you
need....
-------------------------
Sent from my BlackBerry Wireless Handheld

Visit our website at http://www.ubs.com

This message contains confidential information and is intended only
for the individual named.  If you are not the named addressee you
should not disseminate, distribute or copy this e-mail.  Please
notify the sender immediately by e-mail if you have received this
e-mail by mistake and delete this e-mail from your system.

E-mails are not encrypted and cannot be guaranteed to be secure or
error-free as information could be intercepted, corrupted, lost,
destroyed, arrive late or incomplete, or contain viruses.  The sender
therefore does not accept liability for any errors or omissions in the
contents of this message which arise as a result of e-mail transmission.
If verification is required please request a hard-copy version.  This
message is provided for informational purposes and should not be
construed as a solicitation or offer to buy or sell any securities
or related financial instruments.

UBS-AG00002103

.

| | |
|---|---|
| **From:** | Wempen, Eric |
| **Sent:** | Thursday, December 06, 2007 2:50 PM |
| **To:** | rexrw@excaliburvc.com |
| **Subject:** | Re: Iraq / Afghanistan Contracting Work |

And how is it going with the negotiations if I may ask...?  If and when you do agree to a settlement amount, take the extra time to include in the agreement you sign (ie, make them add it in) that the buyout documentation will reflect that they are purchasing the rights you acquired pursuant to the Joint Bid Agreement dated XX (and not, eg, your interest in the Shaikan partnership which, since it's a new entity,  would therefore mean that you have a short term holding period.

Feel free to explain that this is for US tax purposes and is merely there to document the substance of the transaction.  If for any reason they want to paper it some other way (which might happen, eg, if they are trying to take a deduction), we'll try to figure out a workaround.  But since you definitely do not have a direct interest in the contract signed with the KRG and did acquire your rights under the Joint Bid Agreement, what we're trying to do should not be something that gives them pause.


Regards,
Eric
--------------------------
Sent from my BlackBerry Wireless Handheld


----- Original Message -----
From: Rex Wempen <rexrw@excaliburvc.com>
To: Wempen, Eric
Sent: Fri Dec 07 07:33:25 2007
Subject: RE: Iraq / Afghanistan Contracting Work

Not right now.  I suggest he contact the big security firms.  If our deal expands, I will certainly put in a good word (if that will help) with whatever security company Todd hires.

_____

From: Eric.Wempen@ubs.com [mailto:Eric.Wempen@ubs.com]
Sent: Thursday, December 06, 2007 12:00 PM
To: rexrw@excaliburvc.com
Subject: Iraq / Afghanistan Contracting Work


Rex,

Pinho knows a Marine name Mike who works locally here.  He's evidently a good guy, he's been to Iraq, and he's looking for contracting work somewhere.  Pinho is wondering if you can hook him up with anyone.  Do you still have any contacts you can put him in touch with?

Regards,
Eric

Confidential

.

**From:** Rex Wempen
**Sent:** Wednesday, January 02, 2008 2:25 PM
**To:** Wempen, Eric
**Subject:** Please Review
**Attachments:** Memorandum for Record - Record of Meetings and Discussions between EXV and GKP 3-7DEC07.doc

Rex R. Wempen
General Partner
Excalibur Ventures
2456 20th Street, NW
Suite 309
Washington, DC  20009-1574
Ph: 202 315 3725
Mob: 310 218 8659
Fax: 202 315 3716
EM: rexrw@excaliburvc.com

1

UBS-AG00002225



## Memorandum for Record

**Subject:** Negotiations with Gulf Keystone Petroleum in London, December 3-7, 2007.

## 1. Meeting December 3, 2007:

Location: Gulf Keystone Headquarters, London

Attending: Todd Kozel, Chairman and CEO, Gulf Keystone Petroleum, and President, Texas Keystone Inc., Nick Davis, Partner, Memery Crystal, LLP, as attorney for Todd Kozel and Gulf Keystone, Iain Kinnear, CEO, Fuel Handling Systems (UK Partner of Rex Wempen who introduced Excalibur Ventures to Ali al Qabandi, Board Member of Gulf Keystone), and Rex Wempen, Partner, Excalibur Ventures.

Time: 3PM-5 PM

Minutes/Summary:

I arrived at five minutes to 3 at the offices of Gulf Keystone, and Iain Kinnear was already in the boardroom sitting with Todd Kozel, and Todd's attorney, Nick Davis. Iain had apparently arrived much earlier. However, it seemed that no substantive discussions had taken place. None of the expected board members were there, so I had put away my prepared remarks, and began the meeting. I asked why Nick was there if this was to be a personal meeting without board members present and I did not have an attorney with me, and Todd said Nick was attending as personal friend and confidante to provide advice, and not as an attorney. Nick, however, did take notes at the meeting and did provide advice to Todd at a strategic level. He did not appear to give Todd specific legal advice during the meeting, but he did remain with Todd after the meeting adjourned.

