In re:  the Application of: TEXAS KEYSTONE INC.
Case No. 3-12-mc-00041-MRK

**BRIEF IN SUPPORT OF TEXAS KEYSTONE INC.'S
MOTION TO COMPEL PRODUCTION**

# EXHIBIT C

Case 3:12-mc-00041-MRK   Document 18-5   Filed 06/21/12   Page 2 of 7

# CLIFFORD
# CHANCE

CLIFFORD CHANCE LLP
10 UPPER BANK STREET
LONDON
E14 5JJ

TEL +44 20 7006 1000
FAX +44 20 7006 5555
DX 149120 CANARY WHARF 3

www.cliffordchance.com

**By Courier**

Jones Day
21 Tudor Street
London EC4Y 0DJ

Our ref: 70-40463155
Direct Dial: +44 207006 5016
E-mail: william.hooker@clifforchance.com

8 March 2012

Attention: Nick Storrs

Copy to:

**Memery Crystal LLP**
44 Southampton Buildings
London WC2A 1AP

Attention: Charlotte Whitaker

Dear Sirs

**Excalibur Ventures LLC (Claimant) -v- (1) Texas Keystone Inc/LLC (2) Gulf Keystone Petroleum Limited (3) Gulf Keystone Petroleum International Limited (4) Gulf Keystone Petroleum (UK) Limited (Respondents)**

We refer to Jones Day's letter of 10 February 2012 that raised questions about our client's disclosure. There follows a detailed response to that enquiry. We enclose a CD Rom containing documents referenced in the remainder of this letter.

1. <u>Excalibur's financing attempts</u>

    (a) *China Petroleum*

    **RESPONSE: Please see the enclosed documents (see document bearing BATES 0026183). Note that negotiations with China Petroleum were conducted on Excalibur's behalf by counsel (Paul Behrends of Crowell & Moring) and so certain documents relating to this are privileged and/or unavailable to the Claimant.**

    (b) *Strategic Venture Capital Ltd ("SVC") & Prime Natural Resources ("PNR")*

    **RESPONSE: We have conducted a comprehensive targeted search for "Strategic Venture Capita", "SVC", "Prime", Prime Natural Resources",**

UK-3008195-v1                                                           70-40463155

CLIFFORD CHANCE LLP IS A LIMITED LIABILITY PARTNERSHIP REGISTERED IN ENGLAND AND WALES UNDER NUMBER OC323571. THE FIRM'S REGISTERED OFFICE AND PRINCIPAL PLACE OF BUSINESS IS AT 10 UPPER BANK STREET, LONDON, E14 5JJ. A LIST OF THE NAMES OF THE MEMBERS AND THEIR PROFESSIONAL QUALIFICATIONS IS OPEN TO INSPECTION AT THIS OFFICE. THE FIRM USES THE WORD "PARTNER" TO REFER TO A MEMBER OF CLIFFORD CHANCE LLP OR AN EMPLOYEE OR CONSULTANT WITH EQUIVALENT STANDING AND QUALIFICATIONS. THE FIRM IS REGULATED BY THE SOLICITORS REGULATION AUTHORITY.

**CLIFFORD**
**CHANCE**

CLIFFORD CHANCE LLP

"PNR", "Kar", "Elliott Group". We have reviewed the product of that search for relevance and for privilege. All relevant, non-privileged documents are enclosed (see documents bearing BATES numbers 0026419 to 0026442; 0026649 to 0026661; 0026673; 0026715 to 0026799). Again, negotiations with these entities were conducted in part by counsel and so are privileged and/or unavailable to the Claimant.

(i) *Finally, the petition filed by Excalibur with the KRG on October 8, 2008, referred to in document number 22825, is missing from the disclosure.*

**RESPONSE:** We understand that the final draft of the petition was sent by Cadwalader on Excalibur's behalf. This will be addressed in evidence.

1.2 *Contemporaneous records or meeting or attendance notes (whether manuscript or typed) in respect of the meetings held with Merrill Lynch, Deutsche Bank, RJI Capital and Robert Livingstone (as referred to at paragraphs 14(k) (l) and (o) of Excalibur's RFI Response).*

**RESPONSE:** We have conducted a comprehensive targeted search for "Merrill Lynch", "Deutsche Bank", "DB", "RJI", "RJI Capital", Robert Livingstone" as well as a further manual review of all correspondence during the relevant period. We have reviewed the product of that search for relevance and for privilege. All relevant, non-privileged documents are enclosed (see documents bearing BATES numbers 0026128 to 0026132; 0026167 to 0026176; 0026182 to 0026184; 0026202 to 0026207; 0026259 to 0026262; 0026315 to 0026342).

1.3 *Documentary communications evidencing Excalibur's dealings with the potential investors described at paragraphs 14(a)-(e), (m) and (g)-(j) of the aforementioned RFI Response.*

**RESPONSE:** See 1.2 above.

2. Correspondence

**RESPONSE:** This appears to be a comment rather than a question. We reject the suggestion that there is any significant concern over the adequacy or accuracy of our client's document review.

