**In re: the Application of: TEXAS KEYSTONE INC.**
**Case No. 3:12-cv-00850-MRK**

**REQUEST FOR STATUS CONFERENCE AND *IN CAMERA* REVIEW**

# EXHIBIT A

**In Re TEXAS KEYSTONE INC. / No. 3:12-cv-850-(MRK)**
**Excalibur Supplemental Privilege Log – 08.09.2012**

| No. | Bates | Type | From | To | CC | Date | Description | Privilege - US |
|---|---|---|---|---|---|---|---|---|
| 1 | ubs-ag00001172 | Email | Eric Wempen | Rex Wempen | N/a | 11/13/2007 | Email prepared in anticipation of litigation by internal counsel providing legal advice regarding validity of Texas Keystone's assignment of its Consortium Interest to Gulf Keystone and terms of Excalibur contract with Gulf Keystone. | AC/WP |
| 2 | ubs-ag00001174 | Email | Rex Wempen | Eric Wempen | N/a | 11/13/2007 | Email reflecting legal advice from internal counsel prepared in anticipation of litigation regarding validity of Texas Keystone's assignment of its Consortium Interest to Gulf Keystone and terms of Excalibur contract with Gulf Keystone. | AC/WP |
| 3 | ubs-ag00001176 | Email | Rex Wempen | Eric Wempen | N/a | 11/13/2007 | Email reflecting legal advice from internal counsel prepared in anticipation of litigation regarding validity of Texas Keystone's assignment of its Consortium Interest to Gulf Keystone and terms of Excalibur contract with Gulf Keystone. | AC/WP |
| 4 | ubs-ag00001178 | Email | Eric Wempen | Rex Wempen | N/a | 11/14/2007 | Email providing legal advice from internal counsel prepared in anticipation of litigation regarding validity of Texas Keystone's assignment of its Consortium Interest to Gulf Keystone and terms of Excalibur contract with Gulf Keystone. | AC/WP |
| 5 | ubs-ag00001191 | Email | Rex Wempen | Eric Wempen | N/a | 11/14/2007 | Email reflecting legal advice from internal counsel prepared in anticipation of litigation regarding validity of Texas Keystone's assignment of its Consortium Interest to Gulf Keystone and terms of Excalibur contract with Gulf Keystone. | AC/WP |
| 6 | ubs-ag00001292 | Email | Rex Wempen | Eric Wempen | N/a | 11/14/2007 | Email requesting legal advice from internal counsel regarding validity of Texas Keystone's assignment of its Consortium Interest to Gulf Keystone and terms of Excalibur contract with Gulf Keystone. | AC |
| 7 | ubs-ag00001420 | Email | Eric Wempen | Rex Wempen | N/a | 11/16/2007 | Email prepared by internal counsel in anticipation of litigation providing legal advice regarding non-disclosure agreement requested by Gulf Keystone and validity of Texas Keystone's assignment of its Consortium Interest to Gulf Keystone, and reflecting a request for legal advice regarding the same. | AC/WP |
| 8 | ubs-ag00001844 | Email | Rex Wempen | Eric Wempen | N/a | 11/23/2007 | Email prepared in anticipation of litigation requesting legal advice from internal counsel regarding potential legal claims against Gulf Keystone, Texas Keystone and Todd Kozel. | AC/WP |
| 9 | ubs-ag00001855 | Email | Eric Wempen | Rex Wempen | N/a | 11/24/2007 | Email prepared in anticipation of litigation by internal counsel providing legal advice regarding terms of Excalibur contract with Texas Keystone and potential legal claims against Gulf Keystone, Texas Keystone and Todd Kozel. | AC/WP |

**In Re TEXAS KEYSTONE INC. / No. 3:12-cv-850-(MRK)**
**Excalibur Supplemental Privilege Log – 08.09.2012**

| No. | Bates | Type | From | To | CC | Description | Privilege - US |
|---|---|---|---|---|---|---|---|
| 10 | ubs-ag00001859 | Email | Rex Wempen | Eric Wempen | N/a | Email reflecting legal advice prepared in anticipation of litigation by internal counsel regarding terms of Excalibur contract with Texas Keystone and potential legal claims against Gulf Keystone, Texas Keystone and Todd Kozel. | AC/WP |
| 11 | ubs-ag00001863 | Email | Eric Wempen | Rex Wempen | N/a | Email prepared in anticipation of litigation by internal counsel providing legal advice regarding terms of Excalibur contract with Texas Keystone and potential legal claims against Gulf Keystone, Texas Keystone and Todd Kozel. | AC/WP |
| 12 | ubs-ag00001867 | Email | Rex Wempen | Eric Wempen | N/a | Email reflecting legal advice prepared in anticipation of litigation by internal counsel regarding terms of Excalibur contract with Texas Keystone and potential legal claims against Gulf Keystone, Texas Keystone and Todd Kozel. | AC/WP |
| 13 | ubs-ag00001881 | Email | Rex Wempen | Eric Wempen | N/a | Email reflecting legal advice prepared in anticipation of litigation by internal counsel regarding terms of Excalibur contract with Texas Keystone and potential legal claims against Gulf Keystone, Texas Keystone and Todd Kozel, and requesting additional legal advice regarding a draft letter concerning funding and approval issues. | AC/WP |
| 14 | ubs-ag00001886 | Email | Eric Wempen | Rex Wempen | N/a | Email prepared in anticipation of litigation by internal counsel providing legal advice regarding a draft letter concerning funding and approval issues. | AC/WP |
| 15 | ubs-ag00001892 | Email | Eric Wempen | Rex Wempen | N/a | Email prepared in anticipation of litigation by internal counsel providing legal advice regarding terms of Excalibur contract with Texas Keystone and potential legal claims against Gulf Keystone, Texas Keystone and Todd Kozel. | AC/WP |
| 16 | ubs-ag00001895 | Email | Rex Wempen | Eric Wempen | N/a | Email prepared in anticipation of litigation reflecting legal advice of internal counsel regarding terms of Excalibur contract with Texas Keystone and potential legal claims against Gulf Keystone, Texas Keystone and Todd Kozel. | AC/WP |
| 17 | ubs-ag00001898 | Email | Eric Wempen | Rex Wempen | N/a | Email prepared in anticipation of litigation by internal counsel providing legal advice regarding terms of Excalibur contract with Texas Keystone and potential legal claims against Gulf Keystone, Texas Keystone and Todd Kozel. | AC/WP |
| 18 | ubs-ag00001902 | Email | Rex Wempen | Eric Wempen | N/a | Email prepared in anticipation of litigation requesting legal advice from internal counsel regarding potential legal claims against Gulf Keystone and retention of external counsel in connection with the same issues. | AC/WP |
| 19 | ubs-ag00001906 | Email | Rex Wempen | Eric Wempen | N/a | Email prepared in anticipation of litigation requesting legal advice from internal counsel regarding retention of external counsel in connection with breach of contract claims against Gulf Keystone. | AC |

