**In re: the Application of: TEXAS KEYSTONE INC.**
**Case No. 3:12-cv-00850-MRK**

**REQUEST FOR STATUS CONFERENCE AND *IN CAMERA* REVIEW**

# EXHIBIT B

| ubs-ag00002395 | Eric Wempen | Rex Wempen | 24/2/2008 | Discussion of settlement. | Attorney - Client |

**From:** Rex Wempen
**Sent:** Sunday, February 24, 2008 7:31 PM
**To:** Wempen, Eric
**Subject:** FW: Kurdistan. Fw: Talking Points

Things are looking up...read on

-----Original Message-----
From: Jon Paul Javellana [mailto:jpjavellana@gmail.com]
Sent: Sunday, February 24, 2008 6:28 PM
To: rexrw@excaliburvc.com
Subject: Re: Kurdistan. Fw: Talking Points

I am going to put you guys in direct contact.

We need to first talk about some things when I get back to LA.

JP

Confidential                                                                                                              UBS-AG00002395

| ubs-ag00003232 | | | | Instructions to external counsel | Litigation Work Product |

# Representation Agreement

**This Representative Agreement** ("Agreement") is made and entered into as of    5 November 2007

by and between

**Gulf Keystone Petroleum InternationalLimited**, a company incorporated under the laws of Bermuda ("GKPI") and
**Dabin Group**, a company licensed in Kurdistan / Iraq   ("Company").

*Whereas*, GKPI is in the business of oil and gas exploration and production internationally,

*Whereas* Company Group is an established company in the construction industry and has experience of doing business in Kurdistan, and

Whereas GKPI wishes to retain Company as its subcontractor and representative in the Kurdistan Region of Iraq ("Kurdistan")

NOW, THEREFORE, in consideration thereof and of the mutual covenants contained herein, the parties hereby agree as follows:

1. **Term and Termination.** This Agreement shall continue for the duration of any Production Sharing Agreement in respect of the area designated as Block 5 in Kurdistan which may be entered between GKPI and the government of Kurdistan negotiated with the assistance of Company, a draft of which is annexed hereto for reference ("the PSC").

2. **Duties and Responsibilities of Company.**   Company will be responsible for providing the following Services to GKPI on an exclusive basis:

    a. providing general consulting and government relations services related to securing and subsequently managing the PSC

    b. advising GKPI of developments in the political situation in Kurdistan and the rest of Iraq

    c. arranging meetings with and introductions to political and financial organizations and individuals in Kurdistan and Iraq which will assist the development of GKPI's business in Kurdistan

    d. Consulting services for transportation, accommodation and security arrangements for the operations on Block 5 and for all visits to Kurdistan by personnel and guests of GKPI.

    Company shall not provide any of the above Services to any company in the oil and gas exploration and production business except GKPI and, in particular, will not assist any other company to compete with GKPI in the oil and gas business in any part of Kurdistan, provided always that Company will provide similar Services to the other companies comprising the Contractor Entity under the PSC in respect (only) of block 5.

3. **Compensation.** For the Services to be rendered by Company, Company shall be entitled to compensation equivalent to ten per cent (10%) of GKPI's Net Revenue (if any) after Payback under the PSC. Any amount due as compensation to Company shall be paid no later than 30 days after the end of year to which the payment relates.  For the avoidance of doubt, (A) no such compensation shall be due if, for any such year GKPI's Net Revenue is negative; (B) GKPI shall not be required to apply any other funds (including the remaining ninety per cent

(90%) of GKPI's Net Revenue) towards such payment, and (C) the twenty per cent (20%) beneficial interest of MOL and any other parties in the Contractor Entity under the PSC shall be excluded from, and not taken into account in the calculation of, the compensation due by GKPI to Company, but may be the subject of separate agreements between Company and such parties.

"GKPI's Net Revenue" with respect to any period after Payback means the revenue actually received by GKPI in such period attributable to its interest in the Contractor Entity pursuant to the PSC ("GKPI Revenues") less the amount of all capital and operating costs and expenses paid by GKPI during such period pursuant to the Joint Operating Agreement among the parties to the PSC ("GKPI Costs"). For the avoidance of doubt, GKPI Revenues and GKPI Costs shall be determined for these purposes on the basis of when revenues are actually received or costs and expenses paid by GKPI, and not on an Accruals Basis.

"Payback" shall mean the month in which the Cumulative Revenues of GKPI are first equal to one hundred and fifty per cent (150%) of the Cumulative Costs of GKPI under, and as defined in, the PSC (except that the signature bonus, capacity bonus and technology payments, expected to amount to a total of $26million US dollars, payable under the PSC shall be included in the calculation of GKPI Costs and Cumulative Costs of GKPI for the purposes of this Agreement even if they are excluded from the definition of Cumulative Costs under the PSC).

4. **Confidential Information.** For purposes of this Agreement, "Confidential Information" is defined as any information of a confidential or proprietary nature relating to the business of GKPI or the Block 5 Production Sharing Agreement, including all technical and commercial data and information relating to Block 5 and any other information which GKPI may from time to time request that Company hold in confidence and not to reveal. Company agrees that all Information shall be the sole property of GKPI and agrees:

    (1)   to regard and preserve the Confidential Information as highly confidential, and

    (2)   not to disclose any of the Confidential Information, and not to permit its disclosure, to any person or entity without the prior written consent of GKPI.

