**In re: the Application of: TEXAS KEYSTONE INC.**
**Case No. 3:12-cv-00850-MRK**

**REQUEST FOR STATUS CONFERENCE AND *IN CAMERA* REVIEW**

# EXHIBIT C

.

| | |
|---|---|
| **From:** | Excalibur Ventures |
| **Sent:** | Wednesday, July 23, 2008 10:30 AM |
| **To:** | Wempen, Eric |
| **Subject:** | Fwd: Kurdistan Oil Prospect |

FYI - perhaps a new investor group is interested, represented by the former Majority Leader, Bob Livingston.

Begin forwarded message:

**From:** "Livingston, Robert" <<u>rlivingston@livingstongroupdc.com</u>>
**Date:** July 23, 2008 10:22:35 AM EDT
**To:** <<u>rexrw@excaliburvc.com</u>>
**Cc:** "Rodgers, Dick" <<u>drodgers@livingstongroupdc.com</u>>
**Subject: Re: Kurdistan Oil Prospect**

Thanks, Rex.  I am forwarding this to Dr Behbudi ans we will asswss and get back to you with comment.  Good to see you.  It was a great meeting.  Bob
-------------------------
Sent using BlackBerry


-----Original Message-----
From: Excalibur Ventures
To: Livingston, Robert
Sent: Wed Jul 23 10:11:03 2008
Subject: Kurdistan Oil Prospect




Bob:

Good to see you yesterday evening and to meet your friends.

Per our discussion, please find attached information on the fields we discussed.  If you wish to take this further, let me know, and send back the attached NDA signed.

We are forming a new consortium with a new set of partners to apply for new fields as well, if you are interested in that.

I must warn you in advance, there has been a bit of a falling out over the current project, in no small part because all indications are positive.  Keystone offered to buy out our share, we refused, and now lawyers have been hired.  Should be just a matter of going to the Kurds and telling them to tell Keystone to knock it off.  We can use your advice on strategy here too.

Well, take a look and see what you think.  There is definitely great potential here.

Confidential

UBS-AG00003922

Best Regards,

Rex

UBS-AG00003923

**From:** Excalibur Ventures
**Sent:** 23 July 2008 10:30:05
**To:** Wempen, Eric
**Subject:** Fwd: Kurdistan Oil Prospect

FYI - perhaps a new investor group is interested, represented by the former Majority Leader, Bob Livingston.

Begin forwarded message:


**From:** "Livingston, Robert" <rlivingston@livingstongroupdc.com>
**Date:** July 23, 2008 10:22:35 AM EDT
**To:** <rexrw@excaliburvc.com>
**Cc:** "Rodgers, Dick" <drodgers@livingstongroupdc.com>
**Subject: Re: Kurdistan Oil Prospect**

Thanks, Rex. I am forwarding this to Dr Behbudi ans we will asswss and get back to you with comment. Good to see you. It was a great meeting. Bob
--------------------------
Sent using BlackBerry


-----Original Message-----
From: Excalibur Ventures
To: Livingston, Robert
Sent: Wed Jul 23 10:11:03 2008
Subject: Kurdistan Oil Prospect




Bob:

Good to see you yesterday evening and to meet your friends.

Per our discussion, please find attached information on the fields we discussed. If you wish to take this further, let me know, and send back the attached NDA signed.

We are forming a new consortium with a new set of partners to apply for new fields as well, if you are interested in that.

I must warn you in advance, there has been a bit of a falling out over the current project, in no small part because all indications are positive. Keystone offered to buy out our share, we refused, and now lawyers have been hired. Should be just a matter of going to the Kurds and telling them to tell Keystone to knock it off. We can use your advice on strategy here too.

Well, take a look and see what you think.  There is definitely great potential here.

Best Regards,

Rex



DANA ROHRABACHER
MEMBER OF CONGRESS
FORTY-SIXTH DISTRICT
CALIFORNIA

July 24, 2008

His Excellency Mr. Nichervan Barzani
Prime Minister
Iraqi Kurdistan
Erbil, Iraq

Dear Mr. Prime Minister:

It has come to our attention that there may be serious repercussions to an ongoing dispute between a Kurdish and American company. The American company in question is Excalibur Ventures and its point of contention is with the Kurdish Dabin Group. You may recall that you met with Rex Wempen, the senior partner of Excalibur Ventures, during your visit to Washington last May. Mr. Wempen is the founding president of the Iraq Chapter of the American Chamber of Commerce and is well known to us. When you met him in Washington you suggested that if his dispute with the Dabin Group could not be resolved independently, that he contact you.