I began the meeting by stating that we were going to be unable to raise the money by Friday to meet their request for our 30% share of funding for the project, and went to describe how it would be difficult to raise money under the timeline imposed by Todd recently, in other words, the end of January. I asked if we could extend the timeline until June, as Todd had given to Texas Keystone to raise funding for their 5% of the deal. Todd responded by stating that we had a much larger share of the deal, and that we would need to raise our share of the money, they could not carry us that long. I responded that we had not never convened the Operating Committee as described in Clause 7 of our Joint Bid Agreement to discuss this timeline, and Todd said that this issue was behind us now and that we needed to move forward, we had a time schedule to keep under his agreement with the Kurdish government.

I then asked if Gulf would consider warrants or convertible notes in the deal under their name for us to raise financing for together with them, so we would not have to ask permission of the Kurdish government to join the deal separately after we had raised financing and they said that they could not do so. Todd and I both agreed it was probable that the Kurdish Regional

2456 20th Street, NW<br>
Suite 309<br>
Washington, DC 20009<br>
Ph : (202) 315 3725<br>
Fax : (202) 315 3716

Confidential

# EXCALIBUR VENTURES

Government would not agree to let us in the deal after the fact, and even if they did, it was highly doubtful they would do so by the end of January.

Iain then asked for a moment to discuss our options alone with me, Todd and Nick left the room, and Iain asked me to bring up the possibility of a buyout. After five minutes we continued the meeting, and I brought up the possibility of a buyout. Todd said he would be willing to consider any economically reasonable offer. Nick asked if we could have the option of trying to raise the money until the end of January, and if we were unsuccessful then buying us out. Todd said his board would never approve that, and that we had reached a fork in the road, and that we would either need to take a buyout offer, or we would have to try to raise the money, and if we failed to meet the deadline we would be out of the deal. I then asked what he thought would be a fair buyout, and Todd then offered to go down to the bar across the street, and decide the issue on a coin toss, which I declined.

Iain had to leave at that point, approximately 4:30, to reach his train, and I asked Todd to go on record with Iain present that he would "not screw us out of the deal." Todd smiled and said he would not. Iain left. Todd and I continued to speak for another thirty minutes, and agreed in principle to a buyout worth several million dollars. The meeting then adjourned, and Todd invited me for drinks and dinner after work.

## 2. Dinner, December 3

Todd and I met at 7PM with another friend of his in attendance, who left after one drink. Todd and I then had a second cocktail, and headed off to dinner. There he offered to bring his father on board as part of our fund to help us raise the money, and talked about how he felt he was not being paid enough as CEO of his company, and the real money was in value creation, and generating dealflow for the company.

We left dinner and had several drinks at his private club, and then adjourned for the evening. I spoke with Iain Kinnear in the morning, and he said it was an exceedingly bad idea to bring in Todd's father, as that could lead to legal conflict of interest, and we should pursue the buyout offer.

## 3. Meeting, December 4

Todd and I met in the Gulf Keystone office. I asked Todd if he wanted to buy us out, and Todd responded by asking if we wanted to buy him out. I took that as a joke and responded that this was not possible at this time. I then asked him if he would accept an offer of $5 million dollars for our share of the deal, and said that he ask his economist to analyze the offer and see if it made economic sense, and that we should return some time between 3 and 4PM and he would let me know, before leaving for the airport to attend a board meeting in Geneva. I then returned at 3PM, to find Todd had already left for the airport. I called him and sent him a text message, and he responded with an apology, stating that he would call me from Geneva the next day.

## 4. Phone Discussion between Iain Kinnear and Ali Qabandi, December 4

Confidential

UBS-AG00002227

## EXCALIBUR VENTURES

Iain phoned me that evening and said he had spoken to Ali by phone and that they would accept a buyout offer, but that it would probably be on the order of $2 million now, and $2 million after striking oil.

### 5. Phone Discussion, December 7

My Kurdish colleague called Todd in my presence at my request, to ask him to speak to me, and then handed the phone to me. Todd then accused me of trying to go behind his back by selling our share to the larger oil company he had brought into the deal, MOL of Hungary. He related that the Chairman of MOL had summoned him to Budapest on Wednesday and showed him an offer letter sent by Baker Botts for our share of the deal, and told him to related to us they were not interested, and that he was involved with partners who were not trustworthy. He said he was extremely embarrassed by this, we had betrayed him, and that he was not interested in doing business with us again. He then said Tuesday's offer was too high, and that he would consider 10 to 20% of that ($500,000 to $1,000,000), and we should let him know in a week. I was too shocked to say very much. Obviously MOL misinterpreted our intent. I had asked a partner at Baker Botts, who represents MOL in the US, to pass along our offer, but it was a minority share which would not give MOL control over the deal. I had assumed if they were interested they would communicate back through Baker, and I would be able to tell Todd what we were considering.

I called Iain Kinnear the next day and he indicated that he though we should wait until after Christmas for things to cool down, and that he would try to sort things out through Ali Qabandi. I received an email from him two weeks later stating that Gulf Keystone had withdrawn their authorization for him to originate an oil deal for them in Uzbekistan, and that he had to pull out of his agreement with me as his association with me was now hurting his other business. The same day I received a communication from Gulf Keystone telling me that they were breaking off our relations with us and that we should return all deal related material to them, per our confidentiality agreement.