3. Documents referenced in other documents

(a) *"the email from December where Iain Patrick unilaterally nullifies our deal" (document number 22720), unless this is a reference to document number 22489.*

# CLIFFORD CHANCE

CLIFFORD CHANCE LLP

    **RESPONSE: This is a matter to be addressed in evidence.**

(b) *Communications between "Ashti and Ashti's legal advisor Jonathan Morrow during the entire process, starting in Spring of 2006" (document number 21533)..*

    **RESPONSE: We have conducted a targeted search for any further emails between Mr Morrow and Mr Wempen and no further emails have been located.**

(c) *"Letter to the Kurds requesting an inquiry into the matter" sent by "two Congressmen" (document number 22741).*

    **RESPONSE: We have conducted a further search. The Claimant does not have control over documents in the possession of members of Congress or representatives of the Kurdish Regional Government.**

(d) *Drafts of the proposed letter to Mr. Talabani (initial draft at document number 22745) concerning Excalibur's farm-in request from the KRG.*

    **RESPONSE: See 1.1(b)(i) above.**

(e) *Following the submission of Excalibur and Dabin's power plant proposal to the KRG on 23 July 2006, Mr Spindari notes that he "will get some info on, electtricity (sic) tomorrow".*

    **RESPONSE: We have conducted a targeted search for any responsive documents and none have been located.**

4. Further Alleged Omissions

(a) *Documents evidencing whether the American-Kurdish Caucus event (due to be held for Mr Barzani and planned to be merged with the event sponsored by the AKFL) took place and if so, when, the form it took, who attended and what was discussed.*

    **RESPONSE: We have conducted a further targeted keyword search for "AKFL" and any responsive, non-privileged documents are enclosed (see documents bearing BATES numbers 0026343 to 0026347 and 0026363 to 0026370).**

(b) *The fully executed Joint Venture Agreement between Iain Kinnear and Rex Wempen (the disclosed version omitted a signature from Rex Wempen) and documentation in relation to the proposed joint company 'Excalibur Energy LLC.'*

**CLIFFORD**
**CHANCE**

> **RESPONSE:** We have conducted a targeted search for any responsive documents and no further non-privileged documents have been found.

(c) *Information or further documents evidencing who produced document numbers 22830 and 22764, on what date and for what purpose. The date for number 22764 ("15/6/11") seems to be a date applicable to numerous PDFs and is therefore unlikely to correspond to the date of its production.*

> **RESPONSE:** The documents have been disclosed in native form, including all available metadata and families of documents. Any relevant questions of the "purpose" for which a document has been prepared is a matter for evidence.

(d) *Correspondence between Rex Wempen and Eric Wempen in the period October to 6 November 2007 (in which only two emails were disclosed even though execution of the Shaikan PSC was imminent.)*

> **RESPONSE:** We have conducted a targeted search for any responsive documents and no further non-privileged documents have been found.

(e) *Excalibur's internal management accounts (or the equivalent), audited or unaudited financial statements, bank statements, statements of assets and/or any other material of this nature concerning its financial standing.*

> **RESPONSE:** Any responsive document has been disclosed.

5. Daniel Franchi

We understand that Daniel Franchi was engaged by Excalibur as "CFO" to assist with the "financial side" of the company (see document number 20753). Your client's RFI Response states that Mr Franchi was engaged by Excalibur in June 2006 (paragraph 14(a)). However no contract of employment or similar agreement concerning the relationship between Mr Franchi and Excalibur has been disclosed. Please now disclose the same.

**RESPONSE: Whilst we are unaware of the relevance of Mr Franchi's terms of employment to any of the matters in dispute, we have conducted a search for all documents relating to the terms of Mr Franchi's employment by the Claimant and, to the extent these are not privileged, they are enclosed (see documents bearing BATES numbers 0026101 to 0026127).**

**C L I F F O R D**  
**C H A N C E**

CLIFFORD CHANCE LLP

6. Registration to do business in Kurdistan

   No documents evidencing Excalibur's registration of a branch office (or the establishment of an affiliated company) in Kurdistan have been disclosed. Please provide these if they exist.

   **RESPONSE: This is a matter of evidence. Any relevant documents have been disclosed.**

7. UBS

   **RESPONSE: The Claimant does not have control over documents located on the UBS server.**

8. Dabin

   **RESPONSE: The Claimant does not have control over Dabin's documents.**

9. Thames Chesapeake Fund (the "Fund")

   (a) *Documents concerning the establishment of the Fund, its General Partner, its Investment Manager and any associated SPV(s);*

   (b) *Correspondence with investors and potential investors;*

   (c) *Documents concerning its potential or actual investments and assets, and'*

   (d) *Correspondence relating to the launch of the Fund, including the results of any placing*

   (e) *Documents concerning its relationship with other Excalibur-backed funds, such as the River Resources fund (of which we know very little).*

   **RESPONSE: We have conducted a targeted search for any responsive documents and any such non-privileged documents are enclosed (see documents bearing BATES numbers 0026133 to 0026166; 0026183 to 0026199).**

10. Unreadable documents

    **RESPONSE: The files detailed in your Schedule 2 are corrupted in the possession of the Claimant. We have made efforts with our vendor to find a means to make these documents available to view both to us and them but this effort has been unsuccessful. They have been disclosed because they are associated with a "family" of documents that contains one or more responsive documents. It is impossible for us to ascertain whether the documents referred**

**C L I F F O R D**
**C H A N C E**

CLIFFORD CHANCE LLP

to are or are not potentially responsive because we, like you, have been unable to review them.

11. <u>Redacted documents</u>

**RESPONSE:** Documents 22988 to 23009 inclusive have been redacted to remove privileged information. Document 22959 has been redacted to remove sensitive personal data relating to a third party (Mr Hall) that is entirely irrelevant to any matter in dispute.

In addition to the above, we enclose a small number of additional relevant, non-privileged documents that have been discovered in the course of our further enquiries but that are not strictly responsive to any single category of request advanced.

Yours faithfully

*Clifford Chance LLP*

Clifford Chance LLP