**In Re TEXAS KEYSTONE INC. / No. 3:12-cv-850-(MRK)**
**Excalibur Supplemental Privilege Log – 08.09.2012**

| No. | Bates | Type | From | To | CC | Date | Description | Privilege - US |
|---|---|---|---|---|---|---|---|---|
| 20 | ubs-ag0001908 | Email | Eric Wempen | Rex Wempen | N/a | 11/25/2007 | Email prepared in anticipation of litigation providing legal advice from internal counsel regarding potential breach of contract claims against Gulf Keystone and retention of external counsel in connection with the same issues. | AC/WP |
| 21 | ubs-ag0001911 | Email | Eric Wempen | Mark Howe (Cadwalader) | Rex Wempen | 11/25/2007 | Email providing information to potential external counsel (Cadwalader) in order to receive legal advice regarding potential breach of contract claims against Gulf Keystone. | AC |
| 22 | ubs-ag0001913 | Email | Rex Wempen | Eric Wempen | N/a | 11/25/2007 | Email reflecting information provided to potential external counsel (Cadwalader) in order to receive legal advice regarding potential breach of contract claims against Gulf Keystone. | AC |
| 23 | ubs-ag0001916 | Email | Rex Wempen | Eric Wempen | N/a | 11/25/2007 | Email prepared in anticipation of litigation reflecting legal advice from internal counsel regarding potential legal claims against Gulf Keystone, Texas Keystone and Todd Kozel, and retention of external counsel. | AC/WP |
| 24 | ubs-ag0001920 | Email | Eric Wempen | Rex Wempen | N/a | 11/25/2007 | Email prepared in anticipation of litigation providing legal advice from internal counsel regarding potential breach of contract claims against Gulf Keystone and retention of external counsel in connection with the same claims. | AC/WP |
| 25 | ubs-ag0001924 | Email | Robert Colvin (Robert D. Colvin & Associates) | Eric Wempen | Rex Wempen | 11/25/2007 | Email reflecting information provided to potential external counsel in order to receive legal advice regarding potential breach of contract claims against Gulf Keystone. | AC |
| 26 | ubs-ag0001926 | Email | Eric Wempen | Robert Colvin | Rex Wempen | 11/25/2007 | Email reflecting information provided to potential external counsel in order to receive legal advice regarding potential breach of contract claims against Gulf Keystone. | AC |
| 27 | ubs-ag0001928 | Email | Rex Wempen | Eric Wempen | N/a | 11/25/2007 | Email reflecting information provided to potential external counsel in order to receive legal advice regarding potential breach of contract claims against Gulf Keystone. | AC |
| 28 | ubs-ag0001932 | Email | Eric Wempen | Rex Wempen | N/a | 11/25/2007 | Email prepared by internal counsel in anticipation of litigation providing legal advice regarding gathering evidence in connection with potential breach of contract claims against Gulf Keystone/Texas Keystone. | AC/WP |
| 29 | ubs-ag0001936 | Email | Rex Wempen | Eric Wempen | N/a | 11/25/2007 | Email prepared in anticipation of litigation providing information to internal counsel in order to receive further legal advice regarding gathering evidence in connection with potential breach of contract claims against Gulf Keystone/Texas Keystone. | AC/WP |

**In Re TEXAS KEYSTONE INC. / No. 3:12-cv-850-(MRK)**
**Excalibur Supplemental Privilege Log – 08.09.2012**

| No. | Bates | Type | From | To | CC | Date | Description | Privilege - US |
|---|---|---|---|---|---|---|---|---|
| 30 | ubs-ag00001940 | Email | Eric Wempen | Rex Wempen | N/a | 11/25/2007 | Email prepared by internal counsel in anticipation of litigation providing legal advice regarding gathering evidence in connection with potential breach of contract claims against Gulf Keystone/Texas Keystone. | AC/WP |
| 31 | ubs-ag00001945 | Email | Rex Wempen | Eric Wempen | N/a | 11/25/2007 | Email prepared in anticipation of litigation reflecting legal advice from internal counsel regarding gathering evidence in connection with potential breach of contract claims against Gulf Keystone/Texas Keystone. | AC/WP |
| 32 | ubs-ag00001950 | Email | Eric Wempen | Rex Wempen | N/a | 11/25/2007 | Email prepared by internal counsel in anticipation of litigation providing legal advice regarding terms of Excalibur's contract with Gulf Keystone. | AC/WP |
| 33 | ubs-ag00001955 | Email | Rex Wempen | Eric Wempen | N/a | 11/25/2007 | Email prepared in anticipation of litigation reflecting legal advice from internal counsel regarding gathering evidence in connection with potential breach of contract claims against Gulf Keystone/Texas Keystone. | AC/WP |
| 34 | ubs-ag00001961 | Email | Mark Howe | Eric Wempen | N/a | 11/26/2007 | Email reflecting information provided to potential external counsel in order to receive legal advice regarding potential legal claims against Gulf Keystone. | AC |
| 35 | ubs-ag00001966 | Email | Eric Wempen | Mark Howe | Rex Wempen | 11/26/2007 | Email reflecting information provided to potential external counsel in order to receive legal advice regarding potential legal claims against Gulf Keystone. | AC |
| 36 | ubs-ag00001969 | Email | Mark Howe | Eric Wempen | David Williams (Cadwalader), Rex Wempen | 11/27/2007 | Email reflecting information provided to potential external counsel in order to receive legal advice regarding potential legal claims against Gulf Keystone. | AC |
| 37 | ubs-ag00001971 | Email | Eric Wempen | Rex Wempen | N/a | 11/27/2007 | Email reflecting information provided to potential external counsel in order to receive legal advice regarding potential legal claims against Gulf Keystone. | AC |
| 38 | ubs-ag00001973 | Email | Eric Wempen | Rex Wempen | N/a | 11/27/2007 | Email prepared in anticipation of litigation by internal counsel providing legal advice regarding potential breach of contract claims against Gulf Keystone. | AC/WP |
| 39 | ubs-ag00001976 | Email | Eric Wempen | Rex Wempen | N/a | 11/27/2007 | Email prepared in anticipation of litigation by internal counsel providing legal advice regarding terms of Excalibur contract with Texas Keystone and potential legal claims against Gulf Keystone, Texas Keystone and Todd Kozel. | AC/WP |
| 40 | ubs-ag00001979 | Email | Rex Wempen | Eric Wempen | N/a | 11/27/2007 | Email prepared in anticipation of litigation reflecting legal advice from internal counsel regarding terms of Excalibur contract with Texas Keystone and potential legal claims against Gulf Keystone, Texas Keystone and Todd Kozel. | AC/WP |

**In Re TEXAS KEYSTONE INC. / No. 3:12-cv-850-(MRK)**
**Excalibur Supplemental Privilege Log – 08.09.2012**

| No. | Bates | Type | From | To | CC | Date | Description | Privilege – US |
|-----|-------|------|------|-----|-----|------|-------------|----------------|
| 41 | ubs-ag00001982. | Email | Eric Wempen | Rex Wempen | N/a | 11/28/2007 | Email prepared in anticipation of litigation reflecting legal advice from internal counsel regarding terms of Excalibur contract with Texas Keystone and potential legal claims against Gulf Keystone, Texas Keystone and Todd Kozel. | AC/WP |
| 42 | ubs-ag00001986 | Email | Rex Wempen | Eric Wempen | N/a | 11/28/2007 | Email prepared in anticipation of litigation reflecting legal advice from internal counsel regarding terms of Excalibur contract with Texas Keystone and potential legal claims against Gulf Keystone, Texas Keystone and Todd Kozel. | AC/WP |
| 43 | ubs-ag00001990 | Email | Eric Wempen | Rex Wempen | N/a | 11/28/2007 | Email prepared in anticipation of litigation reflecting legal advice from internal counsel regarding terms of Excalibur contract with Texas Keystone and potential legal claims against Gulf Keystone, Texas Keystone and Todd Kozel. | AC/WP |
| 44 | ubs-ag00001994 | Email | Eric Wempen | Rex Wempen | N/a | 11/28/2007 | Email prepared in anticipation of litigation by internal counsel providing legal advice regarding upcoming meeting with Gulf Keystone. | AC/WP |
| 45 | ubs-ag00001998 | Email | Eric Wempen | Rex Wempen | N/a | 11/28/2007 | Email prepared in anticipation of litigation by internal counsel providing legal advice regarding upcoming meeting with Gulf Keystone. | AC/WP |
| 46 | ubs-ag00002002 | Email | Rex Wempen | Eric Wempen | N/a | 11/28/2007 | Email prepared in anticipation of litigation requesting legal advice from internal counsel regarding upcoming meeting with Gulf Keystone. | AC/WP |
| 47 | ubs-ag00002007 | Email | Rex Wempen | Eric Wempen | N/a | 11/28/2007 | Email prepared in anticipation of litigation requesting legal advice from internal counsel regarding upcoming meeting with Gulf Keystone. | AC/WP |
| 48 | ubs-ag00002020 | Email | Eric Wempen | Rex Wempen | N/a | 11/28/2007 | Email prepared in anticipation of litigation by internal counsel providing legal advice regarding upcoming meeting with Gulf Keystone. | AC/WP |
| 49 | ubs-ag00002038 | Email | Eric Wempen | Rex Wempen | N/a | 11/28/2007 | Email prepared in anticipation of litigation by internal counsel providing legal advice regarding upcoming meeting with Gulf Keystone. | AC/WP |
| 50 | ubs-ag00002041 | Email | Rex Wempen | Eric Wempen | N/a | 11/28/2007 | Email prepared in anticipation of litigation reflecting legal advice from internal counsel regarding upcoming meeting with Gulf Keystone. | AC/WP |
| 51 | ubs-ag00002045 | Email | Eric Wempen | Rex Wempen | N/a | 11/28/2007 | Email prepared in anticipation of litigation by internal counsel providing legal advice regarding upcoming meeting with Gulf Keystone and organization of evidence supporting Excalibur's rights under contract with Gulf Keystone. | AC/WP |