5. **Compliance with Laws.** Company shall conduct operations in compliance with all relevant laws and regulations of all jurisdictions having jurisdiction over the transactions contemplated by this Agreement, including Kurdistan, Iraq, and all states, provinces, counties, municipalities and other jurisdictions (including, without limitation, all laws and regulations relating to antitrust or prohibiting other anti-competitive business practices and corruption. Company further represents and warrants that it has, and covenants that he will maintain, all licenses, permits, governmental authorizations and business relationships required to carry out the Services under this Agreement.

6. **Applicable Law.** This Agreement shall, in all respects, be governed by the laws of England and both parties hereto agree to accept the non-exclusive jurisdiction of the english courts. Nothing contained herein shall be construed so as to require the commission of any act contrary to law.

7. **Successors; No Assignment and Non-Transferability by Company.** This Agreement shall be binding upon and inure to the benefit of the parties hereto and their respective heirs, representatives, successors and assigns, including but not limited to subsidiaries and successor corporate entities. The rights conferred upon, and obligations undertaken by, Company by this Agreement shall not be assignable or transferable by operation of law or otherwise without the prior written consent of GKPI, and any attempted transfer without such written consent, shall be void and of no effect. Nothing in this Agreement shall prevent GKPI from assigning or transferring all or part of its interest in the PSC to any third party provided

that either GKPI or such third party undertakes to pay any compensation due to Company under this Agreement.

8. **No Waiver.** No breach of any provision hereof can be waived unless the waiving party executes a written waiver.

9. **Entire Agreement.** This Agreement represents the entire Agreement between the parties and may be not be changed, altered or amended in any respect except in an instrument signed in writing by Company and GKPI.

10. **Notice.** For the purposes of the Agreement, notices are to be either personally delivered, mailed or faxed, addressed to:

To: ~~TK:~~ GKPI (TK)
Todd Kozel
Chairman / CEO
(TK) Gulf Keystone Petroleum International

c/o 16 Berkeley Street
London W1J 8DZ
Fax: +1 412-434-7197

To Company Dabin Group:
Azzat Othman
Company Group
Erbil, Shoresh 3/86/325

Fax: +964-750 224 2844

Signed for and on behalf of

Golf Keystone Petroleum International Ltd

Signed for and on behalf of

Company Group

Director

Date: November 6, 2007
6/11/07

Izzeddin Benwari, Executive Chairman

Date: 6. 11, 2007

| | | | | | |
|---|---|---|---|---|---|
| ubs-ag00003255 | Rex Wempen | Eric Wempen | 10/6/2008 | Email attaching documents to be provided to litigator. | Litigation Work Product |
| ubs-ag00003256 | -- | -- | -- | Document attached to 00003255 | Litigation Work Product |

**From:** Rex Wempen
**Sent:** Friday, November 16, 2007 2:27 PM
**To:** Wempen, Eric
**Subject:** Spoke to Todd

Confidential                                                              UBS-AG00003256

| ubs-ag0000374 | Eric Wempen | Rex Wempen | 1/7/2008 | Forwarding email from external litigation counsel. | Attorney - Client |

| From: | rexrw@excaliburvc.com |
|---|---|
| Sent: | Tuesday, July 01, 2008 8:49 PM |
| To: | Wempen, Eric |
| Subject: | Fw: Texas Keystone - Gulf Keystone - Excalibur |
| Attachments: | Document.pdf |

-----Original Message-----
From: "Hill-Tabares, Kathi" <Kathi.Hill@cwt.com>

Date: Tue, 1 Jul 2008 17:00:05
To: <rapowell@jonesday.com>
Cc: Rex Wempen<rexrw@excaliburvc.com>; Williams, David<David.Williams@cwt.com>
Subject: Texas Keystone - Gulf Keystone - Excalibur


MESSAGE FROM DAVID WILLIAMS:

Roy,

Please see the attached letter.

David




Kathi Hill Tabares
Legal Secretary
Cadwalader, Wickersham & Taft LLP
202-552-7684 (telephone)
202-552-7653 (fax)
P please consider the environment before printing this email



-------------------------------
IRS Circular 230 Legend:  Any advice contained herein was not intended or written to be used,
and cannot be used, for the purpose of avoiding U.S. federal, state, or local tax penalties.
Unless otherwise specifically indicated above, you should assume that any statement in this
email relating to any U.S. federal, state, or local tax matter was written in connection with
the promotion or marketing by other parties of the transaction(s) or matter(s) addressed in
this email.  Each taxpayer should seek advice based on the taxpayer's particular
circumstances from an independent tax advisor.