At this time, the issues have not been resolved and legal action in US courts is pending. This episode may well result in unnecessary negative publicity. Obviously anything that discourages investment in Kurdistan undermines the very positive things that we are trying to accomplish. It is important that U.S. confidence in the business environment of Kurdistan is maintained. We would hope that you could look into this matter to see if it can be resolved in a way that is fair and honest to all parties.

Thank you for your consideration.

Best Regards,

Dana Rohrabacher

Louie Gohmert

Confidential

UBS-AG00003927



DANA ROHRABACHER
MEMBER OF CONGRESS
FORTY-SIXTH DISTRICT
CALIFORNIA

July 24, 2008

His Excellency Mr. Nichervan Barzani
Prime Minister
Iraqi Kurdistan
Erbil, Iraq

Dear Mr. Prime Minister:

It has come to our attention that there may be serious repercussions to an ongoing dispute between a Kurdish and American company. The American company in question is Excalibur Ventures and its point of contention is with the Kurdish Dabin Group. You may recall that you met with Rex Wempen, the senior partner of Excalibur Ventures, during your visit to Washington last May. Mr. Wempen is the founding president of the Iraq Chapter of the American Chamber of Commerce and is well known to us. When you met him in Washington you suggested that if his dispute with the Dabin Group could not be resolved independently, that he contact you.

At this time, the issues have not been resolved and legal action in US courts is pending. This episode may well result in unnecessary negative publicity. Obviously anything that discourages investment in Kurdistan undermines the very positive things that we are trying to accomplish. It is important that U.S. confidence in the business environment of Kurdistan is maintained. We would hope that you could look into this matter to see if it can be resolved in a way that is fair and honest to all parties.

Thank you for your consideration.

Best Regards,

Dana Rohrabacher

Louie Gohmert

# C A D W A L A D E R

Cadwalader, Wickersham & Taft LLP
New York  London  Charlotte  Washington  Beijing

1201 F Street, N.W., Washington, DC  20004
Tel 202 862 2200  Fax 202 862 2400
www.cadwalader.com

June 12, 2008

**VIA E-MAIL AND REGULAR MAIL**

Carlos A. Solé, Esq.
Akin Gump Strauss Hauer Feld LLP
1111 Louisiana Street
44th Floor
Houston, TX  77002-5200

Re:     Excalibur - Prime Natural Resources

Dear Carlos:

This follows up on our meeting and conference call on Tuesday, June 3, 2008, concerning the interest your client, Prime Natural Resources ("Prime"), has expressed in purchasing a portion of the interest of my client Excalibur Ventures, LLC ("Excalibur") in the Shaikan Block oil field in Iraqi Kurdistan.

As you are aware, Excalibur and Texas Keystone LLC entered into a Collaboration, Evaluation and Bidding Group Agreement dated February 10, 2006 (the "Collaboration Agreement") regarding submission of Consortium Bids (as defined in the Collaboration Agreement) to develop petroleum blocks in the Shaikan Block.

Excalibur wishes to share with Prime certain information and data regarding the Shaikan Block generated in connection with the Collaboration Agreement, in order to allow Prime to further evaluate its interest in acquiring a portion of Excalibur's rights under the Collaboration Agreement.

Prime and Excalibur have entered into a Non-Disclosure Non-Circumvention Agreement effective as of May 21, 2008 (the "May 21 NDA") (attached).  Clause 10.2 of the Collaboration Agreement allows Excalibur to disclose Confidential Information and Data to any third party that has a bona fide interest in acquiring some or all of Excalibur's rights under the Agreement, provided that the recipient of the information agrees in writing to maintain such information and Data confidential upon terms no less stringent than the terms of Clause 10.2.  By way of reconfirming and supplementing the May 21 NDA, please have an authorized representative of Prime agree to be bound by the confidentiality provisions of Clause 10.2 of the Collaboration Agreement by countersigning this letter in the space provided below.  Please

**David F. Williams**  Tel 202 862 2308  Fax 202 862 2400    david.williams@cwt.com
USActive 13124495.1

UBS-AG00003911

# CADWALADER

Carlos A. Sole, Esq.
June 12, 2008

return the countersigned letter to me by email and Federal Express (original).  Upon my receipt of the countersignature, Excalibur will forward the documents to Prime.

Many thanks.