**3 of 4**

Confidential

UBS-AG00002228

.

| | |
|---|---|
| **From:** | Wempen, Eric |
| **Sent:** | Wednesday, January 02, 2008 5:34 PM |
| **To:** | rexrw@excaliburvc.com |
| **Subject:** | FW: Please Review |
| **Attachments:** | Memorandum for Record - Record of Meetings and Discussions between EXV and GKP 3-7DEC07.doc |

Rex,

The facts look fine -- I corrected a couple of typos & have no other issues.  Save it to your hard drive and then send to counsel along with additional comments I will send later tonight (or send it now and my comments later).

Regards,
Eric

---

**From:** Rex Wempen [mailto:rexrw@excaliburvc.com]
**Sent:** Wednesday, January 02, 2008 2:24 PM
**To:** Wempen, Eric
**Subject:** Please Review

Rex R. Wempen
General Partner
Excalibur Ventures
2456 20th Street, NW
Suite 309
Washington, DC  20009-1574
Ph: 202 315 3725
Mob: 310 218 8659
Fax: 202 315 3716
EM: rexrw@excaliburvc.com

1

Confidential

.

**From:**          Wempen, Eric
**Sent:**          Friday, April 11, 2008 3:28 PM
**To:**            rexrw@excaliburvc.com
**Subject:**       Re: Talked to Azzat

True about the well being the critical issue, but if the seismic is positive, they're going
to start getting anxious to pay you.....unless they're stupid (which is actually a given).  I
would actually like to re-address the issue with David regarding the merits of your
case....probably worth discussing with him in the next week, so let's do it when you're in
town next week..

----- Original Message -----
From: Rex Wempen <rexrw@excaliburvc.com>
To: Wempen, Eric
Sent: Fri Apr 11 15:11:37 2008
Subject: RE: Talked to Azzat

Oh, Nichervan will hear about this...

Go see the latest Mel Gibson, "The Man without a Face"..."and if you wrong me, will I not
seek revenge?"

I will stay in touch with Azzat now.

He did not mention whether the seismic was successful, and I didn't push it.

The big thing is whether they drill a successful well.

-----Original Message-----
From: Eric.Wempen@ubs.com [mailto:Eric.Wempen@ubs.com]
Sent: Friday, April 11, 2008 2:45 PM
To: rexrw@excaliburvc.com
Subject: Re: Talked to Azzat

There are no coincidences.  Did you ask him whether the seismic was actually successful?
He's pretty easy to read, isn't he?  You should think of a way to say in a joking matter at
the dinner that you set up the deal and everyone and their dog cut you out.

----- Original Message -----
From: Rex Wempen <rexrw@excaliburvc.com>
To: Wempen, Eric
Sent: Fri Apr 11 14:37:33 2008
Subject: Talked to Azzat

Azzat just called me and said he wanted to be friends, and where have I been.


Interesting.


Of course, yesterday we were confirmed to host the PM of Kurdistan with Dana.

Confidential                                                     UBS-AG00002946

Not sure if it is serendipity, or the fact that I was cc'd on the email to the Minister of Foreign Affairs there, who knows me.


Hmmm.


Anyways, friends again.  He confirmed seismic is going ahead.


Rex

Confidential                                                             UBS-AG00002947

.

| | |
|---|---|
| **From:** | Wempen, Eric |
| **Sent:** | Friday, May 23, 2008 10:36 AM |
| **To:** | rexrw@excaliburvc.com |
| **Subject:** | Indemnification Agreement |

Don't send till we discuss your conversation with them and we're sure it addresses the precise situation as it evolved, but here it is.



Indemnification
Agreement.doc

Confidential

UBS-AG00003068

.

| | |
|---|---|
| **From:** | Excalibur Ventures |
| **Sent:** | Wednesday, July 16, 2008 11:27 AM |
| **To:** | Wempen, Eric |
| **Subject:** | Re: Non-Compete Article |

If you read the full article, you will see that further down the page it discusses non-compete agreements being signed for specific geographic areas (such as Kurdistan), which could apply to our situation.

Although, this could tie our hands and if things went south with the new prospective partner, a non-compete clause could bar us from entering into future arrangements with other business partners in the North or elsewhere in Iraq.

So, what is your advice?  Do we not worry about the non-compete?  Is it worth more research?  Probably.  But not sure if we actually want it; I only know it was recommended.

On Jul 16, 2008, at 11:07 AM, <Eric.Wempen@ubs.com> wrote:

What you sent below is a noncompete for employment purposes which is used so that employees don't leave and work for the competition -- what you're talking about getting for the Kurds is totally different -- a noncircumvention clause.

**From:** Excalibur Ventures [mailto:rexrw@excaliburvc.com]
**Sent:** Tuesday, July 15, 2008 7:34 PM
**To:** Wempen, Eric
**Subject:** Non-Compete Article

For your perusal...

SearchHBSWorking Knowledge:[        ] <btn-search.gif>
- HBS HOME
- HBS INDEX
- <nav-home-wk.gif>
- <nav-about.gif>
- <nav-newsletter.gif>
- <nav-rss.gif>

Confidential

UBS-AG00003881