**In Re TEXAS KEYSTONE INC. / No. 3:12-cv-850-(MRK)**
**Excalibur Supplemental Privilege Log – 08.09.2012**

| No. | Bates | Type | From | To | CC | Date | Description | Privilege - US |
|---|---|---|---|---|---|---|---|---|
| 52 | ubs-ag00002049 | Email | Rex Wempen | Eric Wempen | N/a | 11/28/2007 | Email prepared in anticipation of litigation at the direction of internal counsel regarding draft statement of evidence and summary of arguments supporting Excalibur's rights under contract with Gulf Keystone for review by external counsel (Cadwalader). | AC/WP |
| 53 | ubs-ag00002058 | Email | Eric Wempen | Rex Wempen | N/a | 11/28/2007 | Email prepared in anticipation of litigation providing legal advice of internal counsel regarding draft statement of evidence and summary of arguments supporting Excalibur's rights under contract with Gulf Keystone for review by external counsel (Cadwalader). | AC/WP |
| 54 | ubs-ag00002067 | Email | Rex Wempen | Eric Wempen | N/a | 11/28/2007 | Email prepared in anticipation of litigation requesting legal advice of internal counsel regarding organization of evidence supporting Excalibur's rights under contract with Gulf Keystone, and reflecting legal advice of internal counsel regarding draft statement of evidence and summary of arguments supporting Excalibur's rights under contract with Gulf Keystone for review by external counsel (Cadwalader). | AC/WP |
| 55 | ubs-ag00002076 | Email | Eric Wempen | Rex Wempen | N/a | 11/28/2007 | Email prepared in anticipation of litigation by internal counsel providing legal advice regarding organization of evidence supporting Excalibur's rights under contract with Gulf Keystone. | AC/WP |
| 56 | ubs-ag00002116 | Email | Rex Wempen | Eric Wempen | N/a | 11/29/2007 | Email prepared in anticipation of litigation reflecting legal advice from external counsel (Baker Botts) regarding Excalibur's rights under contract with Gulf Keystone. | AC/WP |
| 57 | ubs-ag00002122 | Email | Eric Wempen | Rex Wempen | N/a | 11/29/2007 | Email prepared in anticipation of litigation reflecting legal advice from external counsel (Baker Botts) regarding Excalibur's rights under contract with Gulf Keystone. | AC/WP |
| 58 | ubs-ag00002128 | Email | Rex Wempen | Eric Wempen | N/a | 11/29/2007 | Email prepared in anticipation of litigation reflecting legal advice from internal counsel regarding organization of evidence supporting Excalibur's rights under contract with Gulf Keystone. | AC/WP |
| 59 | ubs-ag00002135 | Email | Rex Wempen | Eric Wempen | N/a | 11/29/2007 | Email prepared in anticipation of litigation requesting legal advice of internal counsel regarding potential litigation strategy for breach of contract claims against Gulf Keystone. | AC/WP |
| 60 | ubs-ag00002143 | Email | Eric Wempen | Rex Wempen | N/a | 11/29/2007 | Email prepared in anticipation of litigation by internal counsel providing legal advice regarding potential litigation strategy for breach of contract claims against Gulf Keystone. | AC/WP |

**In Re TEXAS KEYSTONE INC. / No. 3:12-cv-850-(MRK)**
**Excalibur Supplemental Privilege Log – 08.09.2012**

| No. | Bates | Type | From | To | CC | Date | Description | Privilege - US |
|-----|-------|------|------|-----|-----|------|-------------|----------------|
| 61 | ubs-ag00002149 | Email | Eric Wempen | Rex Wempen | N/a | 11/29/2007 | Email prepared in anticipation of litigation by internal counsel providing legal advice regarding potential litigation strategy for breach of contract claims against Gulf Keystone. | AC/WP |
| 62 | ubs-ag00002150 | Email | Eric Wempen | Rex Wempen | N/a | 11/29/2007 | Email prepared in anticipation of litigation reflecting legal advice of internal counsel regarding potential litigation strategy for breach of contract claims against Gulf Keystone. | AC/WP |
| 63 | ubs-ag00002151 | Email | Rex Wempen | Eric Wempen | N/a | 11/29/2007 | Email prepared in anticipation of litigation reflecting legal advice of internal counsel regarding potential litigation strategy for breach of contract claims against Gulf Keystone. | AC/WP |
| 64 | ubs-ag00002153 | Email | Rex Wempen | Eric Wempen | N/a | 11/29/2007 | Email prepared in anticipation of litigation reflecting legal advice of internal counsel regarding potential litigation strategy for breach of contract claims against Gulf Keystone. | AC/WP |
| 65 | ubs-ag00002154 | Email | Eric Wempen | Rex Wempen | N/a | 11/29/2007 | Email prepared in anticipation of litigation reflecting legal advice of internal counsel regarding potential litigation strategy for breach of contract claims against Gulf Keystone. | AC/WP |
| 66 | ubs-ag00002156 | Email | Eric Wempen | Rex Wempen | N/a | 11/29/2007 | Email prepared in anticipation of litigation by internal counsel providing legal advice regarding potential litigation strategy for breach of contract claims against Gulf Keystone. | AC/WP |
| 67 | ubs-ag00002157 | Email | Eric Wempen | Rex Wempen | N/a | 11/29/2007 | Email prepared in anticipation of litigation reflecting legal advice of internal counsel regarding potential litigation strategy for breach of contract claims against Gulf Keystone. | AC/WP |
| 68 | ubs-ag00002159 | Email | Eric Wempen | Rex Wempen | N/a | 11/29/2007 | Email prepared in anticipation of litigation by internal counsel providing legal advice regarding potential litigation strategy for breach of contract claims against Gulf Keystone. | AC/WP |
| 69 | ubs-ag00002163 | Email | Eric Wempen | Rex Wempen | N/a | 11/30/2007 | Email prepared in anticipation of litigation by internal counsel providing legal advice regarding upcoming meeting with Gulf Keystone. | AC/WP |
| 70 | ubs-ag00002169 | Email | Rex Wempen | Eric Wempen | N/a | 12/4/2007 | Email prepared in anticipation of litigation providing information to internal counsel in order to receive legal advice regarding possible settlement of claims with Gulf Keystone. | AC/WP |

In Re TEXAS KEYSTONE INC. / No. 3:12-cv-850-(MRK)
Excalibur Supplemental Privilege Log – 08.09.2012