==================
NOTE: The information in this email is confidential and may be legally privileged.  If you
are not the intended recipient, you must not read, use or disseminate the information; please
advise the sender immediately by reply email and delete this message and any attachments
without retaining a copy.  Although this email and any attachments are believed to be free of
any virus or other defect that may affect any computer system into which it is received and
opened, it is the responsibility of the recipient to ensure that it is virus free and no

Confidential                                                                              UBS-AG00003874

responsibility is accepted by Cadwalader, Wickersham & Taft LLP for any loss or damage arising in any way from its use.

Confidential

UBS-AG00003875

| ubs-ag00003922 | Eric Wempen | Rex Wempen | 23/7/2008 | Discussion of claims | Attorney - Client |

| | | | | | |

**From:** Excalibur Ventures
**Sent:** Wednesday, July 23, 2008 10:30 AM
**To:** Wempen, Eric
**Subject:** Fwd: Kurdistan Oil Prospect

FYI - perhaps a new investor group is interested, represented by the former Majority Leader, Bob Livingston.

Begin forwarded message:


**From:** "Livingston, Robert" <rlivingston@livingstongroupdc.com>
**Date:** July 23, 2008 10:22:35 AM EDT
**To:** <rexrw@excaliburvc.com>
**Cc:** "Rodgers, Dick" <drodgers@livingstongroupdc.com>
**Subject: Re: Kurdistan Oil Prospect**

Thanks, Rex.  I am forwarding this to Dr Behbudi ans we will asswss and get back to you with comment.  Good to see you.  It was a great meeting.  Bob
--------------------------
Sent using BlackBerry


-----Original Message-----
From: Excalibur Ventures
To: Livingston, Robert
Sent: Wed Jul 23 10:11:03 2008
Subject: Kurdistan Oil Prospect




    Bob:

    Good to see you yesterday evening and to meet your friends.

    Per our discussion, please find attached information on the fields we discussed.  If you wish to take this further, let me know, and send back the attached NDA signed.

    We are forming a new consortium with a new set of partners to apply for new fields as well, if you are interested in that.

    I must warn you in advance, there has been a bit of a falling out over the current project, in no small part because all indications are positive.  Keystone offered to buy out our share, we refused, and now lawyers have been hired.  Should be just a matter of going to the Kurds and telling them to tell Keystone to knock it off.  We can use your advice on strategy here too.

    Well, take a look and see what you think.  There is definitely great potential here.

Best Regards,

Rex

Confidential

UBS-AG00003923

| ubs-ag00003926 | Eric Wempen | Rex Wempen | 24/7/2008 | Discussion of anticipated initiatives. | Attorney - Client |

.

| | |
|---|---|
| From: | rexrw@excaliburvc.com |
| Sent: | Thursday, July 24, 2008 3:42 PM |
| To: | Wempen, Eric |
| Subject: | Fw: letter from Congressman Rohrabacher and Congressman Gohmert |
| Attachments: | lette001.PDF |

FYI

-----Original Message-----
From: "Cassels, Fess" <Fess.Cassels@mail.house.gov>

Date: Thu, 24 Jul 2008 15:27:08
To: <falah.mustafa@krg.org>
Cc: Rex Wempen<rexrw@excaliburvc.com>
Subject:  letter from Congressman Rohrabacher and Congressman Gohmert



Dear Falah,

Please find attached a letter for His Excellency the Prime Minister, from Congressman Rohrabacher and Congressman Gohmert. A hard copy is being sent to your office in Erbil, Iraq.

Thank you for your consideration.

Best Regards,

Fess M. Cassels
Executive Assistant/Scheduler
Office of the Honorable Dana Rohrabacher

1

Confidential                                                                                              UBS-AG00003926

Case 3:12-cv-00850-SRU   Document 29-3   Filed 08/17/12   Page 12 of 12

| ubs-ag00003926 | Eric Wempen | Rex Wempen | [...] | [...] | Attorney - Client |
| ubs-ag00003927 | -- | -- | -- | Draft settlement documents attached to above email. | Attorney - Client |

DANA ROHRABACHER
MEMBER OF CONGRESS
FORTY-SIXTH DISTRICT
CALIFORNIA

July 24, 2008

His Excellency Mr. Nichervan Barzani
Prime Minister
Iraqi Kurdistan
Erbil, Iraq

Dear Mr. Prime Minister:

It has come to our attention that there may be serious repercussions to an ongoing dispute between a Kurdish and American company. The American company in question is Excalibur Ventures and its point of contention is with the Kurdish Dabin Group. You may recall that you met with Rex Wempen, the senior partner of Excalibur Ventures, during your visit to Washington last May. Mr. Wempen is the founding president of the Iraq Chapter of the American Chamber of Commerce and is well known to us. When you met him in Washington you suggested that if his dispute with the Dabin Group could not be resolved independently, that he contact you.

At this time, the issues have not been resolved and legal action in US courts is pending. This episode may well result in unnecessary negative publicity. Obviously anything that discourages investment in Kurdistan undermines the very positive things that we are trying to accomplish. It is important that U.S. confidence in the business environment of Kurdistan is maintained. We would hope that you could look into this matter to see if it can be resolved in a way that is fair and honest to all parties.

Thank you for your consideration.

Best Regards,

*Dana Rohrabacher*    *Louie Gohmert*
Dana Rohrabacher      Louie Gohmert