Sincerely,

David F. Williams
Counsel for Excalibur

Attachment

cc:     Mr. Rex Wempen

**SO AGREED:**

**PRIME NATURAL RESOURCES**

By: _____

Title: _____ CEO

Date: _____ June 12th 2008

Confidential                                                     UBS-AG00003912

# EXCALIBUR VENTURES

**Non-Disclosure Non-Circumvention Agreement**
Effective Date: May 21, 2008

1220 Market Street, Suite 808
Wilmington, DE 19801  USA

ph: +1 202 315 3725
fax: +1 202 315 3716

*This Non-Disclosure and Non-Circumvention Agreement* ("Agreement") is made and entered into as of the Effective Date:

BY AND BETWEEN THESE SIGNATORIES:

Excalibur Ventures, LLC
1220 Market Street, Suite 808, Wilmington, DE  19801  USA

AND
Prime Natural Resources, Ltd.
309 GT Ugland House, South Church Street, Georgetown, Grand Cayman – Cayman Islands.

FOR VALUABLE CONSIDERATION ACTUALLY RECEIVED, THE SIGNATORIES INDIVIDUALLY, SEPARATELY, AND COLLECTIVELY HEREBY AND COMMIT FOR THE BENEFIT AND OBLIGATION OF THEMSELVES AND THEIR HEIRS, ASSIGNEES, AND DESIGNEES AS FOLLOWS:

1. DISCLOSURE:  The Signatories shall keep completely confidential any identity of any Third Party or any Information introduced or contributed by the Other Signatory or his Associates, related to the existing interest of Excalibur Ventures LLC in the SHAIKAN and AKRI-BIJEEL exploration blocks, located in the region of Kurdistan (Iraq)  (the "Opportunities"),  unless permitted in writing by the Introducing Signatory.

   The Signatories may disclose the Confidential Information without prior written consent only to the extent such information:
   (a) is already known to the receiving party as of the date of disclosure hereunder;
   (b) is already in possession of the public or becomes available to the public other than through the act or omission of the receiving party or of any other person to whom Confidential Information is disclosed pursuant to this Agreement;
   (c) is required to be disclosed under applicable law, stock exchange regulations or by a governmental order, decree, regulation or rule (provided that the receiving party shall make all reasonable efforts to give prompt written notice to the Disclosing Party prior to such disclosure);
   (d) is acquired independently from a third party that represents that it has the right to disseminate such information at the time it is acquired by the receiving party; or
   (e) is developed by the receiving party independently of the Confidential Information received from the Disclosing Party.

2. CIRCUMVENTION:  The Signatories and/or their Associates will not become involved in any transaction, project, or other dealing in respect to the Opportunities, unless permitted in writing by the Introducing Signatory, nor will the Signatories and/or their Associates become involved in any transaction or  project, or other dealing, relating to the Opportunities, with any Third Party which has been introduced by the Other Signatory and/or his Associates unless permitted in writing by the Introducing Signatory.

3. PROPERTY:  Any Identity or Information is the Property of the Introducing Signatory.

4. PERIOD:  The Signatories shall be accountable for any subject Identity or Information for FIVE (5) years or for the duration of any subject Transaction, whichever is longer, regardless of the success or failure of any Transaction.

5. PENALTY:  In the event of a Breach of this Agreement, liquidated damages will be paid by the Aggrieving Signatory to the Aggrieved Signatory in the amount to which the Aggrieved Signatory would be Entitled or of 50 percent of the Gain of the Aggrieving Signatory, whichever is greater, from any subject Transaction directly in connection with the Opportunities.

UBS-AG00003913

6.   ARBITRATION:  Any dispute shall be settled by Arbitration.  There will be THREE (3) Arbitrators who shall be selected ONE (1) each by each Signatory after which the TWO (2) so selected will select ONE (1) more Arbitrator who shall preside during proceedings which shall be held in Los Angeles, California, United States promptly after any dispute which interrupts any subject Transaction.  Arbitration shall, in all respects, be governed by the laws of the State of New York.

Excalibur Ventures, LLC                           Prime Natural Resources, Ltd.


By:  Rex R. Wempen                               By:  John. R Hager (CFO)

Date:  5/22/08                                    Date:  5 - 22 - 08



**EXCALIBUR VENTURES**

**Non-Disclosure Non-Circumvention Agreement**
**Effective Date: May 21, 2008**

1220 Market Street, Suite 808
Wilmington, DE  19801  USA

ph: +1 202 315 3725
fax: +1 202 315 3716

This Non-Disclosure and Non-Circumvention Agreement ("Agreement") is made and entered into as of the Effective Date:

BY AND BETWEEN THESE SIGNATORIES:

Excalibur Ventures, LLC
1220 Market Street, Suite 808, Wilmington, DE  19801  USA

AND

Prime Natural Resources, Ltd.
309 GT Ugland House, South Church Street, Georgetown, Grand Cayman -- Cayman Islands.