| No. | Bates | Type | From | To | CC | Date | Description | Privilege - US |
|-----|-------|------|------|-----|-----|------|-------------|----------------|
| 71 | ubs-ag00002170 | Email | Eric Wempen | Rex Wempen | N/a | 12/4/2007 | Email prepared in anticipation of litigation by internal counsel providing legal advice regarding possible settlement of claims with Gulf Keystone and tax issues regarding the same. | AC/WP |
| 72 | ubs-ag00002171 | Email | Eric Wempen | Rex Wempen | N/a | 12/4/2007 | Email prepared in anticipation of litigation reflecting information provided to internal counsel in order to receive legal advice regarding possible settlement of claims with Gulf Keystone. | AC/WP |
| 73 | ubs-ag00002172 | Email | Rex Wempen | Eric Wempen | N/a | 12/4/2007 | Email prepared in anticipation of litigation reflecting information provided to internal counsel in order to receive legal advice regarding possible settlement of claims with Gulf Keystone. | AC/WP |
| 74 | ubs-ag00002173 | Email | Eric Wempen | Rex Wempen | N/a | 12/4/2007 | Email prepared by internal counsel providing legal advice regarding tax issues implicated by possible settlement of claims with Gulf Keystone. | AC |
| 75 | ubs-ag00002175 | Email | Rex Wempen | Eric Wempen | N/a | 12/4/2007 | Email reflecting legal advice of internal counsel regarding tax issues implicated by possible settlement of claims with Gulf Keystone. | AC |
| 76 | ubs-ag00002177 | Email | Rex Wempen | Eric Wempen | N/a | 12/4/2007 | Email requesting legal advice of internal counsel regarding tax issues implicated by possible settlement of claims with Gulf Keystone. | AC |
| 77 | ubs-ag00002179 | Email | Eric Wempen | Rex Wempen | N/a | 12/4/2007 | Email providing legal advice of internal counsel regarding tax issues implicated by possible settlement of claims with Gulf Keystone. | AC |
| 78 | ubs-ag00002190 | Email | Eric Wempen | Rex Wempen | N/a | 12/7/2007 | Email prepared in anticipation of litigation by internal counsel providing legal advice regarding possible settlement of claims with Gulf Keystone. | AC/WP |
| 79 | ubs-ag00002193 | Email | Rex Wempen | Eric Wempen | N/a | 12/7/2007 | Email prepared in anticipation of litigation by internal counsel reflecting legal advice from internal counsel regarding possible settlement of claims with Gulf Keystone. | AC/WP |
| 80 | ubs-ag00002197 | Email | Rex Wempen | Eric Wempen | N/a | 12/7/2007 | Email prepared in anticipation of litigation requesting legal advice from internal counsel regarding draft letter to potential external counsel regarding potential settlement with Gulf Keystone. | AC/WP |

**In Re TEXAS KEYSTONE INC. / No. 3:12-cv-850-(MRK)**
**Excalibur Supplemental Privilege Log – 08.09.2012**

| No. | Bates | Type | From | To | CC | Date | Description | Privilege - US |
|-----|-------|------|------|-----|-----|------|-------------|----------------|
| 81 | ubs-ag00002198 | Email | Eric Wempen | Rex Wempen | N/a | 12/7/2007 | Email prepared in anticipation of litigation by internal counsel reflecting legal advice from external counsel (Baker Botts) regarding possible settlement of claims with Gulf Keystone. | AC/WP |
| 82 | ubs-ag00002199 | Email | Rex Wempen | Eric Wempen | N/a | 12/7/2007 | Email prepared in anticipation of litigation reflecting legal advice from external counsel (Baker Botts) regarding possible settlement of claims with Gulf Keystone. | AC/WP |
| 83 | ubs-ag00002200 | Email | Eric Wempen | Rex Wempen | N/a | 12/7/2007 | Email prepared in anticipation of litigation by internal counsel reflecting legal advice from external counsel (Baker Botts) regarding possible settlement of claims with Gulf Keystone. | AC/WP |
| 84 | ubs-ag00002201 | Email | Rex Wempen | Eric Wempen | N/a | 12/8/2007 | Email prepared in anticipation of litigation reflecting a request for legal advice from external counsel (Baker Botts) regarding possible settlement of claims with Gulf Keystone. | AC/WP |
| 85 | ubs-ag00002203 | Email | Eric Wempen | Rex Wempen | N/a | 12/8/2007 | Email prepared in anticipation of litigation by internal counsel providing legal advice regarding possible settlement of claims with Gulf Keystone. | AC/WP |
| 86 | ubs-ag00002207 | Email | Rex Wempen | Eric Wempen | N/a | 12/21/2007 | Email prepared in anticipation of litigation requesting advice of internal counsel regarding possible settlement of claims with Gulf Keystone. | AC/WP |
| 87 | ubs-ag00002209; 2211 | Email | Rex Wempen | David Williams (Cadwalader) | Eric Wempen | 12/21/2007 | Email prepared in anticipation of litigation providing information to external counsel (Cadwalader) for the purpose of receiving legal advice regarding possible settlement of claims with Gulf Keystone, and attaching retainer from external counsel (Cadwalader) regarding services to be provided in connection with dispute between Excalibur, Texas Keystone and Gulf Keystone. | AC/WP |
| 88 | ubs-ag00002215 | Email | Rex Wempen | David Williams | Eric Wempen | 12/21/2007 | Email prepared in anticipation of litigation providing information to external counsel (Cadwalader) for the purpose of receiving legal advice regarding possible settlement of claims with Gulf Keystone. | AC/WP |
| 89 | ubs-ag00002217 | Email | Eric Wempen | Rex Wempen | N/a | 12/27/2007 | Email prepared in anticipation of litigation reflecting information prepared at the direction of external counsel (Cadwalader) regarding potential claims for breach of contract by Gulf Keystone. | WP |
| 90 | ubs-ag00002218 | Email | Rex Wempen | Eric Wempen | N/a | 12/27/2007 | Email prepared in anticipation of litigation reflecting information prepared at the direction of external counsel (Cadwalader) regarding potential claims for breach of contract by Gulf Keystone. | WP |

**In Re TEXAS KEYSTONE INC. / No. 3:12-cv-850-(MRK)**
**Excalibur Supplemental Privilege Log – 08.09.2012**

| No. | Bates | Type | From | To | CC | Description | Date | Privilege - US |
|-----|-------|------|------|-----|-----|-------------|------|----------------|
| 91 | ubs-ag00002223 | Email | Rex Wempen | Eric Wempen | N/a | Email prepared in anticipation of litigation reflecting legal advice from external counsel (Cadwalader) regarding settlement negotiations with Gulf Keystone. | 1/2/2008 | AC/WP |
| 92 | ubs-ag00002233 | Email | Rex Wempen | Eric Wempen | N/a | Email prepared in anticipation of litigation reflecting information provided to external counsel (Cadwalader) for the purpose of receiving legal advice regarding settlement negotiations with Gulf Keystone. | 1/3/2008 | AC/WP |
| 93 | ubs-ag00002235 | Email | Eric Wempen | Rex Wempen | N/a | Email prepared in anticipation of litigation reflecting information prepared at the direction of external counsel (Cadwalader) regarding potential claims for breach of contract by Gulf Keystone. | 1/3/2008 | WP |
| 94 | ubs-ag00002237 | Email | Rex Wempen | Eric Wempen | N/a | Email prepared in anticipation of litigation reflecting information prepared at the direction of external counsel (Cadwalader) regarding potential claims for breach of contract by Gulf Keystone. | 1/3/2008 | WP |
| 95 | ubs-ag00002239 | Email | Rex Wempen | Eric Wempen | N/a | Email prepared in anticipation of litigation reflecting information provided to external counsel (Cadwalader) in order to receive legal advice regarding potential claims for breach of contract by Gulf Keystone. | 1/4/2008 | WP |
| 96 | ubs-ag00002241; 2243 | Email | Rex Wempen | Eric Wempen | N/a | Email and attachment prepared in anticipation of litigation at the direction of external counsel (Cadwalader) regarding potential claims for breach of contract by Gulf Keystone, and reflecting information provided to external counsel(Cadwalader) in order to receive legal advice regarding the same. | 1/4/2008 | AC/WP |
| 97 | ubs-ag00002244; 2245 | Email | Rex Wempen | Eric Wempen | N/a | Email and attachment prepared in anticipation of litigation reflecting a request for legal advice from external counsel (Cadwalader) regarding negotiation of settlement with Gulf Keystone. | 1/4/2008 | AC/WP |
| 98 | ubs-ag00002246 | Email | Eric Wempen | Rex Wempen | N/a | Email prepared in anticipation of litigation reflecting a request for legal advice from external counsel (Cadwalader) regarding negotiations of settlement with Gulf Keystone. | 1/4/2008 | AC/WP |
| 99 | ubs-ag00002248 | Email | Rex Wempen | Eric Wempen | N/a | Email prepared in anticipation of litigation reflecting a request for legal advice from external counsel (Cadwalader) regarding negotiation of settlement with Gulf Keystone. | 1/4/2008 | AC/WP |
| 100 | ubs-ag00002250 | Email | Eric Wempen | Rex Wempen | N/a | Email prepared in anticipation of litigation reflecting a request for legal advice from external counsel (Cadwalader) regarding negotiation of settlement with Gulf Keystone. | 1/4/2008 | AC/WP |