FOR VALUABLE CONSIDERATION ACTUALLY RECEIVED, THE SIGNATORIES INDIVIDUALLY, SEPARATELY, AND COLLECTIVELY HEREBY AND COMMIT FOR THE BENEFIT AND OBLIGATION OF THEMSELVES AND THEIR HEIRS, ASSIGNEES, AND DESIGNEES AS FOLLOWS:

1.  DISCLOSURE:  The Signatories shall keep completely confidential any identity of any Third Party or any information introduced or contributed by the Other Signatory or his Associates, related to the existing interest of Excalibur Ventures LLC in the SHAIKAN and AKRI-BIJEEL exploration blocks, located in the region of Kurdistan (Iraq)  (the "Opportunities"),  unless permitted in writing by the Introducing Signatory.

    The Signatories may disclose the Confidential Information without prior written consent only to the extent such information:
    (a)    is already known to the receiving party as of the date of disclosure hereunder;
    (b)    is already in possession of the public or becomes available to the public other than through the act or omission of the receiving party or of any other person to whom Confidential Information is disclosed pursuant to this Agreement;
    (c)    is required to be disclosed under applicable law, stock exchange regulations or by a governmental order, decree, regulation or rule (provided that the receiving party shall make all reasonable efforts to give prompt written notice to the Disclosing Party prior to such disclosure);
    (d)    is acquired independently from a third party that represents that it has the right to disseminate such information at the time it is acquired by the receiving party; or
    (e)    is developed by the receiving party independently of the Confidential Information received from the Disclosing Party.

2.  CIRCUMVENTION:  The Signatories and/or their Associates will not become involved in any transaction, project, or other dealing in respect to the Opportunities, unless permitted in writing by the Introducing Signatory, nor will the Signatories and/or their Associates become involved in any transaction or  project, or other dealing, relating to the Opportunities, with any Third Party which has been introduced by the Other Signatory and/or his Associates unless permitted in writing by the Introducing Signatory.

3.  PROPERTY:  Any Identity or Information is the Property of the Introducing Signatory.

4.  PERIOD:  The Signatories shall be accountable for any subject Identity or Information for FIVE (5) years or for the duration of any subject Transaction, whichever is longer, regardless of the success or failure of any Transaction.

5.  PENALTY:  In the event of a Breach of this Agreement, liquidated damages will be paid by the Aggrieving Signatory to the Aggrieved Signatory in the amount to which the Aggrieved Signatory would be Entitled or of 50 percent of the Gain of the Aggrieving Signatory, whichever is greater, from any subject Transaction directly in connection with the Opportunities.

Confidential

6.  ARBITRATION:  Any dispute shall be settled by Arbitration.  There will be THREE (3) Arbitrators who shall be selected ONE (1) each by each Signatory after which the TWO (2) so selected will select ONE (1) more Arbitrator who shall preside during proceedings which shall be held in Los Angeles, California, United States promptly after any dispute which interrupts any subject Transaction.  Arbitration shall, in all respects, be governed by the laws of the State of New York.

Excalibur Ventures, LLC ................................       Prime Natural Resources, Ltd.


By:  Rex R. Wempen                                              By:  John. R Hager (CFO)
Date: ............5/22/08...............                         Date: .......5 · 22 · 08.........

Confidential

UBS-AG00003918

# CADWALADER

Cadwalader, Wickersham & Taft LLP
New York  London  Charlotte  Washington  Beijing

1201 F Street, N.W., Washington, DC  20004
Tel 202 862 2200  Fax 202 862 2400
www.cadwalader.com

June 12, 2008

**VIA E-MAIL AND REGULAR MAIL**

Carlos A. Solé, Esq.
Akin Gump Strauss Hauer Feld LLP
1111 Louisiana Street
44th Floor
Houston, TX  77002-5200

Re:     Excalibur - Prime Natural Resources

Dear Carlos:

This follows up on our meeting and conference call on Tuesday, June 3, 2008, concerning the interest your client, Prime Natural Resources ("Prime"), has expressed in purchasing a portion of the interest of my client Excalibur Ventures, LLC ("Excalibur") in the Shaikan Block oil field in Iraqi Kurdistan.

As you are aware, Excalibur and Texas Keystone LLC entered into a Collaboration, Evaluation and Bidding Group Agreement dated February 10, 2006 (the "Collaboration Agreement") regarding submission of Consortium Bids (as defined in the Collaboration Agreement) to develop petroleum blocks in the Shaikan Block.