**In Re TEXAS KEYSTONE INC. / No. 3:12-cv-850-(MRK)**
**Excalibur Supplemental Privilege Log – 08.09.2012**

| No. | Bates | Type | From | To | CC | Date | Description | Privilege - US |
|---|---|---|---|---|---|---|---|---|
| **101** | ubs-ag00002252 | Email | Eric Wempen | Rex Wempen | N/a | 1/4/2008 | Email prepared in anticipation of litigation reflecting a request for legal advice from external counsel (Cadwalader) regarding negotiation of settlement with Gulf Keystone. | AC/WP |
| **102** | ubs-ag00002254 | Email | Rex Wempen | Eric Wempen | N/a | 1/7/2008 | Email prepared in anticipation of litigation reflecting information prepared at the direction of external counsel (Cadwalader) in order to receive legal advice regarding potential settlement with Gulf Keystone. | WP |
| **103** | ubs-ag00002255 | Email | Eric Wempen | Rex Wempen | N/a | 1/7/2008 | Email prepared in anticipation of litigation reflecting information prepared at the direction of external counsel (Cadwalader) in order to receive legal advice regarding potential settlement with Gulf Keystone. | WP |
| **104** | ubs-ag00002258 | Email | Rex Wempen | Eric Wempen | N/a | 1/18/2008 | Email prepared in anticipation of litigation reflecting legal advice from external counsel (Cadwalader) regarding negotiation of settlement with Gulf Keystone. | AC/WP |
| **105** | ubs-ag00002263; 2264 | Email | Rex Wempen | Eric Wempen | N/a | 1/22/2008 | Email and attachment prepared in anticipation of litigation at the direction of external counsel (Cadwalader) in order to receive legal advice regarding potential settlement with Gulf Keystone. | WP |
| **106** | ubs-ag00002265; 2266 | Letter | Rex Wempen | Eric Wempen | N/a | 1/22/2008 | Email and attachment containing information prepared in anticipation of litigation at the direction of external counsel (Cadwalader) in order to receive legal advice regarding potential settlement with Gulf Keystone. | WP |
| **107** | ubs-ag00002267 | Email | Eric Wempen | Rex Wempen | N/a | 1/22/2008 | Email prepared in anticipation of litigation reflecting information prepared at the direction of external counsel (Cadwalader) in order to receive legal advice regarding potential settlement with Gulf Keystone. | WP |
| **108** | ubs-ag00002269; 2271 | Email | Rex Wempen | Eric Wempen | N/a | 1/22/2008 | Email and attachment prepared at the direction of external counsel (Cadwalader) in order to receive legal advice regarding potential settlement with Gulf Keystone. | WP |
| **109** | ubs-ag00002272; 2275 | Email | Eric Wempen | Eric Wempen | N/a | 1/22/2008 | Email and attachment prepared in anticipation of litigation reflecting information prepared at the direction of external counsel (Cadwalader) in order to receive legal advice regarding potential settlement with Gulf Keystone. | WP |
| **110** | ubs-ag00002276; 2278 | Email | Rex Wempen | Eric Wempen | N/a | 1/22/2008 | Email and attachment prepared in anticipation of litigation reflecting information prepared at the direction of external counsel (Cadwalader) in order to receive legal advice regarding potential settlement with Gulf Keystone. | WP |

11 of 20

**In Re TEXAS KEYSTONE INC. / No. 3:12-cv-850-(MRK)**
**Excalibur Supplemental Privilege Log – 08.09.2012**

| No. | Bates | Type | From | To | CC | Date | Description | Privilege - US |
|-----|-------|------|------|-----|-----|------|-------------|----------------|
| 111 | ubs-ag00002279; 2282 | Email | Eric Wempen | Eric Wempen | N/a | 1/22/2008 | Email and attachment prepared in anticipation of litigation reflecting information prepared at the direction of external counsel (Cadwalader) in order to receive legal advice regarding potential settlement with Gulf Keystone. | WP |
| 112 | ubs-ag00002283; 2285 | Email | Rex Wempen | Eric Wempen | N/a | 1/23/2008 | Email and attachment prepared in anticipation of litigation reflecting legal advice from external counsel (Cadwalader) regarding potential settlement with Gulf Keystone. | AC/WP |
| 113 | ubs-ag00002321 | Email | Eric Wempen | Eric Wempen | N/a | 1/24/2008 | Email prepared in anticipation of litigation reflecting information prepared at the direction of external counsel (Cadwalader) in order to receive legal advice regarding potential claims for breach of contract against Gulf Keystone. | WP |
| 114 | ubs-ag00002324; 2326; 2338 | Email | Rex Wempen | Eric Wempen | N/a | 1/29/2008 | Email and attachments prepared in anticipation of litigation reflecting legal advice from external counsel (Cadwalader) regarding potential settlement with Gulf Keystone. | AC/WP |
| 115 | ubs-ag00002339; 2341 | Email | Eric Wempen | Rex Wempen | N/a | 1/30/2008 | Email and attachment prepared in anticipation of litigation reflecting legal advice from external counsel (Cadwalader) regarding potential settlement with Gulf Keystone, and reflecting information prepared at the direction of external counsel (Cadwalader) in order to receive additional legal advice regarding same. | AC/WP |
| 116 | ubs-ag00002342 | Email | Rex Wempen | Eric Wempen | N/a | 1/30/2008 | Email prepared in anticipation of litigation reflecting legal advice of external counsel (Cadwalader) regarding potential settlement with Gulf Keystone. | WP |
| 117 | ubs-ag00002345; 2348 | Email | Rex Wempen | Eric Wempen | N/a | 1/31/2008 | Email and attachment prepared in anticipation of litigation reflecting legal advice of external counsel (Cadwalader) regarding potential settlement with Gulf Keystone. | WP |
| 118 | ubs-ag00002349; 2350; 2362 | Email | Rex Wempen | Eric Wempen | N/a | 1/31/2008 | Email and attachments prepared in anticipation of litigation at the direction of external counsel (Cadwalader) regarding potential settlement with Gulf Keystone, and reflecting a request for legal advice from external counsel (Cadwalader) regarding the same. | AC/WP |
| 119 | ubs-ag00002363; 2365; 2366 | Email | Rex Wempen | Eric Wempen | N/a | 1/31/2008 | Email prepared in anticipation of litigation reflecting a request for legal advice from external counsel (Cadwalader) regarding potential settlement with Gulf Keystone, and attachments prepared by external counsel (Cadwalader) regarding the same. | AC/WP |
| 120 | ubs-ag00002393 | Email | Eric Wempen | Rex Wempen | N/a | 1/31/2008 | Email prepared in anticipation of litigation reflecting legal advice from external counsel (Cadwalader) regarding potential settlement with Gulf Keystone. | AC/WP |

In Re TEXAS KEYSTONE INC. / No. 3:12-cv-850-(MRK)
Excalibur Supplemental Privilege Log – 08.09.2012