Excalibur wishes to share with Prime certain information and data regarding the Shaikan Block generated in connection with the Collaboration Agreement, in order to allow Prime to further evaluate its interest in acquiring a portion of Excalibur's rights under the Collaboration Agreement.

Prime and Excalibur have entered into a Non-Disclosure Non-Circumvention Agreement effective as of May 21, 2008 (the "May 21 NDA") (attached).  Clause 10.2 of the Collaboration Agreement allows Excalibur to disclose Confidential Information and Data to any third party that has a bona fide interest in acquiring some or all of Excalibur's rights under the Agreement, provided that the recipient of the information agrees in writing to maintain such information and Data confidential upon terms no less stringent than the terms of Clause 10.2.  By way of reconfirming and supplementing the May 21 NDA, please have an authorized representative of Prime agree to be bound by the confidentiality provisions of Clause 10.2 of the Collaboration Agreement by countersigning this letter in the space provided below.  Please

**David F. Williams**  Tel  202 862 2308   Fax  202 862 2400   david.williams@cwt.com
USActive 13124495.1

C A D W A L A D E R

Carlos A. Sole, Esq.
June 12, 2008

return the countersigned letter to me by email and Federal Express (original).  Upon my receipt
of the countersignature, Excalibur will forward the documents to Prime.

Many thanks.

Sincerely,

David F. Williams
Counsel for Excalibur

Attachment

cc:    Mr. Rex Wempen

**SO AGREED:**

**PRIME NATURAL RESOURCES**

By: _____

Title: _____ CEO _____

Date: _____ June 12th 2008 _____

# EXCALIBUR VENTURES

**Non-Disclosure Non-Circumvention Agreement**
**Effective Date: May 21, 2008**

1220 Market Street, Suite 808
Wilmington, DE 19801 USA

ph: +1 202 315 3725
fax: +1 202 315 3716

*This Non-Disclosure and Non-Circumvention Agreement ("Agreement") is made and entered into as of the Effective Date:*

BY AND BETWEEN THESE SIGNATORIES:

Excalibur Ventures, LLC
1220 Market Street, Suite 808, Wilmington, DE 19801 USA

*AND*

Prime Natural Resources, Ltd.
309 GT Ugland House, South Church Street, Georgetown, Grand Cayman – Cayman Islands.

FOR VALUABLE CONSIDERATION ACTUALLY RECEIVED, THE SIGNATORIES INDIVIDUALLY, SEPARATELY, AND COLLECTIVELY HEREBY AND COMMIT FOR THE BENEFIT AND OBLIGATION OF THEMSELVES AND THEIR HEIRS, ASSIGNEES, AND DESIGNEES AS FOLLOWS:

1. DISCLOSURE: The Signatories shall keep completely confidential any identity of any Third Party or any Information introduced or contributed by the Other Signatory or his Associates, related to the existing interest of Excalibur Ventures LLC in the SHAIKAN and AKRI-BIJEEL exploration blocks, located in the region of Kurdistan (Iraq) (the "Opportunities"), unless permitted in writing by the Introducing Signatory.

   The Signatories may disclose the Confidential Information without prior written consent only to the extent such information:
   (a) is already known to the receiving party as of the date of disclosure hereunder;
   (b) is already in possession of the public or becomes available to the public other than through the act or omission of the receiving party or of any other person to whom Confidential Information is disclosed pursuant to this Agreement;
   (c) is required to be disclosed under applicable law, stock exchange regulations or by a governmental order, decree, regulation or rule (provided that the receiving party shall make all reasonable efforts to give prompt written notice to the Disclosing Party prior to such disclosure);
   (d) is acquired independently from a third party that represents that it has the right to disseminate such information at the time it is acquired by the receiving party; or
   (e) is developed by the receiving party independently of the Confidential Information received from the Disclosing Party.

2. CIRCUMVENTION: The Signatories and/or their Associates will not become involved in any transaction, project, or other dealing in respect to the Opportunities, unless permitted in writing by the Introducing Signatory, nor will the Signatories and/or their Associates become involved in any transaction or project, or other dealing, relating to the Opportunities, with any Third Party which has been introduced by the Other Signatory and/or his Associates unless permitted in writing by the Introducing Signatory.

3. PROPERTY: Any Identity or Information is the Property of the Introducing Signatory.

4. PERIOD: The Signatories shall be accountable for any subject Identity or Information for FIVE (5) years or for the duration of any subject Transaction, whichever is longer, regardless of the success or failure of any Transaction.