| No. | Bates | Type | From | To | CC | Date | Description | Privilege - US |
|-----|-------|------|------|-----|-----|------|-------------|----------------|
| 121 | ubs-ag00002396 | Email | Rex Wempen | David Williams | Eric Wempen | 3/5/2008 | Email prepared in anticipation of litigation reflecting legal advice from external counsel (Cadwalader) regarding potential settlement with Gulf Keystone. | AC/WP |
| 122 | ubs-ag00002397 | Email | Eric Wempen | Rex Wempen | N/a | 3/5/2008 | Email prepared in anticipation of litigation reflecting legal advice from external counsel (Cadwalader) regarding potential settlement with Gulf Keystone. | AC/WP |
| 123 | ubs-ag00002399 | Email | Rex Wempen | Eric Wempen | N/a | 3/5/2008 | Email prepared in anticipation of litigation reflecting legal advice from external counsel (Cadwalader) regarding potential settlement with Gulf Keystone. | AC/WP |
| 124 | ubs-ag00002401 | Email | Eric Wempen | Rex Wempen | N/a | 3/7/2008 | Email prepared in anticipation of litigation reflecting legal advice from external counsel (Cadwalader) regarding potential settlement with Gulf Keystone. | AC/WP |
| 125 | ubs-ag00002404 | Email | Rex Wempen | Eric Wempen | N/a | 3/7/2008 | Email prepared in anticipation of litigation reflecting legal advice from external counsel (Cadwalader) regarding potential settlement with Gulf Keystone. | AC/WP |
| 126 | ubs-ag00002576 | Email | Eric Wempen | Eric Wempen | N/a | 3/25/2008 | Email prepared in anticipation of litigation reflecting information prepared at the direction of external counsel (Cadwalader) in order to receive legal advice regarding potential settlement with Gulf Keystone. | WP |
| 127 | ubs-ag00002787; 2791; 2792 | Email | Eric Wempen | Rex Wempen | N/a | 3/25/2008 | Email and attachments prepared reflecting information prepared in anticipation of litigation at the direction of external counsel (Cadwalader) in order to receive legal advice regarding potential settlement with Gulf Keystone. | WP |
| 128 | ubs-ag00002804; 2809; 2810 | Email | Rex Wempen | Eric Wempen | N/a | 3/25/2008 | Email and attachments prepared in anticipation of litigation providing information to and reflecting a request for legal advice from external counsel (Cadwalader) regarding revisions to draft Gulf Keystone settlement documents. | AC/WP |
| 129 | ubs-ag00002822 | Email | Rex Wempen | Eric Wempen | N/a | 3/27/2008 | Email prepared in anticipation of litigation providing information to and reflecting a request for legal advice from external counsel (Cadwalader) regarding revisions to draft Gulf Keystone settlement documents. | AC/WP |
| 130 | ubs-ag00002828 | Email | Eric Wempen | Rex Wempen | N/a | 3/27/2008 | Email prepared in anticipation of litigation providing information to and reflecting a request for legal advice from external counsel (Cadwalader) regarding revisions to draft Gulf Keystone settlement documents. | AC/WP |
| 131 | ubs-ag00002834; 2835 | Email | Rex Wempen | Eric Wempen | N/a | 3/28/2008 | Email forwarding attachment prepared by external counsel (Cadwalader) in anticipation of litigation containing recommended revisions to draft Gulf Keystone settlement documents. | AC/WP |

In Re TEXAS KEYSTONE INC. / No. 3:12-cv-850-(MRK)
Excalibur Supplemental Privilege Log – 08.09.2012

| No. | Bates | Type | From | To | CC | Date | Description | Privilege - US |
|-----|-------|------|------|-----|-----|------|-------------|----------------|
| 132 | ubs-ag00002836; 2837 | Email | Rex Wempen | Eric Wempen | N/a | 3/28/2008 | Email forwarding attachment prepared by external counsel (Cadwalader) in anticipation of litigation containing recommended revisions to draft Gulf Keystone settlement documents. | AC/WP |
| 133 | ubs-ag00002849; 2850 | Email | Rex Wempen | Eric Wempen | N/a | 3/28/2008 | Email forwarding attachment prepared by external counsel (Cadwalader) in anticipation of litigation containing recommended revisions to draft Gulf Keystone settlement documents. | AC/WP |
| 134 | ubs-ag00002862 | Email | Eric Wempen | Rex Wempen | N/a | 3/28/2008 | Email prepared in anticipation of litigation reflecting information prepared at the direction of external counsel (Cadwalader) in order to provide legal advice regarding recommended revisions to draft Gulf Keystone settlement documents. | WP |
| 135 | ubs-ag00002864 | Email | Eric Wempen | Rex Wempen | N/a | 3/28/2008 | Email prepared in anticipation of litigation reflecting information prepared at the direction of external counsel (Cadwalader) in order to provide legal advice regarding recommended revisions to draft Gulf Keystone settlement documents. | WP |
| 136 | ubs-ag00002867 | Email | Rex Wempen | Eric Wempen | N/a | 3/28/2008 | Email prepared in anticipation of litigation reflecting information prepared at the direction of external counsel (Cadwalader) in order to provide legal advice regarding recommended revisions to draft Gulf Keystone settlement documents. | WP |
| 137 | ubs-ag00002870; 2873 | Email | Rex Wempen | Eric Wempen | N/a | 3/28/2008 | Email and attachment prepared reflecting information prepared in anticipation of litigation at the direction of external counsel (Cadwalader) in order to receive legal advice regarding recommended revisions to draft Gulf Keystone settlement documents. | WP |
| 138 | ubs-ag00002885; 2889 | Email | Eric Wempen | Eric Wempen | N/a | 3/28/2008 | Email and attachment prepared reflecting information prepared in anticipation of litigation at the direction of external counsel (Cadwalader) in order to receive legal advice regarding recommended revisions to draft Gulf Keystone settlement documents. | WP |
| 139 | ubs-ag00002901; 2902 | Email | Rex Wempen | Eric Wempen | N/a | 3/29/2008 | Email prepared in anticipation of litigation attaching document prepared by external counsel (Cadwalader) containing recommended revisions to draft Gulf Keystone settlement documents. | AC/WP |
| 140 | ubs-ag00002915; ubs-ag00002916 | Email | Rex Wempen | Eric Wempen | N/a | 3/30/2008 | Email prepared in anticipation of litigation attaching document prepared by external counsel (Cadwalader) containing recommended revisions to draft Gulf Keystone settlement documents. | WP |
| 141 | ubs-ag00002929 | Email | Eric Wempen | Rex Wempen | N/a | 3/30/2008 | Email prepared in anticipation of litigation reflecting information prepared at the direction of external counsel (Cadwalader) in order to receive legal advice regarding recommended revisions to draft Gulf Keystone settlement documents. | WP |

In Re TEXAS KEYSTONE INC. / No. 3:12-cv-850-(MRK)
Excalibur Supplemental Privilege Log – 08.09.2012

| No. | Bates | Type | From | To | CC | Date | Description | Privilege - US |
|-----|-------|------|------|-----|-----|------|-------------|----------------|
| 142 | ubs-ag00002930 | Email | Eric Wempen | Rex Wempen | N/a | 4/2/2008 | Email prepared in anticipation of litigation reflecting information prepared at the direction of external counsel (Cadwalader) in order to provide legal advice regarding timing of potential settlement with Gulf Keystone. | WP |
| 143 | ubs-ag00002937 | Email | Rex Wempen | Eric Wempen | N/a | 4/2/2008 | Email prepared in anticipation of litigation reflecting a request for legal advice from external counsel (Cadwalader) regarding timing of potential settlement with Gulf Keystone. | AC/WP |
| 144 | ubs-ag00002939 | Email | Eric Wempen | Rex Wempen | N/a | 4/2/2008 | Email prepared in anticipation of litigation reflecting a request for legal advice from external counsel (Cadwalader) regarding timing of potential settlement with Gulf Keystone. | AC/WP |
| 145 | ubs-ag00002941 | Email | Rex Wempen | Eric Wempen | N/a | 4/2/2008 | Email prepared in anticipation of litigation reflecting a request for legal advice from external counsel (Cadwalader) regarding timing of potential settlement with Gulf Keystone. | AC/WP |
| 146 | ubs-ag00002950, ubs-ag00002952 | Email | Rex Wempen | Eric Wempen | N/a | 4/11/2008 | Email attaching invoice from external counsel (Cadwalader) reflecting counsel's mental impressions regarding legal issues presented by settlement negotiations with Gulf Keystone. | WP |
| 147 | ubs-ag00002956 | Email | Rex Wempen | Eric Wempen | N/a | 4/14/2008 | Email prepared in anticipation of litigation reflecting mental impressions of external counsel (Cadwalader) regarding status of settlement negotiations with Gulf Keystone. | WP |
| 148 | ubs-ag00002959 | Email | Rex Wempen | Eric Wempen | N/a | 4/15/2008 | Email prepared in anticipation of litigation reflecting mental impressions of external counsel (Cadwalader) regarding status of settlement negotiations with Gulf Keystone. | WP |
| 149 | ubs-ag00002963 | Email | Eric Wempen | Rex Wempen | N/a | 4/15/2008 | Email prepared in anticipation of litigation reflecting mental impressions of external counsel (Cadwalader) regarding status of settlement negotiations with Gulf Keystone. | WP |
| 150 | ubs-ag00002986 | Email | Eric Wempen | Rex Wempen | N/a | 4/26/2008 | Email prepared in anticipation of litigation reflecting mental impressions of external counsel (Cadwalader) regarding status of settlement negotiations with Gulf Keystone. | WP |
| 151 | ubs-ag00002990 | Email | Rex Wempen | Eric Wempen | N/a | 4/26/2008 | Email prepared in anticipation of litigation reflecting mental impressions of external counsel (Cadwalader) regarding status of settlement negotiations with Gulf Keystone. | WP |
| 152 | ubs-ag00002995 | Email | Eric Wempen | Rex Wempen | N/a | 4/28/2008 | Email prepared in anticipation of litigation reflecting a request for legal advice from external counsel (Cadwalader) regarding recommended revisions to draft Gulf Keystone settlement documents. | WP |