5. PENALTY: In the event of a Breach of this Agreement, liquidated damages will be paid by the Aggrieving Signatory to the Aggrieved Signatory in the amount to which the Aggrieved Signatory would be Entitled or at 50 percent of the Gain of the Aggrieving Signatory, whichever is greater, from any subject Transaction directly in connection with the Opportunities.

6.   ARBITRATION:  Any dispute shall be settled by Arbitration.  There will be THREE (3) Arbitrators who shall be selected ONE (1) each by each Signatory after which the TWO (2) so selected will select ONE (1) more Arbitrator who shall preside during proceedings which shall be held in Los Angeles, California, United States promptly after any dispute which interrupts any subject Transaction.  Arbitration shall, in all respects, be governed by the laws of the State of New York.

Excalibur Ventures, LLC                          Prime Natural Resources, Ltd.


By:  Rex R. Wempen                               By:  John, R Hager (CFO)

Date:  5/22/08                                   Date:  5-22-08

Gents,

As requested, please find attached a copy of the letter signed by our CEO.

Do not hesitate to contact us in case you need any further information.

Best regards,

Mario Restrepo

---

**From:** Williams, David [mailto:David.Williams@cwt.com]
**Sent:** Thursday, June 12, 2008 1:07 PM
**To:** Sole, Carlos
**Cc:** Mario Restrepo; rexrw@excaliburvc.com
**Subject:** RE: Letter to Carlos Sole re Prime Natural Resources

Carlos -- here is the original that I have signed. Please have it countersigned by Prime, e mailed back to me and then Rex will send Prime the documents. Thanks.

David

David F. Williams
Partner
Cadwalader, Wickersham & Taft LLP
1201 F Street NW
Washington DC 20004
Direct Phone: (202) 862-2308
Mobile: (301) 775-8629
Fax: (202) 862-2400
E mail: david.williams@cwt.com
please consider the environment before printing this email

---

**From:** Sole, Carlos [mailto:csole@AkinGump.com]
**Sent:** Thursday, June 12, 2008 12:19 PM
**To:** Williams, David
**Cc:** Mario Restrepo
**Subject:** RE: Letter to Carlos Sole re Prime Natural Resources

Please issue the original.

---

**From:** Williams, David [mailto:David.Williams@cwt.com]
**Sent:** Wednesday, June 11, 2008 12:50 PM
**To:** Sole, Carlos
**Subject:** FW: Letter to Carlos Sole re Prime Natural Resources

Carlos,

Confidential

Here is the draft letter agreement we spoke about on the phone. Let me have any comments you have and I will then put this in final. Thanks.

David


David F. Williams
Partner
Cadwalader, Wickersham & Taft LLP
1201 F Street NW
Washington DC 20004
Direct Phone: (202) 862-2308
Mobile: (301) 775-8629
Fax: (202) 862-2400
E mail: david.williams@cwt.com

🖶 please consider the environment before printing this email


**From:** Hill-Tabares, Kathi
**Sent:** Wednesday, June 11, 2008 1:49 PM
**To:** Williams, David
**Subject:** Letter to Carlos Sole re Prime Natural Resources


*Kathi Hill Tabares*
*Legal Secretary*
*Cadwalader, Wickersham & Taft LLP*
*202-552-7684 (telephone)*
*202-552-7653 (fax)*

🖶 *please consider the environment before printing this email*


```
"EMF <CWT.COM>" made the following annotations.
--------------------------------------------------------------------------
--
```

------------------------------
IRS Circular 230 Legend: Any advice contained herein was not intended or written to be used, and cannot be used, for the purpose of avoiding U.S. federal, state, or local tax penalties. Unless otherwise specifically indicated above, you should assume that any statement in this email relating to any U.S. federal, state, or local tax matter was written in connection with the promotion or marketing by other parties of the transaction(s) or matter(s) addressed in this email. Each taxpayer should seek advice based on the taxpayer's particular circumstances from an independent tax advisor.

==================
NOTE: The information in this email is confidential and may be legally privileged. If you are not the intended recipient, you must not read, use or disseminate the information; please advise the sender immediately by reply email and delete this message and any attachments without retaining a copy. Although this email and any attachments are believed to be free of any virus or other defect that may affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by Cadwalader, Wickersham & Taft LLP for any loss or damage arising in any way from its use.
================================================================================
===

IRS Circular 230 Notice Requirement: This communication is not given in the form of a covered opinion, within the meaning of Circular 230 issued by the United States Secretary of the Treasury. Thus, we are required to inform you that you cannot rely upon any tax advice contained in this communication for the purpose of avoiding United States federal tax penalties. In addition, any tax advice contained in this communication may not be used to promote, market or recommend a transaction to another party.