**In Re TEXAS KEYSTONE INC. / No. 3:12-cv-850-(MRK)**
**Excalibur Supplemental Privilege Log – 08.09.2012**

| No. | Bates | Type | From | To | CC | Date | Description | Privilege - US |
|-----|-------|------|------|-----|-----|------|-------------|----------------|
| 153 | ubs-ag00003000 | Email | Rex Wempen | Eric Wempen | N/a | 4/28/2008 | Email requesting legal advice from internal counsel regarding Excalibur contract with Dabin. | AC |
| 154 | ubs-ag00003003 | Email | Rex Wempen | Eric Wempen | N/a | 5/2/2008 | Email requesting legal advice from internal counsel regarding potential negotiation of new Kurdistan oil contract with Dabin. | AC |
| 155 | ubs-ag00003020 | Email | Eric Wempen | Rex Wempen | N/a | 5/2/2008 | Email prepared in anticipation of litigation reflecting request for advice from internal counsel regarding potential claims for breach of contract claim by Gulf Keystone. | AC/WP |
| 156 | ubs-ag00003070 | Email | Rex Wempen | Eric Wempen | N/a | 5/23/2008 | Email prepared in anticipation of litigation reflecting request for advice from external counsel (Cadwalader) regarding possible settlement of claims with Gulf Keystone. | AC/WP |
| 157 | ubs-ag00003074 | Email | Eric Wempen | Rex Wempen | N/a | 5/23/2008 | Email prepared in anticipation of litigation reflecting request for advice from external counsel (Cadwalader) regarding possible settlement of claims with Gulf Keystone. | AC/WP |
| 158 | ubs-ag00003078 | Email | Eric Wempen | Eric Wempen | N/a | 6/2/2008 | Email prepared in anticipation of litigation reflecting information prepared at the direction of external counsel (Cadwalader) in order to provide legal advice regarding potential claims for breach of contract by Gulf Keystone. | WP |
| 159 | ubs-ag00003080; 3082 | Email | Rex Wempen | Eric Wempen | N/a | 6/2/2008 | Email and attachment prepared in anticipation of litigation containing external (Cadwalader) attorney work product, including advice and analysis regarding language of Gulf Keystone contract and potential remedies for breach of same by Gulf Keystone. | AC/WP |
| 160 | ubs-ag00003086 | Email | Rex Wempen | Eric Wempen | N/a | 6/2/2008 | Email prepared in anticipation of litigation reflecting request for legal advice from external counsel (Cadwalader) regarding contract with Gulf Keystone, and request from external counsel (Cadwalader) for information in order to provide said legal advice. | |
| 161 | ubs-ag00003091 | Email | Eric Wempen | Rex Wempen | N/a | 6/2/2008 | Email prepared in anticipation of litigation reflecting request for legal advice from external counsel (Cadwalader) regarding potential claims for breach of contract by Gulf Keystone. | AC/WP |
| 162 | ubs-ag00003093 | Email | Rex Wempen | Eric Wempen | N/a | 6/2/2008 | Email prepared in anticipation of litigation reflecting request for legal advice from external counsel (Cadwalader) regarding potential claims for breach of contract by Gulf Keystone. | AC/WP |

In Re TEXAS KEYSTONE INC. / No. 3:12-cv-850-(MRK)
Excalibur Supplemental Privilege Log – 08.09.2012

| No. | Bates | Type | From | To | CC | Date | Description | Privilege - US |
|-----|-------|------|------|-----|-----|------|-------------|----------------|
| 163 | ubs-ag00003095 | Email | Eric Wempen | Rex Wempen | N/a | 6/2/2008 | Email prepared in anticipation of litigation reflecting request for legal advice from external counsel (Cadwalader) regarding potential claims for breach of contract by Gulf Keystone. | AC/WP |
| 164 | ubs-ag00003098 | Email | Rex Wempen | Eric Wempen | N/a | 6/2/2008 | Email prepared in anticipation of litigation reflecting request for legal advice from external counsel (Cadwalader) regarding potential claims for breach of contract by Gulf Keystone. | AC/WP |
| 165 | ubs-ag00003109; 3110; 3111 | Email | Rex Wempen | Eric Wempen | N/a | 6/2/2008 | Email attaching invoice from external counsel (Cadwalader) reflecting counsel's mental impressions regarding legal issues presented by settlement negotiations with Gulf Keystone. | WP |
| 166 | ubs-ag00003116; 3118 | Email | Rex Wempen | Eric Wempen | N/a | 6/6/2008 | Email and attachment prepared in anticipation of litigation reflecting a request from external counsel (Cadwalader) for information in order to provide legal advice regarding potential settlement with Gulf Keystone. | AC/WP |
| 167 | ubs-ag00003131; 3133 | Email | Rex Wempen | Eric Wempen | N/a | 6/6/2008 | Email and attachment prepared in anticipation of litigation reflecting a request from external counsel (Cadwalader) for information in order to provide legal advice regarding potential settlement with Gulf Keystone. | AC/WP |
| 168 | ubs-ag00003146 | Email | Eric Wempen | Rex Wempen | N/a | 6/6/2008 | Email prepared in anticipation of litigation reflecting a request from external counsel (Cadwalader) for information in order to provide legal advice regarding potential settlement with Gulf Keystone, and reflecting information prepared at the direction of external counsel (Cadwalader) regarding the same. | AC/WP |
| 169 | ubs-ag00003149; 3150; 3151 | Email | Rex Wempen | Eric Wempen | N/a | 6/7/2008 | Email attaching invoice from external counsel (Cadwalader) reflecting counsel's mental impressions regarding legal issues presented by settlement negotiations with Gulf Keystone. | WP |
| 170 | ubs-ag00003156; 3157; 3158 | Email | Eric Wempen | Eric Wempen | N/a | 6/7/2008 | Email attaching invoice from external counsel (Cadwalader) reflecting counsel's mental impressions regarding legal issues presented by settlement negotiations with Gulf Keystone. | WP |
| 171 | ubs-ag00003163 | Email | Eric Wempen | David Williams | Rex Wempen | 6/9/2008 | Email prepared in anticipation of litigation requesting legal advice from external counsel (Cadwalader) regarding potential breach of contract by Gulf Keystone. | AC/WP |