The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

Confidential

UBS-AG00003910

Gents,

As requested, please find attached a copy of the letter signed by our CEO.

Do not hesitate to contact us in case you need any further information.

Best regards,

Mario Restrepo


**From:** Williams, David [mailto:David.Williams@cwt.com]
**Sent:** Thursday, June 12, 2008 1:07 PM
**To:** Sole, Carlos
**Cc:** Mario Restrepo; rexrw@excaliburvc.com
**Subject:** RE: Letter to Carlos Sole re Prime Natural Resources


Carlos -- here is the original that I have signed. Please have it countersigned by Prime, e mailed back to me and then Rex will send Prime the documents. Thanks.

David


David F. Williams
Partner
Cadwalader, Wickersham & Taft LLP
1201 F Street NW
Washington DC 20004
Direct Phone: (202) 862-2308
Mobile: (301) 775-8629
Fax: (202) 862-2400
E mail: david.williams@cwt.com
please consider the environment before printing this email


**From:** Sole, Carlos [mailto:csole@AkinGump.com]
**Sent:** Thursday, June 12, 2008 12:19 PM
**To:** Williams, David
**Cc:** Mario Restrepo
**Subject:** RE: Letter to Carlos Sole re Prime Natural Resources

Please issue the original.


**From:** Williams, David [mailto:David.Williams@cwt.com]
**Sent:** Wednesday, June 11, 2008 12:50 PM
**To:** Sole, Carlos
**Subject:** FW: Letter to Carlos Sole re Prime Natural Resources

Carlos,

Here is the draft letter agreement we spoke about on the phone. Let me have any

comments you have and I will then put this in final. Thanks.

David

David F. Williams
Partner
Cadwalader, Wickersham & Taft LLP
1201 F Street NW
Washington DC 20004
Direct Phone: (202) 862-2308
Mobile: (301) 775-8629
Fax: (202) 862-2400
E mail: david.williams@cwt.com
please consider the environment before printing this email

---

**From:** Hill-Tabares, Kathi
**Sent:** Wednesday, June 11, 2008 1:49 PM
**To:** Williams, David
**Subject:** Letter to Carlos Sole re Prime Natural Resources

*Kathi Hill Tabares*
*Legal Secretary*
*Cadwalader, Wickersham & Taft LLP*
*202-552-7684 (telephone)*
*202-552-7653 (fax)*
*please consider the environment before printing this email*

"EMF <CWT.COM>" made the following annotations.
-----------------------------------------------------------------
-----------

-----------------------------
IRS Circular 230 Legend: Any advice contained herein was not intended or written to
be used, and cannot be used, for the purpose of avoiding U.S. federal, state, or local
tax penalties. Unless otherwise specifically indicated above, you should assume that
any statement in this email relating to any U.S. federal, state, or local tax matter was
written in connection with the promotion or marketing by other parties of the transaction
(s) or matter(s) addressed in this email. Each taxpayer should seek advice based on
the taxpayer's particular circumstances from an independent tax advisor.

====================
NOTE: The information in this email is confidential and may be legally privileged. If you
are not the intended recipient, you must not read, use or disseminate the information;
please advise the sender immediately by reply email and delete this message and any
attachments without retaining a copy. Although this email and any attachments are
believed to be free of any virus or other defect that may affect any computer system
into which it is received and opened, it is the responsibility of the recipient to ensure
that it is virus free and no responsibility is accepted by Cadwalader, Wickersham & Taft
LLP for any loss or damage arising in any way from its use.
========================================================================
============

IRS Circular 230 Notice Requirement: This communication is not
given in the form of a covered opinion, within the meaning of

Circular 230 issued by the United States Secretary of the Treasury. Thus, we are required to inform you that you cannot rely upon any tax advice contained in this communication for the purpose of avoiding United States federal tax penalties. In addition, any tax advice contained in this communication may not be used to promote, market or recommend a transaction to another party.

The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

Your Excellency:

I would like to request your assistance in ensuring that Excalibur Ventures, an investment company led by my constituent, Rex Wempen, is approved for addition to the Production Sharing Contracts (PSC's) awarded to MOL and Gulf Keystone for the Shaikan and Akre-Bijeelblocks on November 7, 2007, in collaboration with the Dabin Group.  Excalibur Ventures is the American partner of the Dabin Group and has a contract with them enforceable under US law.  Excalibur also has a contract with Texas and Gulf Keystone enforceable under US law guaranteeing his participation in these PSC's, which Excalibur originated.