17 of 20

**In Re TEXAS KEYSTONE INC. / No. 3:12-cv-850-(MRK)**
**Excalibur Supplemental Privilege Log – 08.09.2012**

| No. | Bates | Type | From | To | CC | Date | Description | Privilege - US |
|-----|-------|------|------|-----|-----|------|-------------|----------------|
| 172 | ubs-ag00003220; 3221; 3226 | Email | Rex Wempen | Eric Wempen | N/a | 6/10/2008 | Email and attachment prepared in anticipation of litigation reflecting a request for legal advice from external counsel (Cadwalader) regarding negotiation of settlement with Gulf Keystone, and information prepared at the direction of counsel in anticipation of litigation in order to receive legal advice regarding the same. | AC/WP |
| 173 | ubs-ag00003237 | Email | Eric Wempen | Rex Wempen | N/a | 6/10/2008 | Email reflecting legal advice from internal counsel regarding terms of Excalibur contract with Gulf Keystone. | AC |
| 174 | ubs-ag00003243; 3244 | Email | Eric Wempen | Rex Wempen | N/a | 6/10/2008 | Email and attachment prepared in anticipation of litigation reflecting information prepared at the direction of counsel in order to receive legal advice regarding negotiation of settlement with Gulf Keystone. | AC/WP |
| 175 | ubs-ag00003249; 3250 | Email | Eric Wempen | Rex Wempen | N/a | 6/10/2008 | Email and attachment prepared in anticipation of litigation reflecting information prepared at the direction of counsel in order to receive legal advice regarding negotiation of settlement with Gulf Keystone. | AC/WP |
| 176 | ubs-ag00003255 | Email | Eric Wempen | Rex Wempen | N/a | 6/10/2008 | Email prepared in anticipation of litigation by internal counsel providing legal advice regarding negotiation of settlement with Gulf Keystone. | AC/WP |
| 177 | ubs-ag00003388 | Email | David Williams | Eric Wempen | Rex Wempen | 6/12/2008 | Email prepared in anticipation of litigation by external counsel (Cadwalader) providing legal advice regarding potential claims for breach of contract by Gulf Keystone. | AC/WP |
| 178 | ubs-ag00003390 | Email | Eric Wempen | David Williams | Rex Wempen | 6/12/2008 | Email prepared in anticipation of litigation requesting legal advice from external counsel (Cadwalader) regarding potential claims for breach of contract by Gulf Keystone. | AC/WP |
| 179 | ubs-ag00003393 | Email | David Williams | Eric Wempen | Rex Wempen | 6/12/2008 | Email prepared in anticipation of litigation by external counsel (Cadwalader) providing legal advice regarding potential claims for breach of contract by Gulf Keystone. | AC/WP |
| 180 | ubs-ag00003397; 3402 | Email | Rex Wempen | Eric Wempen | N/a | 6/13/2008 | Email and attachment prepared in anticipation of litigation reflecting information prepared at the direction of external counsel (Cadwalader) in order to receive legal advice regarding potential claims for breach of contract by Gulf Keystone. | WP |
| 181 | ubs-ag00003567; 3572 | Email | Rex Wempen | Eric Wempen | N/a | 6/18/2008 | Email and attachment prepared in anticipation of litigation reflecting information prepared at the direction of external counsel (Cadwalader) in order to receive legal advice regarding potential claims for breach of contract by Gulf Keystone. | WP |

In Re TEXAS KEYSTONE INC. / No. 3:12-cv-850-(MRK)
Excalibur Supplemental Privilege Log - 08.09.2012

| No. | Bates | Type | From | To | CC | Date | Description | Privilege - US |
|-----|-------|------|------|-----|-----|------|-------------|----------------|
| 182 | ubs-ag0003699 | Email | Eric Wempen | Rex Wempen | N/a | 6/18/2008 | Email prepared in anticipation of litigation reflecting information prepared at the direction of external counsel (Cadwalader) in order to receive legal advice regarding potential claims for breach of contract by Gulf Keystone. | WP |
| 183 | ubs-ag0003705 | Email | Eric Wempen | Rex Wempen | N/a | 6/18/2008 | Email prepared in anticipation of litigation reflecting information prepared at the direction of external counsel (Cadwalader) in order to receive legal advice regarding potential claims for breach of contract by Gulf Keystone. | WP |
| 184 | ubs-ag0003711 | Email | Rex Wempen | Eric Wempen | N/a | 6/18/2008 | Email prepared in anticipation of litigation reflecting information prepared at the direction of external counsel (Cadwalader) in order to receive legal advice regarding potential claims for breach of contract by Gulf Keystone. | WP |
| 185 | ubs-ag0003744 | Email | Eric Wempen | Rex Wempen | N/a | 6/23/2008 | Email prepared in anticipation of litigation reflecting information prepared at the direction of external counsel (Cadwalader) regarding potential settlement with Gulf Keystone in order to receive legal advice regarding the same. | AC/WP |
| 186 | ubs-ag0003751; 3752; 3753 | Email | Eric Wempen | Rex Wempen | N/a | 6/24/2008 | Email reflecting information prepared in anticipation of litigation at the direction of external counsel (Crowell & Moring) in order to receive legal advice regarding potential settlement of breach of contract claims against Gulf Keystone, and attachment prepared by external counsel regarding the same. | AC/WP |
| 187 | ubs-ag0003757 | Email | Eric Wempen | Rex Wempen | N/a | 6/25/2008 | Email reflecting information prepared in anticipation of litigation at the direction of external counsel (Crowell & Moring) in order to receive legal advice regarding potential settlement of breach of contract claims against Gulf Keystone. | AC/WP |
| 188 | ubs-ag0003834 | Email | Eric Wempen | Eric Wempen | N/a | 6/26/2008 | Email to self prepared in anticipation of litigation drafting legal advice to Excalibur regarding potential breach of contract claims against Gulf Keystone. | AC/WP |
| 189 | ubs-ag0003836 | Email | Eric Wempen | Eric Wempen | N/a | 6/26/2008 | Email to self prepared in anticipation of litigation drafting legal advice to Excalibur regarding potential breach of contract claims against Gulf Keystone. | AC/WP |
| 190 | ubs-ag0003838 | Email | Rex Wempen | Eric Wempen | N/a | 6/27/2008 | Email prepared in anticipation of litigation requesting legal advice from internal counsel regarding potential settlement of breach of contract claims against Gulf Keystone. | AC/WP |
| 191 | ubs-ag0003839 | Email | Rex Wempen | Eric Wempen | N/a | 6/27/2008 | Email prepared in anticipation of litigation reflecting a request for information from external counsel (Crowell & Moring) in order to provide legal advice regarding potential settlement of contract claims against Gulf Keystone. | AC/WP |

**In Re TEXAS KEYSTONE INC. / No. 3:12-cv-850-(MRK)**
**Excalibur Supplemental Privilege Log – 08.09.2012**

| No. | Bates | Type | From | To | CC | Description | Privilege - US |
|---|---|---|---|---|---|---|---|
| 192 | ubs-ag00003851 | Email | Rex Wempen | Eric Wempen | N/a | Email prepared in anticipation of litigation reflecting legal advice from external counsel (Crowell & Moring) regarding potential settlement of contract claims against Gulf Keystone. | AC/WP |
| 193 | ubs-ag00003859 | Email | Eric Wempen | Rex Wempen | N/a | Email prepared in anticipation of litigation reflecting legal advice from external counsel (Crowell & Moring) regarding potential settlement of contract claims against Gulf Keystone. | AC/WP |
| 194 | ubs-ag00003867; 3870 | Email | Rex Wempen | Eric Wempen | N/a | Email and attachment prepared in anticipation of litigation reflecting legal advice from external counsel (Cadwalader) regarding potential settlement of contract claims against Gulf Keystone, and reflecting information prepared at the direction of external counsel (Cadwalader) in order to receive additional legal advice regarding the same claims. | AC/WP |
| 195 | ubs-ag00003871 | Email | Eric Wempen | Rex Wempen | N/a | Email prepared in anticipation of litigation reflecting legal advice from external counsel (Cadwalader) regarding potential settlement of contract claims against Gulf Keystone, and reflecting information prepared at the direction of external counsel (Cadwalader) in order to receive additional legal advice regarding the same claims. | AC/WP |
| 196 | ubs-ag00003894; 3895 | Letter | Rex Wempen | Eric Wempen | N/a | Draft letter from Senator Dana Rohrabacher to Kurdistan Prime Minister, attached to email to internal counsel and provided to internal counsel in order to receive legal advice regarding solicitation of diplomatic assistance in dispute with Gulf Keystone. | AC |
| 197 | ubs-ag00003900 | Email | Rex Wempen | Eric Wempen | N/a | Email reflecting a request for legal advice from internal counsel regarding potential solicitation of diplomatic assistance in dispute with Gulf Keystone. | AC |
| 198 | ubs-ag00003915; 3919 | Email | Rex Wempen | Eric Wempen | N/a | Email attaching draft letter composed by external counsel (Cadwalader) regarding potential sale of interest in Consortium Agreement with Gulf Keystone. | WP |
| 199 | ubs-ag00003928 | Email | Rex Wempen | Eric Wempen | N/a | Email prepared in anticipation of litigation reflecting a request of legal advice from external counsel (Crowell & Moring) regarding potential settlement of breach of contract claims with Gulf Keystone. | AC/WP |

20 of 20