By contract, Gulf Keystone is required to assign 30% of its share of any deal in Kurdistan to Excalibur Ventures, which was then to share itsresulting ownership interest with the Dabin Group.  The Dabin Group assisted Gulf and Texas Keystone to breach and circumvent their US contracts and signed a separate agreement with these companies without Excalibur Ventures.  The Dabin Group and Gulf Keystone then blocked Excalibur Ventures from participation in the PSC.

You may recall that Mr. Wempen, who is also the founding President of the American Chamber of Commerce in Iraq, met with you personally inMay of 2005 with his local partner, the Dabin Group, to request your permission to proceed with a consortium bid for an oil contract and other infrastructure investments in Kurdistan, and that he recently met with you in my office on May 20, 2008 to discuss his problems with the Shaikan and Akre-Bijeel deals.You may recall you invited him to contact you if he had any difficulty in resolving his ongoing issues with the Dabin Group. Unfortunately, these problems continue, and I am hopeful you will be able resolve the issues outstanding.

As a longtime supporter of Kurdistan who is anxious to avoid public legal issues which may negatively impact American-Kurdish relations, and in the interests of justice for a constituent, I therefore request that the Kurdish Regional Government intervene with the Dabin Group, Gulf Keystone, and MOL, and add Excalibur Ventures to the PSC.

Thank you for your consideration.

Best Regards,


Dana Rohrabacher
Member of Congress

                                         UBS-AG00003843

Your Excellency:

I would like to request your assistance in ensuring that Excalibur Ventures, an investment company led by my constituent, Rex Wempen, is approved for addition to the Production Sharing Contracts (PSC's) awarded to MOL and Gulf Keystone for the Shaikan and Akre-Bijeel blocks on November 7, 2007, in collaboration with the Dabin Group.  Excalibur Ventures is the American partner of the Dabin Group and has a contract with them enforceable under US law. Excalibur also has a contract with Texas and Gulf Keystone enforceable under US law guaranteeing his participation in these PSC's, which Excalibur originated.

By contract, Gulf Keystone is required to assign 30% of its share of any deal in Kurdistan to Excalibur Ventures, which was then  to share its resulting ownership interest with the Dabin Group.  The Dabin Group assisted Gulf and Texas Keystone to breach and circumvent their US contracts and signed a separate agreement with these companies without Excalibur Ventures.  The Dabin Group and Gulf Keystone then blocked Excalibur Ventures from participation in the PSC.

You may recall that Mr. Wempen, who is also the founding President of the American Chamber of Commerce in Iraq, met with you personally in May of 2005 with his local partner, the Dabin Group, to request your permission to proceed with a consortium bid for an oil contract and other infrastructure investments in Kurdistan, and that he recently met with you in my office on May 20, 2008 to discuss his problems with the Shaikan and Akre-Bijeel deals.  You may recall you invited him to contact you if he had any difficulty in resolving his ongoing issues with the Dabin Group. Unfortunately, these problems continue, and I am hopeful you will be able resolve the issues outstanding.

As a longtime supporter of Kurdistan who is anxious to avoid public legal issues which may negatively impact American-Kurdish relations, and in the interests of justice for a constituent, I therefore request that the Kurdish Regional Government intervene with the Dabin Group, Gulf Keystone, and MOL, and add Excalibur Ventures to the PSC.

Thank you for your consideration.

Best Regards,


Dana Rohrabacher
Member of Congress

.

| **From:** | Rex Wempen |
|---|---|
| **Sent:** | Sunday, February 24, 2008 7:31 PM |
| **To:** | Wempen, Eric |
| **Subject:** | FW: Kurdistan. Fw: Talking Points |

Things are looking up...read on

-----Original Message-----
From: Jon Paul Javellana [mailto:jpjavellana@gmail.com]
Sent: Sunday, February 24, 2008 6:28 PM
To: rexrw@excaliburvc.com
Subject: Re: Kurdistan. Fw: Talking Points

I am going to put you guys in direct contact.

We need to first talk about some things when I get back to LA.

JP

Confidential

**From:** Rex Wempen
**Sent:** 24 February 2008 19:28:53
**To:** 'Eric.Wempen@ubs.com'
**Subject:** FW: Kurdistan. Fw: Talking Points


Things are looking up...read on
-----Original Message-----
From: Jon Paul Javellana [mailto:jpjavellana@gmail.com]
Sent: Sunday, February 24, 2008 6:28 PM
To: rexrw@excaliburvc.com
Subject: Re: Kurdistan. Fw: Talking Points
I am going to put you guys in direct contact.
We need to first talk about some things when I get back to LA.
JP